# EXHIBIT G

DocuSign Envelope ID: 65932583-7BF8-4C54-B2A5-366ACFDE89FF


**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

TAKEOVER INDUSTRIES, INC., a Nevada corporation,

Plaintiff,

vs.

MICHAEL HOLLEY, an individual, DAVID EISENBERG, an individual, and DOES 1-10, inclusive

Defendants,

**Case No.: 2:22-cv-00102-ODW-KS**

**DECLARATION OF TOBY MCBRIDE**

I, Toby McBride, under penalty of perjury, declare and state as follows:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I have known Michael Holley since 2002. Holley and I have worked as partners and at various times, together in different capacities at beverage companies.

3. In addition to our business relationships, I have considered him a close confidant and friend.

4. Plaintiff Takeover Industries, Inc. is a Nevada Corporation created on January 12, 2021.

5. I am a Director, Secretary, and CEO of Plaintiff Takeover Industries, Inc. I have served in these officer roles since the company was created.

6. Plaintiff Takeover Industries Inc. is a wholly owned subsidiary of Labor Smart, Inc., a Nevada Corporation. Labor Smart, Inc. is a public company.

7. I am a member of the Board of Directors of Labor Smart, Inc.

8. From date of creation until late December 2021, Plaintiff's Michael Holley and David Eisenberg were the only parties to have access to the Takeover Industries financial accounts.

9. Michael Holley denied my requests for access to the Takeover Industries Inc. financial accounts.

10. Michael Holley and I had an agreement whereby we would each receive $20,000 per month for our efforts on behalf of Takeover.

11. David Eisenberg informed me that my salary should be paid to me as distributions.

12. In or about April 2021 I participated in authorizing a one-time bonus to our employees and certain contractors, in June 2021 I authorized a one-time $1,000 bonus to certain employees and contractors, and in December 2021 a Holiday Bonus to Takeover's employees and certain contractors.

13. The three distributions above were the only distributions of profit I have authorized on behalf of Takeover.

14. Up until in or about September 2021, I was not aware that various invoices and payments were not paid in a timely fashion. When I questioned Holley, he assured me that invoices would be paid.

15. I was not aware of the Defendants' unauthorized practices until October 2021. I was not aware of the full extent of the unauthorized distributions until December 2021.

16. Upon notification of the extent of the acts by Eisenberg and Holley whom I had come to trust, and based upon the supporting evidence of their acts, I executed a Board of Directors Resolutions to protect Takeover Industries, Inc. and Labor Smart, Inc.

I declare under the penalty of perjury under the laws of the United States of America and that State of California that the foregoing is true and correct.

Executed on the 1/11/2022 at Stockton, California.

DocuSigned by:
C18132C28CFC4C4...
Toby McBride