# EXHIBIT I

# Takeover Industries Inc.

## Balance Sheet

As of September 30, 2021

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| LTNC Shopify Payouts | 438,925.12 |
| Paypal Account | 5,167.57 |
| Savings | 100.00 |
| **Total Bank Accounts** | **$444,192.69** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 6,696.70 |
| **Total Accounts Receivable** | **$6,696.70** |
| Other Current Assets | |
| Inventory Asset | 20,941.70 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$20,941.70** |
| **Total Current Assets** | **$471,831.09** |
| Fixed Assets | |
| Computers | 10,034.22 |
| **Total Fixed Assets** | **$10,034.22** |
| Other Assets | |
| Suspense | 0.00 |
| **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$481,865.31** |

# Takeover Industries Inc.

## Balance Sheet

As of September 30, 2021

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| BofA Credit Card | 34,454.61 |
| BofA Credit Card-0248 | 5,606.68 |
| **Total Credit Cards** | **$40,061.29** |
| Other Current Liabilities | |
| Arizona Department of Revenue Payable | 0.00 |
| Direct Deposit Payable | 0.00 |
| Loans Payable | |
| Alpha Capital Group | 340,000.00 |
| **Total Loans Payable** | **340,000.00** |
| LTNC Shopify GiftCard | -896.51 |
| Nevada Department of Taxation Payable | 1,136.03 |
| Out Of Scope Agency Payable | 35.35 |
| Payroll Liabilities | |
| CA PIT / SDI | 0.00 |
| Federal Taxes (941/944) | 0.00 |
| Federal Unemployment (940) | 167.54 |
| IL Income Tax | 563.06 |
| NV Unemployment Tax | 2,388.59 |
| **Total Payroll Liabilities** | **3,119.19** |
| **Total Other Current Liabilities** | **$343,394.06** |
| **Total Current Liabilities** | **$383,455.35** |
| **Total Liabilities** | **$383,455.35** |
| Equity | |
| Distributions | |
| Joe Pavlik | -123,750.00 |
| Mike Holley | -278,000.00 |
| Toby McBride | -352,000.00 |
| **Total Distributions** | **-753,750.00** |
| Labor Smart | 650,000.00 |
| Opening Balance Equity | 107,115.60 |
| Owner's Investment | 500.00 |
| Restricted Stock-1 Year | 690,000.00 |
| Retained Earnings | |
| Net Income | -595,455.64 |
| **Total Equity** | **$98,409.96** |
| **TOTAL LIABILITIES AND EQUITY** | **$481,865.31** |