# EXHIBIT J


9:41
Toby
Your the only one accuse to the account. Do not give Jason or anyone access. He keeps hounding me abt past due shit and it's pissing me off!
Now we owe t pain 50 grand
Wtf!
I told him weeks ago to step on Ryan's dik and all I get r excuses. Fukn pissing me off!!!
Told me Ryan was gonna get 250. All BS
We need money!
We just got 300. We need to delay these deals till we are current period!!
Fukn retarded
Definitely
Exactly u r the only one on the account period!!
Yep
[redacted]
iMessage