# EXHIBIT Q

**KARISH & BJORGUM, PC**
A. Eric Bjorgum (SBN 198392)
119 E. Union St., Suite B
Pasadena, CA 91103
Phone: (213) 785-8070
Fax: (213) 995-5010
eric.bjorgum@kb-ip.com

Attorneys for Plaintiff
TAKEOVER INDUSTRIES, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| TAKEOVER INDUSTRIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HOLLEY, an individual, DAVID EISENBERG, an individual, and DOES 1-10, inclusive<br><br>Defendants, | Case No: 22-cv-00102-ODW-KS<br><br>**DECLARATION OF ERIC BJORGUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 7, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Judge Otis D. Wright II<br>Courtroom: 5D<br>Place: 1st St. Courthouse<br>350 West First Street<br>Los Angeles, CA 90012 |

# DECLARATION OF ERIC BJORGUM

I, ERIC BJORGUM, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner in the law firm of Karish & Bjorgum, PC, attorneys of record for Plaintiff, Takeover Industries, Inc. ("Plaintiff") in this action. All facts contained herein are within my personal knowledge and, if called as a witness, I could and would competently testify thereto. This Declaration is made in support of Plaintiff's Motion for Preliminary Injunction.

2. On December 7, 2021, following a special meeting of the Board for Takeover, Defendant Michael Holley was removed as a Director, CFO and Treasurer of Takeover Industries, Inc.

3. On December 23, 2021, I wrote a letter to Defendant Michael Holley identifying the improper withdrawals that are the subject of this lawsuit. I asked he repay approximately $300,000, return the domain names and passwords, among other things. I gave Holley until December 27, 2021 to comply and later gave him another day. He never complied.

4. On December 28, 2022, Labor Smart had a special meeting of its Board and removed Holley from the Board.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2022 in Sierra Madre, California.

*/s/ Eric Bjorgum*
ERIC BJORGUM