EXHIBIT E

# NOTICE OF SPECIAL MEETING
# OF THE BOARD OF DIRECTORS OF LABOR SMART INC.

**NOTICE IS HEREBY GIVEN,** pursuant to Section 6 of the Bylaws of Labor Smart Inc. ("LTNC"), Wyoming Business Corporation Act § 17-16-822 and Nevada Private Corporation Law §§ 78.315 and 78.325, as applicable, to:

Toby McBride, director of LTNC, by e-mail.
Michael Holley, director of LTNC, by e-mail
Jason Tucker, director of LTNC, by e-mail
Joseph Pavlik, shareholder of LTNC and former director of LTNC, by e-mail

By motion of Toby McBride and Michael Holley a special meeting of the Board of Directors will be held by conference call at:
**Date of Meeting: November 7, 2022**
**Time of Meeting: 9:00 a.m. MST**

Participants should call the following number at the designated time:
**Dial-in number (978) 990-5201**
**Access code 6092998**

Given the current ongoing litigation as between the Board of Directors, personal counsel for the invitees will be appearing at the Special Meeting and all invitees are to have their personal counsel attend the Special Meeting.

The following topics shall be raised and voted upon at the Special Meeting:

1. Prior actions of the Board of Directors and Officers of LTNC and its wholly owned subsidiary Takeover Industries, Inc. ("Takeover") from August 2021 to the present.
2. The pending litigation commenced by Takeover in the United States District Court of the District of Arizona.
3. LTNC's plan to spin-off Takeover.
4. Takeover's financial records, status, and corporate and financial controls.
5. Whether the current Board of Directors of Takeover shall be retained.
6. Possible nomination and election of a new board of directors of Takeover.
7. Takeover's material contracts.
8. The retention of counsel by LTNC.

This Notice has been delivered by Toby McBride, director of LTNC, director of Takeover, and Chief Executive Officer of Takeover, by the method described above on this 4th day of November 2022 at or before 4:15 p.m. MST.

9295508