|  |  |
|---|---|
| Takeover Industries, Inc., a Nevada corporation,<br><br>                    Plaintiff,<br>v.<br><br>Michael Holley, et al.,<br><br>                    Defendants. | Case No. CV-22-00357-PHX-JJT<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTIVE RELIEF AND APPOINTING A RECEIVER** |

The Court having received and considered Plaintiffs' Emergency Motion for Injunctive Relief, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Michael Holley and Third-Party Defendant Toby McBride are preliminarily restrained and enjoined from acting as either a Director or Officer of Takeover Industries, Inc.

**IT IS FURTHER ORDERED** appointing _____ as a Receiver for Takeover, Inc. to act with the authority and duty to oversee the normal business operations of Takeover Industries, Inc., until such time as a further order of this Court may be entered. The Receiver shall be obligated, but not be limited to, the following duties:

_____

_____

The Receiver shall serve as an agent of this Court when serving under this Order and shall comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and any/all additional orders to the Receiver as may be entered.

**IT IS FURHTER ORDERED** that compensation for the Receiver shall be borne by Takeover Industries, Inc., and the Receiver shall _____.

**IT IS FURHTER ORDERED** that Third-Party Defendant Jason Tucker shall continue to act as the Company's President and Treasurer, unless and until relieved by the Receiver. Mr. Tucker shall be responsible to provide the Receiver immediate and unfettered access to all company records, financials, assets, and information necessary to effectuate the intent of this Order.

**IT IS FURTHER ORDERED** that Defendant Michael Holley and Third-Party Defendant Toby McBride, and all other persons in active concert or participation with them, whether acting directly or indirectly, are preliminarily restrained and enjoined from:

   a. Contacting, interfering or attempting to interfere with the Receiver or the Company's employees, investors, vendors and shareholders;

   b. Interfering or attempting to interfere with the Company's contracts or agreements with third parties;

   c. Disparaging the Company or its practices, its products, its management (including, but not limited to, Jason Tucker) and/or otherwise taking actions that are likely to cause harm to the Company or its reputation or goodwill.