LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Takeover Industries, Inc., a Nevada corporation,<br><br>              Plaintiff,<br>v.<br><br>Michael Holley, *et al.*;<br><br>              Defendants. | Case No. CV-22-00357-PHX-JJT<br><br>**CERTIFICATION OF<br>VERONICA L. MANOLIO** [1] |

Under the penalty of perjury, the undersigned certifies as follows:

1.     I am litigation counsel for Takeover Industries, Inc., Jason Tucker and Melissa Tucker, and Joseph Pavlik and have firsthand knowledge of this matter and the facts that led to my filing of a Motion to Withdraw as Counsel for Mr. Pavlik.

2.     My firm has represented Takeover Industries, Inc. in this matter since its inception in this Court.  When Mr. Pavlik was added as a Third-Party Defendant, my firm only agreed to joint representation after doing an investigation and considering the mutuality of interest between Mr. Pavlik and the Company.  We then entered into a very robust written Joint Representation Agreement, expressing potential conflicts that could arise in a joint representation situation.  (A copy is not attached based on potential privilege arguments, but it can certainly be provided to the Court for review if needed.)

---

[1] This Certification was referenced in Doc. 81 and should have been attached to that pleading as Doc. 81-1.  Respectfully, this should be read in conjunction with that motion.

3.   On the front-end of representation, it was made abundantly clear that Takeover Industries, Inc. was an existing client and that, should any conflict issues arise between joint representation of the Company and any individual(s), my continued representation of the Company would prevail.  This is an express agreement, signed by Mr. Pavlik.

4.   Until this week, I had no knowledge of any conflicts and no reason to believe that any conflicts were brewing as between Mr. Pavlik and the Company.

5.   On Friday, November 4th, I received a "Notice of Board Meeting" that was sent to my clients, Jason Tucker and Joseph Pavlik.  I communicated with my clients and expressed opinions/advice regarding the topic.

6.   By Monday, November 7th, it became clear that Mr. Pavlik took actions against my advice and against the best interests Takeover Industries, Inc.

7.   By Tuesday, November 8th, I requested that Mr. Pavlik sign a Consent allowing me to withdraw as his counsel in this matter.  I sent a proposed Consent form.

8.   Mr. Pavlik has ignored my attempts to contact him and has not signed the Consent that was requested.

9.   At present, I can confirm that I have notified Mr. Pavlik, in writing, providing him with detailed information on the status of this case in compliance with Local Rule 83.3(b)(2).  I can also confirm that Mr. Pavlik received and read my notice.

The foregoing is made under the penalty of perjury and executed on this 11th day of November, 2022.

/s/ Veronica L. Manolio
Veronica L. Manolio