**Sills Cummis & Gross PC**
101 Park Avenue, 28th Fl.
New York, NY 10178

**Matthew P. Canini** (*Pro Hac Vice)*
Direct Dial: 212.500.1582
Email: mcanini@sillscummis.com

**Papetti Samuels Weiss McKirgan LLP**
Scottsdale Quarter
15169 North Scottsdale Road
Suite 205
Scottsdale, AZ 85254

**Bruce Samuels** (State Bar No. 015996)
Direct Dial: 480.800.3530
Email: bsamuels@PSWMlaw.com

*Attorneys for Defendant Michael Holley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Takeover Industries, Inc., a Nevada corporation,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>Michael Holley et al.,<br><br>Defendants/ Counterclaim Plaintiffs.<br><br>Michael Holley, individually and derivatively on behalf of Labor Smart, Inc., a Wyoming corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Jason Tucker et al.,<br><br>Third-Party Defendants. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**DECLARATION OF MICHAEL HOLLEY IN SUPPORT OF RESPONSE TO EMERGENCY MOTION, APPLICATION FOR DISCOVERY TO RESPOND TO THE EMERGENCY MOTION AND TO DIRECT THE PARTIES TO MEDIATION ON THE SCOPE OF A RECEIVER AND SETTLEMENT OF THE ACTION** |

I, Michael Holley, declare under penalties of perjury as follows:

1. I am the Defendant/Third-Party Plaintiff in the above-identified action and

make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of Takeover Industries, Inc.'s Minutes of Special Meeting of Directors, dated December 28, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of Blue Butterfly Digital Invoice, dated November 1, 2022.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Battleship Stance Invoice, dated May 11, 2022, which is Jason Tucker's company.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Certificate of Designation for Nevada Profit Corporations for LaborSmart, Inc., which shows that the Series A Preferred Shares of LTNC vote as a class with the common shares.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Certified Shareholder List of LTNC's shareholders provided by Cleartrust, LLC, which is LTNC's transfer agent.

7. Based on the Shareholder List, had Jason Tucker, Joseph Pavlik and Toby McBride voted their Common and Series A Preferred shares to remove me, which my understanding is that they did not, their votes, including their exercise of 34 of the LTNC's Series A Preferred shares, would only have represented 12,445,721,447 of the 29,282,150,656 available votes (42.54%).

8. Attached hereto as Exhibit 6 is a true and correct copy of the November 10, 2022 email from Joseph Pavlik to Toby McBride, copying me.

9. Attached hereto as Exhibit 7 is a true and correct copy of the November 8, 2022 Notice of Default, Demand for Payment & Cease and Desist, with all Exhibits

thereto.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Written Consent of the Stockholders of Takeover Industries, Inc. In Lieu of Meeting, dated November 9, 2022.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2022

Michael Holley

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I caused my office to electronically transmit the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following counsel/parties in this matter.

Veronica L. Manolio
**Manolio & Firestone, PLC**
8686 E. San Alberto Dr., Ste. 200
Scottsdale, AZ 85258
480-222-9100
vmanolio@mf-firm.com
*Attorneys for Takeover Industries, Inc.*

Jennifer A. Reiter
**Reiter Law, PLC**
4500 N. 32nd St. Suite 201H
Phoenix, Arizona 85018
602-840-3567
jenreiter@reiterlawaz.com
*Attorneys for Toby McBride.*

/s/ _Matthew P. Canini________