# EXHIBIT B

# Hannah Lynch

| | |
|---|---|
| **From:** | Matthew Canini |
| **Sent:** | Monday, November 7, 2022 11:14 AM |
| **To:** | Veronica L. Manolio; Jennifer Reiter |
| **Cc:** | Brunner, Scott; Streckert, Ben; Brandess, Michael |
| **Subject:** | RE: NOTICE |

All:

The meeting has commenced, as Ms. Manolio has chosen not to attend, but her client Joseph Pavlik has, Jennifer and I have dropped the call and the meeting is proceeding without attorneys.  No attorneys are to join at this point.  You do not have consent to talk to Michael Holley without my participation.

Mr. Brunner,

As noted, I represent Michael Holley a director of LTNC and a founder of the company.  Jennifer Reiter represents Toby McBride the CEO of Takeover.  I am available to discuss the notes referred to below and any of your clients other concerns at your leisure.

Regards,

**Matthew P. Canini**
Of Counsel



**website | bio | vCard | newsroom | email**

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 500-1582 | f (212) 643-6500   **map**

---

**From:** Matthew Canini
**Sent:** Monday, November 7, 2022 11:00 AM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>; Jennifer Reiter <jenreiter@reiterlawaz.com>
**Cc:** Brunner, Scott <Scott.Brunner@huschblackwell.com>; Streckert, Ben <Ben.Streckert@huschblackwell.com>; Brandess, Michael <Michael.Brandess@huschblackwell.com>
**Subject:** RE: NOTICE

Veronica:

As you know your client Jason Tucker has unlawfully withheld these materials from Takeovers officers and directors and has been acting unilaterally.   They cannot be discussed without you forwarding them, which should have been done days ago.  This is, in part, the purpose of the meeting, which is commencing now.

Regards,

**Matthew P. Canini**
Of Counsel



1

website | bio | vCard | newsroom | email

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 500-1582  |  f (212) 643-6500    map

---

**From:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Sent:** Monday, November 7, 2022 10:55 AM
**To:** Matthew Canini <mcanini@sillscummis.com>; Jennifer Reiter <jenreiter@reiterlawaz.com>
**Cc:** Brunner, Scott <Scott.Brunner@huschblackwell.com>; Streckert, Ben <Ben.Streckert@huschblackwell.com>; Brandess, Michael <Michael.Brandess@huschblackwell.com>
**Subject:** NOTICE
**Importance:** High

### *** External Email ***

---

Counsel,

If you choose to proceed with a meeting of LTNC this morning, and because the Notice specifically states that you will be discussing:

"Takeover's material contracts"
"Takeover's financial records, status, and corporate financial controls" and
Voting on the Board of Directors for Takeover,

please make sure you are aware of the following information:

Takeover has received a **significant** amount of working capital from investor James Deppoleto, Jr. The funds are secured by assets of Takeover, and as of Friday afternoon, counsel for Mr. Deppoleto put Takeover on notice of defaults and a potential of "calling" the Notes. Counsel, Scott Brunner, has specifically requested to be permitted observation at your meeting if you are not going to cancel it.

I am including him on this email (along with his associates) and providing you his direct contact information to ensure that you have full information when discussing Takeover business.

**Scott Brunner**
**Partner**
Direct: 414-978-5440
Scott.Brunner@huschblackwell.com


*Veronica*


**Veronica L. Manolio**

*Attorney at Law*
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
(480) 222-9106 - Fax
www.mf-firm.com

**NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (480) 222-9100 or reply by e-mail and delete and/or discard the message.

Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer or computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by MANOLIO & FIRESTONE, PLC for any loss or damage arising in any way from this communication. Thank you.