# EXHIBIT A

## Matthew Canini

| | |
|---|---|
| **From:** | Jason Tucker <jason@takeoverind.com> |
| **Sent:** | Friday, November 18, 2022 1:05 PM |
| **To:** | CT Team |
| **Cc:** | Eric Bjorgum; Veronica L. Manolio; Toby McBride; Mike Holley; Joe Pavlik; Matthew Canini; Jennifer Reiter |
| **Subject:** | Re: Takeover Industries, Inc. - CERTIFIED SHAREHOLDER LIST |

# *** External Email ***

Hi Kyla,

I have added Attorneys Matthew Canini, Jennifer Reiter, Veronica Manolio, and A. Eric Bjorgum to this email. I am sure that one of them can provide the information or a verified statement for the request.

Additionally, please provide counsels with copies of all correspondence you received that prevented you from fulfilling the original request.

Thank you.

Best,

Jason


### Jason Tucker

Skype: jtucker001
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.

**From:** CT Team <inbox@cleartrusttransfer.com>
**Sent:** Friday, November 18, 2022 11:51 AM
**To:** Jason Tucker <jason@takeoverind.com>
**Cc:** Eric Bjorgum <eric.bjorgum@kb-ip.com>; Veronica L. Manolio <vmanolio@mf-firm.com>; Toby McBride <toby@takeoverind.com>; Mike Holley <mike@takeoverind.com>; Joe Pavlik <joe@takeoverind.com>
**Subject:** RE: Takeover Industries, Inc. - CERTIFIED SHAREHOLDER LIST

Hi Jason,

Thank you for letting us know. Could you please send over the court documentation detailing the court's decision?

1

Thank you,



**Kyla D. K. Neumann**
Director of Operations
ClearTrust, LLC

+1 813 235 4490
cleartrustonline.com



*The information contained in this email is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.*

---

**From:** Jason Tucker <jason@takeoverind.com>
**Sent:** Thursday, November 17, 2022 6:06 PM
**To:** CT Team <inbox@cleartrusttransfer.com>
**Cc:** Eric Bjorgum <eric.bjorgum@kb-ip.com>; Veronica L. Manolio <vmanolio@mf-firm.com>; Toby McBride <toby@takeoverind.com>; Mike Holley <mike@takeoverind.com>; Joe Pavlik <joe@takeoverind.com>
**Subject:** Re: Takeover Industries, Inc. - CERTIFIED SHAREHOLDER LIST

Hi Shar,

Based on a hearing held on 11/15/2022 in the Federal Court for the District of Arizona (Phoenix Division), Judge John J Tuchi has indicated to us that four parties are directors of Takeover Industries (Michael Holley, Toby McBride, Joseph Pavlik, Jason Tucker), and the three Directors of Labor Smart are Michael Holley, Toby McBride, and Jason Tucker.

As a Director of Labor Smart, Inc. and Takeover Industries, Inc. I formally request a Certified Share Holder List for both entities. All parties and any associated representatives have been copied on this email.

Best,

Jason



**Jason Tucker**
President

M: (310) 488-8017
Skype: jtucker001
Twitter: @IntelPropHQ

jason@takeoverind.com - nxtlvlusa.com - gamershots.com

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**From:** CT Team <inbox@cleartrusttransfer.com>
**Sent:** Tuesday, November 8, 2022 11:44 AM
**To:** Jason Tucker <jason@takeoverind.com>
**Cc:** Eric Bjorgum <eric.bjorgum@kb-ip.com>; Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** RE: Takeover Industries, Inc. - CERTIFIED SHAREHOLDER LIST

Hi Jason,

Thank you for your email.

We were recently informed that there are pending officer/director changes on both accounts. Therefore, there is a stop on both accounts which prevents us from sending any reports to any officer or director and issuing or cancelling shares until we have all the documents required to make the changes.

Sincerely,



**Shar So**
Operations Specialist
ClearTrust, LLC
+1 813 235 4490
cleartrustonline.com




*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.*

---

**From:** Jason Tucker <jason@takeoverind.com>
**Sent:** Monday, November 7, 2022 10:15 PM
**To:** CT Team <inbox@cleartrusttransfer.com>
**Cc:** Eric Bjorgum <eric.bjorgum@kb-ip.com>; Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** Takeover Industries, Inc. - CERTIFIED SHAREHOLDER LIST

Hi Shar,

I hope that you had a nice weekend.
Can you please send over an updated CERTIFIED SHAREHOLDER LIST for Takeover Industries, Inc.
Both Common and Preferred Shares.

Thank you!

Best,

Jason

**Jason Tucker**
President

M: (310) 488-8017
Skype: jtucker001
Twitter: @IntelPropHQ

jason@takeoverind.com - nxtlvlusa.com - gamershots.com

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability. All rights reserved.