THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJMR 5.4,7.1(a)(n)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 2 0 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| TAKEOVER INDUSTRIES INCORPORATED, PLAINTIFF, | § § § § § | No. CV-22-00357-PHX-JJT |
| V. MICHAEL HOLLEY, ET AL, DEFENDANTS. | | |

### THIRD PARTY DEFENDANT JOSEPH PAVLIK'S NOTICE

Comes Now Joseph Pavlik, Third Party Defendant ("Pavlik") herein, and files this response to the Court's Order ("Order") dated December 2, 2022 as follows:

Pavlik has attempted to retain counsel as ordered by the Court in the Order, but has yet to retain such counsel. Therefore chooses at this time to represent himself, while reserving the right to continue to seek counsel. Pavlik's contact information is as follows:

Joseph Pavlik
408 NE 6th St. #637
Fort Lauderdale, FLA 33304
216.970.8229
joe@takeoverind.com

**WHEREFORE**, Pavlik respectfully requests that this Court take notice of this appearance, and for such other and further relief to which Pavlik may be justly entitled.

Respectfully submitted,

/s/Joseph Pavlik
Joseph Pavlik