February 20, 2023

To Whom This May Concern

In response to the Court's request, I do not stand with the Tuckers in the Motion to Dismiss and do not join with the Tuckers' Reply, with which I disagree.

This is based on my own independent knowledge of facts and events at issue.  In doing so I do not concede any liability to any party in this case.

Regards,


Joe Pavlik
Co-Founder/Director
Takeover Industries Inc.