# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Inc., | No. CV-22-00357-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Tucker, *et al.*, | |
| Defendants. | |

At issue is the Stipulation for Extension of Time to File Responsive Pleading(s) to the Amended Complaint (Second Request) (Doc. 132). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to File Responsive Pleading(s) to the Amended Complaint (Doc. 132).

**IT IS FURTHER ORDERED** extending the deadline for Defendants Jason and Melissa Tucker to file an Answer or otherwise respond to Plaintiff's Amended Complaint (Doc. 67) to **June 12, 2023**.

Dated this 19th day of May, 2023.

Honorable John J. Tuchi
United States District Judge