## STATE OF WYOMING ⁎ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **LABOR SMART INC** | | |
| **Filing ID** | **2020-000897752** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Delinquent |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 01/30/2020 8:34 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 03/11/2022 |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 14,800,000,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

3830 Price Rd
Gainesville, GA 30506

### Mailing Address

3830 Price Rd
Gainesville, GA 30506

### Registered Agent Address

No Agent
No Office
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|

### Notes

| Date | Recorded By | Note |
|---|---|---|
| 1/30/2020 8:39 AM | JORDYN.GRAY | Formed in Nevada on 05/31/2011, continued in Wyoming on 01/30/2020. |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **LABOR SMART INC** | | |
| **Filing ID** | **2020-000897752** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Amendment | | | AR Year | 2021 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 06181179 |
| AR Date | 4/8/2021 4:03 PM | | | | |
| Web Filed | N | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| President / Director | Joe Pavlik  1712 Pioneer Ave Ste 500 Cheyenne WY 82001 |

| **Principal Address** | **Mailing Address** |
|---|---|
| 1712 Pioneer Ave Ste 500 Cheyenne Cheyenne, WY 82001 | 1712 Pioneer Ave Ste 500 Cheyenne, WY 82001 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 06124102 | Original | 03/02/2021 | 2021 | $50.00 |

  Principal Address 1 Changed  From: 3830 Price Rd  To: 1712 Pioneer Ave Ste 500
  Principal Address 3 Changed  From: No value  To: Cheyenne
  Principal City Changed  From: Gainesvile  To: Cheyenne
  Principal State Changed  From: GA  To: WY
  Principal Postal Code Changed  From: 30506  To: 82001

| | | | | |
|---|---|---|---|---|
| 06181179 | Amendment | 04/08/2021 | 2021 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2022-003599395 | Dissolution / Revocation - Tax | 03/11/2022 |

  Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
  Inactive Date Changed  From: No Value  To: 03/11/2022

| | | |
|---|---|---|
| 2022-003569948 | RA Resignation | 02/16/2022 |
| 2022-003569946 | Address Update | 02/16/2022 |

  Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 500  To: 3830 Price Rd
  Principal Address 3 Changed  From: Cheyenne  To: No value

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **LABOR SMART INC** | | |
|---|---|---|---|
| **Filing ID** | **2020-000897752** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

Principal City Changed  From: Cheyenne  To: Gainesville
Principal State Changed  From: WY  To: GA
Principal Postal Code Changed  From: 82001  To: 30506

| 2022-003523546 | Delinquency Notice - Tax | 01/02/2022 |
|---|---|---|
| 2021-003155850 | Common Amendment | 03/23/2021 |
| 2021-003151270 | Change of Agent | 03/12/2021 |

Registered Agent # Changed  From: No Value  To: 0196923
Registered Agent Organization Name Changed  From: No Agent  To: Capital Administrations LLC
Registered Agent Physical Address 1 Changed  From: No Office  To: 1712 Pioneer Ave Ste 115
Registered Agent Physical City Changed  From: No Value  To: Cheyenne
Registered Agent Physical Postal Code Changed  From: No Value  To: 82001

| 2021-003134231 | RA Resignation | 02/27/2021 |
|---|---|---|
| 2021-003134206 | Address Update | 02/27/2021 |

Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 500  To: 3830 Price Rd
Principal City Changed  From: Cheyenne  To: Gainesville
Principal State Changed  From: WY  To: GA
Principal Postal Code Changed  From: 82001  To: 30506

| 2021-003096415 | Delinquency Notice - Tax | 01/02/2021 |
|---|---|---|
| See Filing ID | Initial Filing | 01/30/2020 |

Continued From Changed  From: No Value  To: Nevada
Formation Date Changed  From: No Value  To: 05/31/2011