## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

LABOR SMART INC

**Entity Number:**

E0308252011-7

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

05/31/2011

**NV Business ID:**

NV20111363274

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2023

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 05/31/2022 | 05/31/2022 | 20222356412 | Annual List | | External | |
| 09/27/2021 | 09/27/2021 | 20211777621 | Certificate of Reinstatement | | External | |
| 05/31/2016 | 05/31/2016 | 20160243797-11 | Annual List | | External | |
| 02/29/2016 | 02/29/2016 | 20160094351-61 | Amendment | | Internal | |
| 05/31/2015 | 05/31/2015 | 20150246044-58 | Annual List | | External | |

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 02/17/2015 | 02/17/2015 | 20150070812-26 | Amendment | | Internal | 📷 |
| 12/12/2014 | 12/12/2014 | 20140805143-98 | Amendment | | Internal | 📷 |
| 10/06/2014 | 10/06/2014 | 20140703182-08 | Certificate of Designation | | Internal | 📷 |
| 07/08/2014 | 07/08/2014 | 20140492812-43 | Amendment | | Internal | 📷 |
| 03/03/2014 | 03/03/2014 | 20140156391-22 | Annual List | | External | 📷 |

Page 1 of 1, records 1 to 10 of 10

### FILING DATE SNAPSHOT AS OF: 05/31/2022

**Business Details** | **Name Changes** | **Principal Office** | **Registered Agent** | **Officer Information**

**Shares**

| Date | Title | Name | Attention | Address1/Address2/City/State/Zip/Country |
|---|---|---|---|---|
| 09/27/2021 | Officer | Michael Costello | | 29455 N Cave Creek Road, Suite 118-525, Cave Creek, AZ, 85331, USA |

Page 1 of 1, records 1 to 1 of 1

Back          Return to Search          Return to Results