

**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: SOSRequest@wyo.gov



ID: 2020-000897752
Filed: 04/08/2021 04:03 PM
AR Number:   06181179

# Amended Annual Report for Profit and Nonprofit Corporations Only

Please note that this form can **only** be used if an Annual Report is currently on file.

**Name of Entity:** LABOR SMART INC
**ID#:** 2020-000897752

*To amend your annual report and reflect a change in officers and or directors, list the names and addresses of each individual below.*

The names and addresses of its officers and directors:
(In lieu of listing the officers and directors below, attach a list.)

### Add   Office           Name and Address

[✓]  President:  Joe Pavlik - 1712 Pioneer Ave. Ste 500 Cheyenne, WY 82001
[ ]  Vice President: _____
[ ]  Secretary: _____
[ ]  Treasurer: _____
[✓]  Director:  Joe Pavlik - 1712 Pioneer Ave. Ste 500 Cheyenne, WY 82001
[ ]  Director: _____
[ ]  Director: _____

### Delete Office          Name and Address

[✓]  President:  Ryan Schadel - 1712 Pioneer Ave Ste 500 Cheyenne WY 82001
[ ]  Vice President: _____
[ ]  Secretary: _____
[ ]  Treasurer: _____
[✓]  Director:  Ryan Schadel - 1712 Pioneer Ave Ste 500 Cheyenne WY 82001
[ ]  Director: _____
[ ]  Director: _____

**Signature:** /s/ DeAnna Montemayor   **Date:** 03/31/21
**Printed Name:** DeAnna Montemayor, on behalf of   Authorized Agent for
**Title:** Capital Administrations, LLC   LABOR SMART INC
**Email:**

*Form may be submitted by:*
Fax 307.777.5339
Email: SOSRequest@wyo.gov
Mail-in Refer to address at top of this form.

Amended Annual Report Change in Officers/Directors - Revised 12/2013

