

**STATE OF NEVADA**

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*

**OFFICE OF THE SECRETARY OF STATE**

Commercial Recordings & Notary Division
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

jason tucker
401 Ryland Street Suite 200-A
Reno, NV 89502, USA

**Work Order #:** W2022053101062
May 31, 2022
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 524909

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| Annual List | Fees | 20222356412 | 5/31/2022 10:15:51 AM | Approved | 1 | $7000.00 | $7000.00 |
| Annual List | Business License Fee | 20222356412 | 5/31/2022 10:15:51 AM | Approved | 1 | $500.00 | $500.00 |
| Total | | | | | | | $7500.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | 6540173391926748503290 | Success | $7500.00 |
| Total | | | $7500.00 |

**Credit Balance:** $0.00

jason tucker
401 Ryland Street Suite 200-A
Reno, NV 89502, USA

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary for
Commercial Recordings



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138*

*North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888*

## Business Entity - Filing Acknowledgement

05/31/2022

| | |
|---|---|
| **Work Order Item Number:** | W2022053101062 - 2158404 |
| **Filing Number:** | 20222356412 |
| **Filing Type:** | Annual List |
| **Filing Date/Time:** | 05/31/2022 10:15:51 AM |
| **Filing Page(s):** | 2 |

**Indexed Entity Information:**

**Entity ID:** E0308252011-7              **Entity Name:** LABOR SMART INC
**Entity Status:** Active                 **Expiration Date:** None

Non-Commercial Registered Agent
JAY SMITH
4790 CAUGHLIN PARKWAY #387, RENO, NV 89509, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Commercial Recording Division
202 N. Carson Street



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ **ANNUAL**   ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

| LABOR SMART INC | NV20111363274 |
|---|---|
| NAME OF ENTITY | Entity or Nevada Business Identification Number (NVID) |

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

*IMPORTANT:* Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☑ Corporation
    ☑ This corporation is publicly traded, the Central Index Key number is:
        0001522469

☐ Nonprofit Corporation (see nonprofit sections below)

☐ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

**Filed in the Office of** [signature] Barbara K. Cegavske, Secretary of State, State Of Nevada

Business Number: **E0308252011-7**
Filing Number: **20222356412**
Filed On: **05/31/2022 10:15:51 AM**
Number of Pages: **2**

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

| **CHECK ONLY IF APPLICABLE** |
|---|
| Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. |
| ☐ 001 - Governmental Entity |
| ☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____ |
| **For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below. |
| ☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002 |
| **For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license. |
| ☐ Unit-owners' Association     ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c) |
| **For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box |
| Does the Organization intend to solicit charitable or tax deductible contributions? |
| ☐ No - no additional form is required |
| ☐ Yes - the "Charitable Solicitation Registration Statement" is required. |
| ☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required |
| **\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\*** |



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

## Annual or Amended List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

CORPORATION, INDICATE THE CEO:

| Name | Country |
|---|---|
| Michael Costello | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| c/o Karish & Bjorgum 119 E. Union St., Suite B | Pasadena | CA | 91103 |

CORPORATION, INDICATE THE DIRECTOR:

| Name | Country |
|---|---|
| Toby McBride | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| c/o Karish & Bjorgum 119 E. Union St., Suite B | Pasadena | CA | 91103 |

CORPORATION, INDICATE THE DIRECTOR:

| Name | Country |
|---|---|
| Jason Tucker | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| c/o Karish & Bjorgum 119 E. Union St., Suite B | Pasadena | CA | 91103 |

CORPORATION, INDICATE THE DIRECTOR:

| Name | Country |
|---|---|
| Joseph Pavlik | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| c/o Karish & Bjorgum 119 E. Union St., Suite B | Pasadena | CA | 91103 |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X   Jason Tucker**
Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer FORM WILL BE RETURNED IF UNSIGNED

Title: Director
Date: 05/31/2022



# NEVADA STATE BUSINESS LICENSE

## LABOR SMART INC

**Nevada Business Identification # NV20111363274**
**Expiration Date: 05/31/2023**

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived**.

Certificate Number: B202205312706113
You may verify this certificate online at http://www.nvsos.gov

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 05/31/2022.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State