Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
Telephone:  (480) 302-4102
Facsimile:   (480) 300-4984
plevine@pmlevinepc.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc., | Case No. 2:22-cv-00357-PHX-JJT |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT I** |
| Jason and Melissa Tucker, | |
| Defendants. | |
| | (Before the Honorable J. Tuchi) |

Pursuant to L.R.Civ. 7.3, undersigned counsel have conferred and jointly agree to an extension of time for Labor Smart, Inc. to file its Response to Defendants' Motion to Dismiss Count I (Doc. 134).

Good cause exists for an extension of time as Plaintiff's counsel has pre-planned travel commitments and will not be able to devote the necessary time to respond in full.

Based on good cause, these moving parties respectfully ask for an Order extending the time for Labor Smart, Inc. to file its Response from June 23, 2023 to June 30, 2023.

Undersigned counsel state that this Stipulation is made in good faith, and a proposed order is provided herewith.

JOINTLY SUBMITTED this 23rd day of June, 2023.

**PAUL M. LEVINE, P.C.**

By:   /s/ *Paul M. Levine*
       Paul M. Levine
       8502 E. Via de Ventura, Suite 200
       Scottsdale, Arizona 85258
       *Attorneys for Plaintiff*

**MANOLIO & FIRESTONE, PLC**

By:   /s/ *Veronica L. Manolio*
       Veronica L. Manolio
       8686 E. San Alberto Dr., Suite 200
       Scottsdale, Arizona 85258
       *Attorneys for Defendants Tucker*