# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>Michael Holley, *et al.*,<br><br>  Defendants. | No. CV-22-00357-PHX-JJT<br><br>**ORDER** |

At issue is the Stipulation for Extension of Time for Plaintiff to File its Response to Defendants' Motion to Dismiss (Partial) (Doc. 135). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time for Plaintiff to File its Response to Defendants' Motion to Dismiss (Partial) (Doc. 135).

**IT IS FURTHER ORDERED** extending the due date for the Plaintiff to file a Response to the Tucker Defendants' Motion to Dismiss (Partial) (Doc. 134) to **June 30, 2023**.

Dated this 27th day of June, 2023.

Honorable John J. Tuchi
United States District Judge