# 2023 Profit Corporation Annual Report

Due on or Before: January 1, 2023
ID: 2020-000897752
State of Formation: Wyoming

ID: 2020-000897752
Filed: 06/13/2023 08:47 AM
AR Number: 08682823

LABOR SMART INC
3830 Price Rd
Gainesville, GA 30506

Current Registered Agent:
No Agent
No Office
Cheyenne, WY 82001

• Please review the current Registered Agent information above and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

1. If the mailing address listed above is incorrect, the new address is:
   PO Box 2922, Jackson WY 83001

2. If the principal office address is not the same as the mailing address above, it is:
   125 S King Street. Jackson WY 83001-1045

3. Email address:
   corp@takeoverind.com

4. Provide the names and addresses of the officers and directors. Attach a list if needed.

| Office | Name and Address |
|---|---|
| President | Thomas Zarro. 1100 Boletus Drive, Henderson NV 89011 |
| Vice President | |
| Secretary | |
| Treasurer | Michael Holley. 5137 E Armor Street, Cave Creek AZ 85331 |
| Director | |
| Director | Thomas Zarro. 1100 Boletus Drive, Henderson NV 89011 |
| Director | Michael Holley. 5137 E Armor Street, Cave Creek AZ 85331 |

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

Signature of Treasurer or Fiscal Agent: *[signed]*
Printed Name of Treasurer or Fiscal Agent: Michael Holley
Date: 05/15/2023

The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.

Instructions:
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

Note: In lieu of filing this form, you may file the annual report and pay the fee electronically by accessing the Secretary of State's online filing system at https://wyobiz.wyo.gov.

*Records show this entity is delinquent so more than one report may be due.



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: SOSRequest@wyo.gov

ID: 2020-000897752

Filed: 06/29/2023 03:07 PM
AR Number: 08732619

## Amended Annual Report for Profit and Nonprofit Corporations Only

This form can **only** be used if an Annual Report is currently on file.

**Name of Entity:** Labor Smart Inc.

**ID#:** 2020-000897752   (Example: 2000-000123456)

*To amend your annual report and reflect a change in officers and or directors, list the names and addresses of **each** individual below or attach a current list.*

**Add**   **Office**           **Name and Address**

☐    President: _____
☐    Vice President: _____
☐    Secretary: _____
☐    Treasurer: _____
☑    Director: Jason Tucker Condominio defines departmento 30 302 Retorno Veracruz SN Nayarit
☐    Director: _____
☐    Director: _____

**Delete**   **Office**           **Name and Address**

☐    President: _____
☐    Vice President: _____
☐    Secretary: _____
☐    Treasurer: _____
☐    Director: _____
☐    Director: _____
☐    Director: _____

**Signature:** _/s/ Michael Holley_    **Date:** 6/13/23

**Printed Name:** Michael Holley
**Title:** Director
**Email:** mike@takeoverind.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

*Form may be submitted by:*
Email: SOSRequest@wyo.gov
**Mail-in** Refer to address at top of this form.

AR Officer/Director Change – Revised June 2021