## STATE OF WYOMING ✶ SECRETARY OF STATE
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **LABOR SMART INC** | | |
| Filing ID | **2020-000897752** | | |
| Type | Profit Corporation | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 01/30/2020 8:34 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 14,800,000,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

| Principal Address | Mailing Address |
|---|---|
| 125 S King St Ste 2A<br>Jackson, WY 83001 | PO Box 1045<br>Jackson, WY 83001 |

**Registered Agent Address**

Company Agent, LLC
125 S King St Ste 2A
PO Box 1045
Jackson, WY 83001

### Parties

| Type | Name / Organization / Address |
|---|---|

### Notes

| Date | Recorded By | Note |
|---|---|---|
| 1/30/2020 8:39 AM | JORDYN.GRAY | Formed in Nevada on 05/31/2011, continued in Wyoming on 01/30/2020. |

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **LABOR SMART INC** |
| Filing ID | **2020-000897752** |
| Type | Profit Corporation |
| Status | Active |

### Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Amendment | | | AR Year | 2023 |
| License Tax | $0.00 | AR Exempt | N | AR ID | 08732619 |
| AR Date | 6/29/2023 3:07 PM | | | | |
| Web Filed | N | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Director | JASON TUCKER CONDOMINIO  DEFINES DEPARTMENTO 30 302 RETORNO VERACRUZ SN NAYARIT |
| President / Director | Thomas Zarro  1100 Boletus Drive, Henderson, NV 89011 |
| Treasurer / Director | Michael Holley  5137 E Armor Street, Cave Creek AZ 85331 |

**Principal Address**
125 S King St Ste 2A
Jackson, WY 83001

**Mailing Address**
PO Box 2922
Jackson, WY 83001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 06124102 | Original | 03/02/2021 | 2021 | $50.00 |

  Principal Address 1 Changed  From: 3830 Price Rd  To: 1712 Pioneer Ave Ste 500
  Principal Address 3 Changed  From: No value  To: Cheyenne
  Principal City Changed  From: Gainesvile  To: Cheyenne
  Principal State Changed  From: GA  To: WY
  Principal Postal Code Changed  From: 30506  To: 82001

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 06181179 | Amendment | 04/08/2021 | 2021 | $50.00 |
| 08682810 | Original | 06/13/2023 | 2022 | $60.00 |
| 08682823 | Original | 06/13/2023 | 2023 | $60.00 |
| 08732619 | Amendment | 06/29/2023 | 2023 | $0.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2023-004256366 | Address Update | 06/30/2023 |
| 2023-004242558 | Change of Agent | 06/13/2023 |

  Registered Agent # Changed  From: No Value  To: 0193219
  Registered Agent Organization Name Changed  From: No Agent  To: Company Agent, LLC

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **LABOR SMART INC** | | |
| Filing ID | 2020-000897752 | | |
| Type | Profit Corporation | Status | Active |

Registered Agent Physical Address 1 Changed  From: No Office  To: 125 S King St Ste 2A
Registered Agent Physical Address 2 Changed  From: No Value  To: PO Box 1045
Registered Agent Physical City Changed  From: No Value  To: Jackson
Registered Agent Physical County Changed  From: Laramie  To: Teton
Registered Agent Physical Postal Code Changed  From: No Value  To: 83001
Principal Address 1 Changed  From: 3830 Price Rd  To: 125 S King St Ste 2A
Principal Address 2 Changed  From: No value  To: PO Box 1045
Principal City Changed  From: Gainesville  To: Jackson
Principal State Changed  From: GA  To: WY
Principal Postal Code Changed  From: 30506  To: 83001

==2023-004242554   Reinstatement - Tax                                        06/13/2023==
==  Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active==
==  Inactive Date Changed  From: 03/11/2022  To: No value==

2022-003599395   Dissolution / Revocation - Tax                               03/11/2022
  Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
  Inactive Date Changed  From: No Value  To: 03/11/2022

2022-003569948   RA Resignation                                               02/16/2022

2022-003569946   Address Update                                               02/16/2022
  Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 500  To: 3830 Price Rd
  Principal Address 3 Changed  From: Cheyenne  To: No value
  Principal City Changed  From: Cheyenne  To: Gainesville
  Principal State Changed  From: WY  To: GA
  Principal Postal Code Changed  From: 82001  To: 30506

2022-003523546   Delinquency Notice - Tax                                     01/02/2022

2021-003155850   Common Amendment                                             03/23/2021

2021-003151270   Change of Agent                                              03/12/2021
  Registered Agent # Changed  From: No Value  To: 0196923
  Registered Agent Organization Name Changed  From: No Agent  To: Capital Administrations LLC
  Registered Agent Physical Address 1 Changed  From: No Office  To: 1712 Pioneer Ave Ste 115
  Registered Agent Physical City Changed  From: No Value  To: Cheyenne
  Registered Agent Physical Postal Code Changed  From: No Value  To: 82001

2021-003134231   RA Resignation                                               02/27/2021

2021-003134206   Address Update                                               02/27/2021
  Principal Address 1 Changed  From: 1712 Pioneer Ave Ste 500  To: 3830 Price Rd
  Principal City Changed  From: Cheyenne  To: Gainesvile
  Principal State Changed  From: WY  To: GA

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **LABOR SMART INC** | | |
| **Filing ID** | **2020-000897752** | | |
| Type | Profit Corporation | Status | Active |

| | | | |
|---|---|---|---|
| | Principal Postal Code Changed  From: 82001  To: 30506 | | |
| 2021-003096415 | Delinquency Notice - Tax | | 01/02/2021 |
| See Filing ID | Initial Filing | | 01/30/2020 |
| | Continued From Changed  From: No Value  To: Nevada | | |
| | Formation Date Changed  From: No Value  To: 05/31/2011 | | |