Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com

# UNTIED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Labor Smart, Inc., | Case No. CV-22-00357 PHX-JJT |
|---|---|
| Plaintiff. | |
| v. | **APPLICATION FOR ENTRY OF DEFAULT** |
| Jason Tucker et al., | |
| Defendants. | -AND- |
| | **AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |

To: Clerk of the U.S. District Court for the District of Arizona:

Plaintiff hereby requests that the Clerk enter the default of Jason Tucker and Melissa Tucker ("Defendants") as permitted by Federal Rule of Civil Procedure 55, and this Court's April 25, 2024 Order (Doc. 141), on the grounds that Defendants have failed to answer or otherwise respond to the Third Amended Complaint. Defendants have failed to plead or otherwise respond to the Third Amended Complaint, as further evidenced by the attached Declaration of Paul M. Levine.

**DATED** this 3rd day of May, 2024.

1

**PAUL M. LEVINE, P.C.**


By /s/ *Paul M. Levine*
Paul M. Levine
Attorney for Labor Smart, Inc.

ORIGINAL of the forgoing automatically
served via the Court's ECF System
this 3rd day of May, 2024 to:

Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com
*Attorneys for Defendants Tucker*


 /s/ Libby Dwyer

**DECLARATION IN SUPPORT OF APPLICATION FOR ENTERY OF DEFAULT**

Paul M. Levine states as follows under penalty of perjury:

1. I am an attorney licensed to practice in the State of Arizona and before this Court, and I am a member of the law firm of Paul M. Levine, P.C., attorneys for Plaintiff in the above-entitled action.

2. The time within which Defendants may answer or otherwise respond to the Third Amended Complaint has expired and Defendants have not answered or otherwise responded, and the time for Defendants to do so has not been extended.

2

3. Upon information and belief, Defendants are not an infant, incompetent person, and are not in the military service of the United States and the *Soldiers' and Sailors' Civil Relief Act*, 50 U.S.C. App. § 520 does not apply.

**PAUL M. LEVINE, P.C.**

By  */s/ Paul M. Levine, #7202*
Paul M. Levine
Attorneys for Labor Smart, Inc.