# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Inc., | No. CV-22-00357-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Tucker, *et al.*, | |
| Defendants. | |

At issue is the Parties' Stipulation for Extension of Time to File Response to Plaintiff's Motion to Dismiss (First Request) (Doc. 159). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation for Extension of Time to File Response to Plaintiff's Motion to Dismiss (First Request) (Doc. 159).

**IT IS FURTHER ORDERED** Defendants Jason and Melissa Tucker shall have until **August 26, 2024,** to file a Response to Plaintiff's Motion to Dismiss (Doc. 158).

Dated this 13th day of August, 2024.

Honorable John J. Tuchi
United States District Judge