Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com

**IN THE UNTIED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Labor Smart, Inc,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Tucker et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**NOTICE OF ERRATA**<br><br>**(Before the Honorable J. Tuchi)** |

　　　Plaintiff/Counterclaimant Labor Smart, Inc., through its counsel, hereby notifies the Court and all parties of an inadvertent filing error. Counsel filed a Motion to Dismiss the Counterclaim (Doc. 158) and informed by Defense Counsel that page 7 was not included. The full and corrected Motion was re-filed as Doc. 160. Accordingly, Doc. 158 may be disregarded, and undersigned apologizes for the error.

　　　Respectfully submitted this 13th day of August, 2024.

　　　　　　　　　　　　　　　　**PAUL M. LEVINE, P.C.**

　　　　　　　　　　　　　　　By  */s/ Paul M. Levine*
　　　　　　　　　　　　　　　　Paul M. Levine, Esq.
　　　　　　　　　　　　　　　　8502 E. Via de Ventura, Suite 230
　　　　　　　　　　　　　　　　Scottsdale, Arizona 85258
　　　　　　　　　　　　　　　　*Attorney for Labor Smart, Inc.*

**ELECTRONICALLY FILED**
this 13th day of August, 2024.

**EMAILED** this 13th day of August, 2024 to:

Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com
*Attorneys for Defendants Tucker*

 /s/ Sasha Bever