LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,
   And Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.<br><br>                    Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>                    Defendants.<br><br>And related Counterclaims<br> and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**ACCEPTANCE OF SERVICE**<br><br>(Before the Honorable J. Tuchi) |

PAUL M. LEVINE, under the penalty of perjury, hereby states that:

1. I have been granted authority by multiple Third-Party Defendants to accept service on behalf of those Defendants (and only those named herein).

2. By signing below, I agree to accept service of the Summonses and Third-Party Complaint (Doc. 148) for: Takeover Industries, Inc., Michael Holley, Chirine Holley, Toby McBride, Joseph Pavlik, Thomas Zarro, and Kimberly Zarro.

3. Each of these Third-Party Defendants hereby waives formal service and/or any dispute over personal service and acknowledges proper service for all purposes. Each further understands the duty to answer given this acceptance, which acts as if personal service was effectuated on the date signed below.

4. By signing this Acceptance, I do not make any statements of representation for any of these Defendants. I only have to accept service on behalf of each.

1   DATED this 15th day of August, 2024.

2                                    **PAUL M. LEVINE, P.C.**

3

4                              By:   */s/ Paul M. Levine*
                                    Paul M. Levine
5                                    8502 E. Via de Ventura, Suite 230
                                    Scottsdale, Arizona 85258
6                                    plevine@pmlevinepc.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26