DL Investigations & Attorney Support LLC
7501 N 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 158809

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**LABOR SMART, INC.**

Plaintiff / Petitioner,

vs.

**JASON AND MELISSA TUCKER; et al.**

Defendant / Respondent.

NO. 2:22-cv-00357-JJT
CERTIFICATE OF SERVICE

TOM COMBS, the undersigned certifies under penalty of perjury. That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action

**SUMMONS, ANSWER, COUNTERCLAIMS, AND THIRD-PARTY CLAIMS**

from    Veronica L. Manolio c/o Manolio & Firestone, P.L.C.    on    7/23/24    ;
that I personally served copies of these documents on those named below in the manner and time and place shown, and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** NEXT GEN BEVERAGES, L.L.C.

**DATE & TIME:** 7/30/24 1 31pm
**PLACE &**
**MANNER:** 50 N GLENWOOD ST, JACKSON, WY 83001, a public place
By serving CHAD MARLOWE, a person authorized to accept such service on their behalf, in person.

**Statement of Costs**
Services     $113 40
Mileage
Sp. Handl.   $70 00
Witness
Advances
Cert. Prep   $25 00     28 pages S/C
Other        $18 34
**Total**    **$226 74**

Affiant

The above is covered by A R.S as amended 41-314 & 11-45 and Rules 4, 5 and 45