# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Inc., | No. CV-22-00357-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Tucker, *et al.*, | |
| Defendants. | |

At issue is Third Party Defendants Michael Holley and Chirine Holley's Application to Withdraw as Counsel of Record (Doc. 164). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Third Party Defendants Michael Holley and Chirine Holley's Application to Withdraw as Counsel of Record (Doc. 164).

**IT IS FURTHER ORDERED** the docket in this matter shall reflect that Robert McKirgan, Bruce Samuels, and Hannah Dolski of the law firm Papetti Samuels Weiss McKirgan LLP and Matthew Canini of the law firm Sills Cummis & Gross are no longer counsel of record for Michael Holley and Chirene Holley.

Dated this 20th day of August, 2024.

Honorable John J. Tuchi
United States District Judge