LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
     *and Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.<br><br>                       Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>                       Defendants.<br><br>And related Counterclaims<br> and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**APPLICATION FOR ENTRY OF DEFAULT**<br><br>(Before the Honorable J. Tuchi) |

TO:    CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, Third-Party Claimants Jason and Melissa Tucker hereby request that the Clerk enter the default of Third-Party Defendant NextGen Beverages, LLC on grounds that this Third-Party Defendant has failed to timely answer or otherwise respond to the Third-Party Complaint filed against it. This Third-Party Defendant was properly served, and the entry of Default is now appropriate.  This request is supported by the attached Sworn Affidavit of counsel, Veronica L. Manolio, as **Exhibit A** here.

/ / /

/ / /

/ / /

1    RESPECTFULLY SUBMITTED this 22nd day of August, 2024.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorney for the Tucker Defendants,
Counterclaimants, and Third-Party Claimants*