LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
*        and Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc. | Case No. 2:22-cv-00357-PHX-JJT |
| Plaintiff, | |
| v. | **SWORN AFFIDAVIT IN** |
| | **SUPPORT OF APPLICATION** |
| Jason and Melissa Tucker, | **FOR DEFAULT** |
| Defendants. | (Before the Honorable J. Tuchi) |
| And related Counterclaims and Third-Party Claims. | |

Veronica L. Manolio, subject to the penalty of perjury, affirms and states:

1.     I am the attorney for Third-Party Claimants Jason and Melissa Tucker and make this Affidavit to prove the fact and manner of compliance with the provisions of Federal Rule of Civil Procedure 55(a).

2.     Third-Party Defendant NextGen Beverages, LLC, was served via private process server upon its registered statutory agent on July 30, 2024, at the known address of the agent, who provided a copy of the Summons and Answer, Counterclaims and Third-Party Claims (the Third-Party Complaint).   A Certificate of Service is on file. (Doc. 163)

3.     Third-Party Defendant NextGen Beverages, LLC, against whom a judgment for affirmative relief is sought, has failed to plead or otherwise defend.

4.      The time within which the party may have filed an answer or otherwise defended itself (21 days) has passed.

5.      An Application for Default is filed this same date, and this Affidavit is meant to provide evidentiary support that entry of default is now appropriate.

Further affiant sayeth naught.

_____
Veronica L. Manolio

Date: _____

The foregoing was signed before me on this 22nd day of August, 2024 by affiant Veronica L. Manolio.



OFFICIAL SEAL
LINDSAY E COOK
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 636899
My Comm. Expires July 31, 2026

_____
Lindsay E. Cook, Notary Public

- 2 -