LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
     *and Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.<br><br>                         Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>                         Defendants.<br><br>And related Counterclaims<br> and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**STIPULATION TO RESOLVE OUTSTANDING MOTIONS/ PLEADING ISSUES**<br><br>(Before the Honorable J. Tuchi) |

In good faith, undersigned counsel met and conferred to discuss outstanding pleadings/issues in this matter, in an attempt to streamline the case.  As a result, the Parties agree and respectfully ask that the Court enter an Order confirming the following:

  1. That the Clerk's Entry of Default against NextGen Beverages, LLC, be vacated and that NextGen Beverages' Motion to Set Aside (Doc. 173) be deemed moot;

  2. That Labor Smart, Inc.'s Motion to Dismiss (Doc. 158) be withdrawn (without prejudice to refiling the arguments, if needed), which renders the Response to the Motion (Doc. 174) moot;

  3. Based on the stipulations above, Defendants Tucker agree to file "First Amended Counterclaims and Third-Party Claims" by Friday, September 27, 2024, which shall replace the Counterclaims and Third-Party Claims previously raised (Doc. 148).

1  However, the Answer of the Tuckers, as stated in Doc. 148 shall remain in effect and
2  shall be considered the operative Answer to the Complaint(s) against the Tuckers; and
3      4.    Because a First Amended Counterclaims and Third-Party Complaint will
4  be filed, no Third-Party Defendant will be required to file an Answer or other responsive
5  pleading until 20 days after the amendment is on file.
6      This Stipulation is made in good faith, solely to promote efficiency for the Court
7  and the Parties. A proposed order is submitted herewith.
8      RESPECTFULLY AGREED and SUBMITTED this 13th day of September, 2024.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
    Veronica L. Manolio
    8686 E. San Alberto Dr., Suite 200
    Scottsdale, Arizona 85258
*Attorney for the Tucker Defendants,
Counterclaimants, and Third-Party Claimants*

**PAUL M. LEVINE, P.C.**

By: /s/ Paul M. Levine
    Paul Levine
    8502 E. Via de Ventura, Suite 200
    Scottsdale, AZ 85258
*Attorneys for Plaintiff/Counter-Defendant
and Third-Party Defendants*