IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| Labor Smart, Inc., <br>                 Plaintiff, <br> v. <br> Jason and Melissa Tucker, <br>                 Defendants. <br> And related Counterclaims and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO RESOLVE OUTSTANDING MOTIONS/ PLEADING ISSUES** |
|---|---|

Based on the parties' Stipulation to Resolve Outstanding Motions/Pleading Issues and good cause appearing,

**IT IS HEREBY ORDERED**:

1. The Clerk shall set aside the Default against NextGen Beverages, LLC, and the Motion to Set Aside (Doc. 173) is now deemed moot;

2. Labor Smart, Inc.'s Motion to Dismiss (Doc. 158) is withdrawn, without prejudice to Labor Smart making additional motion(s) upon an amended pleading by the Tucker Claimants, and the Tuckers' Response to the Motion to Dismiss (Doc. 174) is now deemed moot;

3. The Tuckers shall file their First Amended Counterclaims and Third-Party Claims by Friday, September 27, 2024, which shall supersede the Counterclaims and Third-Party Claims previously stated (Doc. 148). However, the Tuckers' Answer to the

claims against them, stated in Doc. 148, shall remain in effect as the operative Answer; and

4. Because a First Amended Counterclaims and Third-Party Complaint will be filed, no Third-Party Defendant will be required to file an Answer or other responsive pleading until 20 days after the amendment is on file.

Dated this _____ day of September, 2024.

 

Honorable John J. Tuchi
United States District Judge