# EXHIBIT C

# Paul Levine

| | |
|---|---|
| **From:** | Jennifer Reiter <jenreiter@reiterlawaz.com> |
| **Sent:** | Friday, July 19, 2024 10:22 AM |
| **To:** | Tom Zarro; Mike Holley; Paul Levine |
| **Subject:** | FW: Notice of Board Call |
| **Attachments:** | Notice of Meeeting of LTNC.pdf |

Jennifer A. Reiter
**Reiter Law, PLC**
4500 N. 32nd St. Suite 201H
Phoenix, Arizona 85018
602-840-3567
jenreiter@reiterlawaz.com
www.reiterlawaz.com

CAUTION:   THE INFORMATION CONTAINED IN THIS E-MAIL COMMUNICATION MAY BE CONFIDENTIAL AND IS INTENDED SOLELY FOR THE USE OF THE RECIPIENT NAME(S) ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, ANY READING, DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS COMMUNICATION FOR ANY PURPOSE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY.  THANK YOU.

**From:** Toby McBride <toby@takeoverind.com>
**Sent:** Friday, November 4, 2022 4:07 PM
**To:** Jennifer Reiter <jenreiter@reiterlawaz.com>
**Subject:** Fwd: Notice of Board Call


Toby Mc Bride
Founder- CEO  Takeover Industries
209.933.1751
Www.takeoverind.com
Www.nxtlvlusa.com

---

**From:** Toby McBride <toby@takeoverind.com>
**Sent:** Friday, November 4, 2022 4:06 PM
**To:** Jason Tucker <jason@takeoverind.com>; Joe Pavlik <joe@takeoverind.com>; Mike Holley <mike@takeoverind.com>; mikeholley@cox.net <mikeholley@cox.net>; Jason Tucker <jason@battleshipstance.com>
**Subject:** Notice of Board Call


Toby Mc Bride
Founder- CEO  Takeover Industries
209.933.1751

1

Www.takeoverind.com
Www.nxtlvlusa.com

# NOTICE OF SPECIAL MEETING
# OF THE BOARD OF DIRECTORS OF LABOR SMART INC.

**NOTICE IS HEREBY GIVEN,** pursuant to Section 6 of the Bylaws of Labor Smart Inc. ("LTNC"), Wyoming Business Corporation Act § 17-16-822 and Nevada Private Corporation Law §§ 78.315 and 78.325, as applicable, to:

Toby McBride, director of LTNC, by e-mail.
Michael Holley, director of LTNC, by e-mail
Jason Tucker, director of LTNC, by e-mail
Joseph Pavlik, shareholder of LTNC and former director of LTNC, by e-mail

By motion of Toby McBride and Michael Holley a special meeting of the Board of Directors will be held by conference call at:
**Date of Meeting: November 7, 2022**
**Time of Meeting: 9:00 a.m. MST**

Participants should call the following number at the designated time:
**Dial-in number (978) 990-5201**
**Access code 6092998**

Given the current ongoing litigation as between the Board of Directors, personal counsel for the invitees will be appearing at the Special Meeting and all invitees are to have their personal counsel attend the Special Meeting.

The following topics shall be raised and voted upon at the Special Meeting:

1. Prior actions of the Board of Directors and Officers of LTNC and its wholly owned subsidiary Takeover Industries, Inc. ("Takeover") from August 2021 to the present.
2. The pending litigation commenced by Takeover in the United States District Court of the District of Arizona.
3. LTNC's plan to spin-off Takeover.
4. Takeover's financial records, status, and corporate and financial controls.
5. Whether the current Board of Directors of Takeover shall be retained.
6. Possible nomination and election of a new board of directors of Takeover.
7. Takeover's material contracts.
8. The retention of counsel by LTNC.

This Notice has been delivered by Toby McBride, director of LTNC, director of Takeover, and Chief Executive Officer of Takeover, by the method described above on this 4th day of November 2022 at or before 4:15 p.m. MST.

9295508