# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Inc., | No. CV-22-00357-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Tucker, *et al.*, | |
| Defendants. | |

On the Court's own motion,

**IT IS ORDERED** vacating the Rule 16 Scheduling Conference set in this matter for January 23, 2025 (Arizona time) at 10:00 AM, to be reset by separate order.

Dated this 22nd day of January, 2025.

Honorable John J. Tuchi
United States District Judge