# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Inc., | No. CV-22-00357-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Tucker, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(a), I will take no further action in the above-captioned matter and will order this case to be reassigned, by random draw, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Honorable Diane J. Humetewa has been drawn. Accordingly,

**IT IS ORDERED** that this matter is reassigned to the Honorable Diane J. Humetewa, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-22-00357-PHX-DJH.

Dated this 22nd day of January, 2025.

Honorable John J. Tuchi
United States District Judge