Spencer D. Freeman, *pro hac vice*
**Freeman Law Firm, Inc.**
1107 ½ Tacoma Ave S.
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
sfreeman@freemanlawfirm.org
*Attorneys for Third Party Claimant Tuckers*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Labor Smart, Inc.,<br>Plaintiff,<br>v.<br>Jason Tucker, et al.,<br>Defendants. | **Case No.: 2:22-cv-00357-PHX-DJH**<br><br>**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF THIRD-PARTY CLAIMANTS JASON TUCKER AND MELISSA TUCKER'S RESPONSE TO MOTION TO DISQUALIFY** |

I, Spencer Freeman, under penalty of perjury, declare and state as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court Western District of Washington, Eastern District of Washington, Ninth Circuit Court of Appeals, and United States Supreme Court. I am the principal attorney with Freeman Law Firm, Inc., attorneys for Third-Party Claimants Jason Tucker and Melissa Tucker. Unless otherwise stated, I have

personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. I have known Jason Tucker for close to twenty years, since approximately 2006.

3. Over the years we have done quite a bit of work together as he has been an investigator and expert on a number of intellectual property cases I litigated in several different jurisdictions throughout the country.

4. One of those jurisdictions was United States District Court District of Arizona. One of those cases, filed in 2016, involved Ms. Manolio as local counsel and co-counsel. I was introduced to Ms. Manolio by Mr. Tucker for purpose of that litigation.

5. The Arizona intellectual property litigation went from early 2016 until early 2021.

6. I have kept in contact with Mr. Tucker since the 2021 Arizona litigation settled.

7. As Mr. Tucker was starting his legal battle in the instant matter, he would discuss with me issues from the case in a very cursory manner. I knew that Ms. Manolio was representing him in this case.

8. Approximately a year ago, Ms. Manolio agreed to a role as local counsel for me in a state court matter. That matter, *Zantkovsky v. Brown* Cause No. CV2024-006016, is currently pending in Maricopa County Superior Court.

9. Until recently, Ms. Manolio and I had not discussed this pending matter.

10. Sometime in November 2024, Mr. Tucker inquired with me the possibility of representing him and his wife in this case limited to their role as Third-Party Claimants in claims asserted against Takeover Industries, Inc.

11. As a result of this inquiry, I had a discussion with Ms. Manolio about the procedural posture of the case and the process of my substitution as attorney for the Tuckers as Third-Party Claimants.

12. Thereafter, I applied for admission pro hac vice and Ms. Manolio moved to have me substituted as counsel for the Tuckers as Third-Party Claimants, which was granted.

13. So far, my factual knowledge of the case has come from discussions with Mr. Tucker, both recent and historic, and from my review of certain filings in the action and certain Orders by The Honorable John J. Tuchi.

14. Ms. Manolio has not provided me with any information regarding Takeover Industries Inc.

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 29th day of January 2025 at Tacoma, Washington.

_*/s/ Spencer D. Freeman*_________
Spencer Freeman