# EXHIBIT A

# Invoice

**Manolio & Firestone, PLC**
8686 E. San Alberto Drive
Suite 200
Scottsdale, AZ 85258

Invoice submitted to:
Takeover Industries, Inc.

Invoice #      20141
Invoice date  11/16/2022

**DUE UPON RECEIPT**

Client ID: 11212

| | |
|---|---:|
| **Previous balance** | **$4,129.72** |
| Payments and other transactions | ($12,531.28) |
| Total fees | $43,738.02 |
| Total expenses | $724.10 |
| Interest | $0.00 |
| Finance charge | $0.00 |
| Taxes | $0.00 |
| **Total new charges** | **$44,462.12** |
| Requested funds replenishment | $0.00 |
| **Balance Due** | **$36,060.56** |

**For your convenience, invoices can be paid by credit card - call 480-222-9100, or pay online via Quickbooks (we may send a separate link to allow for your online payment - you will NOT be billed twice).**
**Thank you for your business!**

---

Takeover Industries, Inc.

Client ID:    11212

Invoice #      20141
Invoice date  11/16/2022
Check # _____

Manolio & Firestone, PLC
8686 E. San Alberto Drive
Suite 200
Scottsdale, AZ 85258

| | |
|---|---:|
| Previous balance | $4,129.72 |
| Transactions | ($12,531.28) |
| New charges | $44,462.12 |
| Funds replenishment | $0.00 |
| Balance due | $36,060.56 |
| Payment amount | $ _____ |

Manolio & Firestone, PLC

Takeover Industries, Inc.                                                                                       Page    2

## Professional Services

|   | Hrs/Rate | Amount |
|---|---|---|

v. Holley et al.

|  |  |  |  |  |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 6/6/2022 | VLM | Received and reviewed additional request to represent Joseph Pavlik and Board Resolution permitting joint representation of him (.2); introduction of T. McBride to separate counsel/referral (no charge). | 0.20 $375.00/hr | $75.00 |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 6/14/2022 | VLM | Telephone conference with Jennifer Reiter re: Joint Representation parameters and background/information on case status. Forwarded research based on T. McBride request to disqualify Matt Canini. (no charge for emails, call only) | 0.44 $375.00/hr | $163.85 |
|  | VLM | Updated Conflict Letter and Joint Defense Memorandum for Tuckers and Pavlik; circulated to all clients. Follow up emails with Jason Tucker and Joe Pavlik (no charge) | 0.55 $375.00/hr | $206.25 |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |

Manolio & Firestone, PLC

Takeover Industries, Inc.  Page 3



Manolio & Firestone, PLC

Takeover Industries, Inc.                                                                                                    Page        4

|            |     |                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate         | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| 9/19/2022  | VLM | Conference with Jason Tucker and Joseph Pavlik re: McBride spending issues and seeking a meeting to discuss/resolve with McBride. (.4) Drafted letter to Jennifer Reiter regarding same (remaining time).                                                                                                                                               | 0.86 $375.00/hr  | $321.35  |
| 9/20/2022  | VLM | Correspondence with Jennifer Reiter re: scheduling meeting for 9/21 (no charge); Call from Jennifer and Toby McBride prior to scheduled Zoom meeting about upcoming meeting and Toby apology (.5); Held Zoom Conference/meeting (in an "open discussion forum requested by Jennifer") with - Jason Tucker and Joe Pavlik and McBride and his counsel. Discussion re: personal spending and threats by Lender re: Default on Notes (.5) | 1.00 $375.00/hr  | $375.00  |
|            | VLM | Follow-up telephone conference with Messrs. Tucker and Pavlik re: meeting and how to proceed in light of Toby's spending and James' threat to call the Note(s).                                                                                                                                                                                         | 0.30 $375.00/hr  | $112.50  |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| 9/22/2022  | VLM | Received and reviewed communications from Joe Pavlik re: McBride.                                                                                                                                                                                                                                                                                      | 0.20 $375.00/hr  | $75.00   |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |
| ■          | ■   | ■                                                                                                                                                                                                                                                                                                                                                      | ■                | ■        |

Manolio & Firestone, PLC

Takeover Industries, Inc.  Page 5

| | | Hrs/Rate | Amount |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 11/4/2022 VLM | Received and reviewed Scott Brunner's email "Notice" regarding James Deppoleto Notes and his intention to withhold future funding. | 0.20 $375.00/hr | $75.00 |
| VLM | Received and reviewed Notice of Board Meeting from Jason (sent by Toby); email to Matt Canini and Jennifer Reiter regarding Meeting and best way to proceed; emails with Joe Pavlik regarding same. | 0.88 $375.00/hr | $330.83 |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 11/8/2022 WHK | Performed research on LRs for motion to withdraw as counsel for Joseph Pavlik; drafted consent form. | 0.75 $275.00/hr | $206.25 |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |

Manolio & Firestone, PLC

Takeover Industries, Inc.            Page 6

| | Hrs/Rate | Amount |
|---|---|---|