# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart Incorporated, | No. CV-22-00357-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Melissa Tucker, et al., | |
| Defendants. | |

Pursuant to the Court's Order of March 6, 2025 (Doc. 206), the pending Motion to Disqualify Attorney[] Veronica L. Manolio and Spencer Freeman as Attorneys for Parties Jason and Melissa Tucker, filed by Plaintiff/Counterdefendant Labor Smart, Inc. and Third-Party Defendants Takeover Industries, Inc., Joseph Pavlik, Next Gen Beverages, LLC, Michael Holley and Chirine Holley, Thomas Zarro and Kimberly Zarro, and Toby McBride (Doc. 195) has been referred to undersigned. Having reviewed the briefing and the docket in this matter, the Court will grant the request for oral argument.

Counsel are advised that the Court has set aside one hour for argument. The Court anticipates dividing the time as follows: 30 minutes for Movants; 30 minutes for the Tuckers. Ms. Manolio and Mr. Freeman may allocate their 30 minutes between themselves as they see fit.

Accordingly,

**IT IS ORDERED** setting an in-person oral argument as to the Motion to Disqualify (Doc. 195) for **April 7, 2025, at 2:00 p.m.** before Magistrate Judge Alison S. Bachus in

1  Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003.
2      Dated this 25th day of March, 2025.

Honorable Alison S. Bachus
United States Magistrate Judge