LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
   *And Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc._____<br><br>                         Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>                         Defendants.<br>And related Counterclaims<br>  and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL, WITH CLIENT CONSENT**<br><br>(Before the Hon. D. Humetewa) |

Pursuant to L.R.Civ. 83.3(b)(1), Third-Party Claimants Jason and Melissa Tucker request to substitute Spencer Freeman, Washington State Bar No. 25069[1], as counsel of record for their Third-Party Claims against Joseph Pavlik ("Pavlik") in place of current counsel, Veronica L. Manolio.  This request for substitution is made because counsel for Pavlik raised an issue of conflict by Ms. Manolio continuing representation when she previously represented Pavlik.  Although there has been motion practice, and the current Report and Recommendation from U.S. Magistrate Judge Allson Bachus is that no conflict of interest exists (*see*, Doc. 209 at pp. 15-19), the Tuckers voluntarily agree to have replacement counsel prosecute the claims against Pavlik to avoid even a *doubt* about ongoing conflict arguments.  The Tuckers made this decision to focus on the merits of the case rather than inviting additional procedural fights.

---

[1] Mr. Freeman has already been admitted *pro hac vice*.

The Tuckers have already hired Mr. Freeman as independent counsel for certain claims, and he has agreed to pursue Pavlik as well.

Because this Application bears client consent, it is filed *ex parte*. The Tuckers' contact information remains unchanged, and Ms. Manolio will continue to act as lead counsel for the Tuckers.

I consent to the above substitution of Mr. Freeman in place of Ms. Manolio as to the Third-Party Claims against Takeover.

<u>Signature Page Following</u>   Date: _____
Jason Tucker

<u>Signature Page Following</u>   Date: _____
Melissa Tucker

I consent to substitution to represent the Tuckers in prosecuting the Third-Party Claims against Takeover.

<u>Signature Page Following</u>   Date: _____
Spencer D. Freeman

RESPECTFULLY SUBMITTED this 22nd day of April, 2025.

**MANOLIO & FIRESTONE, PLC**

By: <u>/s/ Veronica L. Manolio</u>
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for the Tucker Defendants, Counterclaimants, and Third-Party Claimants*

- 2 -

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ARIZONA_____

| | |
|---|---|
| Labor Smart Incorporated<br>                             Plaintiff (s),<br>V.<br>Tucker et al<br>                             Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:22-cv-00357-DJH |

Notice is hereby given that, subject to approval by the court, __Jason and Melissa Tucker__ substitutes
                                                                                                                           (Party (s) Name)

__Spencer D Freeman, Pro Hac Vice__, State Bar No. __WA 25069__ as counsel of record in
                 (Name of New Attorney)

place of __Veronica L Manolio__
                               (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Freeman Law Firm Incorporated |
| Address: | 1107 1/2 Tacoma Ave S., Tacoma, WA 98402 |
| Telephone: | (253) 383-4500      Facsimile (253) 383-4501 |
| E-Mail (Optional): | sfreeman@freemanlawfirm.org |

I consent to the above substitution.

Date:     4/22/2025                                   _/s/ signatures_
                                                                               (Signature of Party (s))

I consent to being substituted.

Date:     4/22/2025                                   _/s/ signature_
                                                                           (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     April 22, 2025                             _/s/ signature_
                                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____            _____
                                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]