✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ARIZONA_____

Labor Smart Incorporated

                 Plaintiff (s),

V.

    Tucker et al

                 Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  2:22-cv-00357-DJH

Notice is hereby given that, subject to approval by the court,  Jason and Melissa Tucker  substitutes
                                                (Party (s) Name)

Spencer D Freeman, Pro Hac Vice , State Bar No.  WA 25069  as counsel of record in
      (Name of New Attorney)

place of  Veronica L Manolio .
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Freeman Law Firm Incorporated

    Address:    1107 1/2 Tacoma Ave S., Tacoma, WA 98402

    Telephone:    (253) 383-4500    Facsimile  (253) 383-4501

    E-Mail (Optional):    sfreeman@freemanlawfirm.org

I consent to the above substitution.

Date: _____4/22/2025_____                                     (Signature of Party (s))

I consent to being substituted.

Date: _____4/22/2025_____                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____April 22, 2025_____                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                             Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**