LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
   *And Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.<br><br>           Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>           Defendants.<br><br>And related Counterclaims<br> and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>(Before the Hon. D. Humetewa) |

NOTICE IS HEREBY GIVEN that effective May 1, 2025, the law firm of Manolio & Firestone, PLC and its attorney Veronica L. Manolio have moved. The new firm address is:

**8674 E. San Alberto Drive**
**Scottsdale, Arizona 85258**

All other contact information for the firm and its attorney will remain the same.

RESPECTFULLY SUBMITTED this 30TH day of April, 2025.

////

////

////

1

2

3 **MANOLIO & FIRESTONE, PLC**

4

5 By: /s/ Veronica L. Manolio
Veronica L. Manolio
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
*Attorneys for the Tucker Defendants,
Counterclaimants, and Third-Party Claimants*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26