IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| Labor Smart, Inc., | Case No. 2:22-cv-00357-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ADDITIONAL TIME FOR SETTLEMENT CONFERENCE** |
| Jason and Melissa Tucker, | |
| Defendants. | |
| And related Counterclaims and Third-Party Claims. | |

Court having received Joint Status Report and good cause appearing,

**IT IS HEREBY ORDERED** granting additional time to contact Magistrate Judge Kimmons' court for scheduling an in-person settlement conference to occur no later than June 30, 2025..

Dated this _____ day of May, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge