# EXHIBIT A

Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com
*Attorney for Plaintiff/Counterclaimant*
*Labor Smart, Inc. and Third-Party Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Labor Smart, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Jason Tucker et al., <br><br> Defendants. | Case No. 2:22-cv-00357-PHX-JJT <br><br> **DECLARATION OF TOBY MCBRIDE** |

I, Toby McBride, hereby declare, under penalty of perjury, that the following is true and correct.

1. I currently live in Stockton, California.

2. I am the Chief Revenue Officer of Flerish, a business that requires me to travel on a weekly basis. I am responsible for sales and distribution for the company.

3. For the week of June 23, 2025, I will be in Los Angeles for business. Meetings have already been scheduled, including meeting on June 23 and 24, 2025.

4. I can appear virtually for the Settlement Conference, but attendance in person would be a hardship.

5. My interests in this case align with those of Mr. Holley and Mr. Zarro, who I understand will personally be present at the Settlement Conference.

1

Dated this 28th day of May, 2025.

                                     */s/ Toby McBride*
                                     TOBY MCBRIDE