Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com
*Attorney for Plaintiff/Counterclaimant*
*Labor Smart, Inc. and Third-Party Defendants*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABOR SMART, INC. | Case No: 2:22-cv-00357-PHX-DJH |
| Plaintiff, | **NOTICE OF BANKRUPTCY** |
| vs. | |
| JASON AND MELISSA TUCKER. | (Before the Hon. D. Humetewa) |
| Defendants. | |
| And related Counterclaims and Third-Party Claims. | |

NOTICE IS HEREBY GIVEN that Third-Party Defendant TAKEOVER INDUSTRIES, INC., filed a petition for relief under Chapter 7 of Title 11 of the United States Code on September 10, 2025, in the United States Bankruptcy Court for the District of Nevada, Case number 25-50831-hlb. Copies of the *Notice of Chapter 7 Bankruptcy Case and Notice of Chapter 7 Bankruptcy Case* are attached hereto.

DATED: October 24, 2025.

PAUL M. LEVINE, P.C.

By: */s/ Paul M. Levine*
Paul M. Levine, Esq.
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
*Attorney for Plaintiff/Counterdefendant*
*Labor Smart, Inc. and Third-Party Defendants*
*(including Joseph Pavlik)*

## CERTIFICATE OF MAILING

I hereby certify that the foregoing *Notice of Bankruptcy and Notice of Chapter 7 Bankruptcy Case* was served by and through the CM/ECF filing system of the United States District Court, District of Arizona, on October 24, 2025, to the following parties:

Veronica L. Manolio, Esq.
**MANOLIO & FIRESTONE, PLC**
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
VManolio@MF-Firm.com
*Attorney for Tucker Defendants/
Counterclaimants/Third-Party Claimants*

Spencer D. Freeman, Esq.
**FREEMAN LAW FIRM, INC**
1107 1/2 Tacoma Ave S
Tacoma, Washington 98402
SFreeman@FreemanLawFirm.org
Reception@FreemanLawFirm.org
Sierra@FreemanLawFirm.org
*Attorney for Jason Tucker and
Melissa Tucker*

By: /s/ Paul M. Levine

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | TAKEOVER INDUSTRIES, INC. <br> Name | EIN: | 86–1497450 |
| United States Bankruptcy Court | District of Nevada | Date case filed for chapter: | 7   9/10/25 |
| Case number: | 25–50831–hlb | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1. Debtor's full name | TAKEOVER INDUSTRIES, INC. | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 401 RYAND STE. 200-A <br> RENO, NV 89502 | |
| 4. Debtor's attorney <br> Name and address | ZACHARIAH LARSON <br> LARSON AND ZIRZOW, LLC <br> 850 E. BONNEVILLE AVE. <br> LAS VEGAS, NV 89101 | Contact phone 702-382-1170 <br> Email: zlarson@lzlawnv.com |
| 5. Bankruptcy trustee <br> Name and address | BRADLEY G. SIMS <br> BRADLEY G SIMS, CHAPTER 7 TRUSTEE <br> 1344 DISC DR. #1138 <br> SPARKS, NV 89436 | Contact phone 775-364-5505 |
| 6. Bankruptcy clerk's office <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Booth Street <br> Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM <br> Contact phone: (775) 326-2100 <br> Date: 9/10/25 |
| 7. Meeting of creditors <br><br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 9, 2025 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 747 939 7910, and Passcode 7753645505, OR call 1 775 501 6884** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. Proof of claim <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1