IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jason Tucker, et al.,<br><br>　　　　　Defendants. | No. CV-22-00357-PHX-DJH<br><br>**ORDER** |

　　　　Pending before the Court is Defendants Jason and Melissa Tuckers' Motion for Leave to File Non-Electronic File in Support of Summary Judgment ("Motion to File Non-Electronic Exhibit"). (Doc. 229). The Court having considered the motion, and good cause appearing,

　　　　**IT IS ORDERED** Defendants' Motion to File Non-Electronic Exhibit (Doc. 229) is **GRANTED**. Defendants are directed to provide the non-electronic file to the Clerk's Office for filing in accordance with the policies and procedures for filing nonelectronic documents.

　　　　Dated this 8th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　United States District Judge