EXHIBIT E

# In the Matter of:

*Labor Smart*

*vs*

**Tucker**

---

*Melissa Floyd Tucker*

*December 29, 2025*

---



GRIFFIN GROUP INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

1 filed for bankruptcy.  Takeover knows they owe me a
2 lot or OCW a lot of money because they included it in
3 their bankruptcy filing, but OCW doesn't have a
4 claim.
5     Q.    Let me be clear about this.  I want to know
6 if OCW has ever made a claim in this case against
7 Takeover or Labor Smart?
8           MS. MANOLIO:   Object to form.  And Paul,
9 I think you and I have already clarified this
10 multiple times through written stipulation.  I'm
11 going to let the witness answer the question, but I
12 also want to put on the record that you and I already
13 clarified this prior to today that Oak Creek Wellness
14 is not making a claim for damages in this case.  So
15 the witness can answer, but I don't want it to be --
16 appear for the record that we haven't clarified this
17 already.
18           MR. LEVINE:   Well, I -- okay.
19           MS. MANOLIO:   Go ahead, Melissa.  If you
20 can answer, go ahead and answer.
21     A.    I mean, I feel like our shares -- the shares
22 for OCW were also damaged.  However, like Veronica
23 said, she would have to tell you the legal specifics
24 of this.
25 BY MR. LEVINE:



1     Q.   Were you ever, you personally, ever a
2 shareholder in Takeover?
3     **A.**   **No.**
4     Q.   Were you personally ever a shareholder in
5 Labor Smart?
6          MS. MANOLIO:  I'm so sorry, Paul.  Can
7 you just repeat it.  Were you a personal shareholder
8 in what?
9          MR. LEVINE:  Rachelle, can you read that
10 back, please.
11          THE COURT REPORTER:  "Were you personally
12     ever a shareholder in Labor Smart?"
13     **A.**   **No.**
14 BY MR. LEVINE:
15     Q.   There are a number of claims that are being
16 made by you and your husband in this case against
17 various parties, those include Labor Smart,
18 Mr. Holley, Mr. McBride, Mr. Pavlik, Mr. Zarro, and
19 NextGen Beverages.
20        First, are you aware of that?
21     **A.**   **I'm aware, yes.**
22     Q.   So I want to know if you have any personal
23 information with respect to these claims.  And I know
24 that your husband was deposed three or four weeks
25 ago, but I want to ask you about your personal

