EXHIBIT H

| | |
|---|---|
| **From:** | Jason Tucker <jason@battleshipstance.com> |
| **Sent:** | Friday, May 17, 2024 1:28 PM |
| **To:** | Veronica L. Manolio |
| **Subject:** | Fwd: RE: Jason Tucker/Labor Smart, inc. Ref 170067/170069 |

-------- Original Message --------
Subject: RE: Jason Tucker/Labor Smart, inc. Ref 170067/170069
Date: 2024-05-17 12:08 PM
 From: CT Shareholder Services <inbox@cleartrusttransfer.com>
To: David Wise <WiseLaw@verizon.net>
Cc: Jason Tucker <jason@battleshipstance.com>

Thank you for this information. We will review and reply as soon as possible.

Sincerely,

KARA KENNEDY

President

ClearTrust, LLC

+1 813 235 4490

CLEARTRUSTONLINE.COM

   [1]

   [2]

   [3]

‗ ‗

‗ ‗

_The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well._

FROM: David Wise <WiseLaw@verizon.net>
SENT: Friday, May 17, 2024 9:59 AM
TO: CT Shareholder Services <inbox@cleartrusttransfer.com>
CC: Jason Tucker <jason@battleshipstance.com>
SUBJECT: Jason Tucker/Labor Smart, inc.

Attention:  Kyla:

Hi Kyla:

Attached to this email is a copy of Preferred Stock Purchase Agreement
("SPA") between Joseph Pavlik, as seller, and Jason Tucker, as Purchaser. The SPA was made on September 20, 2021.

Also attached to this email is a copy of Labor Smart, Inc. Minutes of Special Meeting of Directors, dated October 13, 2021, approving the SPA.
  The Minutes were signed by Michael Holley Toby McBride and Jason Tucker, as Directors.

The SPA calls for purchase consideration of $5,000.

Also, attached hereto is an email dated October 29, 2021, from Jason Tucker to Joseph Pavlik, which states:

"On 10/13/2021, a certain PREFERRED STOCK PURCHASE AGREEMENT was entered into by and between Joseph Pavlik and Jason Tucker (the "Parties"). It is agreed between the parties that all requirements by each Party have been fully satisfied."

"This shall serve as a receipt of confirmation that all requirements, representations, warranties, covenants, and agreements of the Parties contained in the Agreement, have been satisfied.  The Parties agree that the transaction has satisfied requirements for Closing."

"If agreed and accepted, kindly reply back with Yes."

On April 5, 2022, Mr. Pavlik sent an email to Mr. Tucker replying "Yes"
to Mr. Tucker's above email, a copy of which is attached to this email.

As ClearTrust is aware Mr. Pavlik transferred the shares covered by the SPA to Mr. Tucker's company, Battleship Stance, Inc. without objection from ClearTrust.

It is quite obvious from the documents attached to this email that Mr.
Tucker fully performed his obligations under the SPA, and that Mr.
Pavlik received consideration for the shares sold under the SPA or else he would not have transferred the shares at all. The inescapable conclusion is that Mr. Pavlik had received consideration for the shares covered by the SPA no later than April 5, 2022, the date of Mr. Pavlik's confirmation email response to Mr. Tucker. April 5, 2022 is over two years ago; hence, the holding period for this firm's Section 4.(a)(1) opinion has been satisfied.

For your information, the Federal Court litigation between Labor Smart, Inc. and Jason Tucker does not involve Battleship Stance, Inc. or Oak Creek Wellness, Inc. as parties thereto.

We believe that it is well past time for Labor Smart to put up or shut up and cease and desist from allowing legend removals. We urge you to demand proof of a TRO or allow the legend removal to go through.

David E. Wise

Law Offices of WiseLaw, P.C.

David E. Wise, Attorney

327 East Lullwood Avenue

San Antonio, Texas 78212

2

TUCKER002944

E-Mail: wiselaw@verizon.net

Telephone: (210) 323-6074

Links:
------
[1] https://www.cleartrustonline.com/contact
[2] https://www.cleartrustonline.com/review
[3] https://www.cleartrustonline.com/secure

--
Jason Tucker
+1.310.488.8017
SKYPE: jtucker001

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved

TUCKER002945