EXHIBIT O

# In the Matter of:

*Labor Smart*

*vs*

*Tucker*

---

*Excerpt of Reporter's Transcript of Recorded Conversation*

*September 21, 2022*

---



# GRIFFIN GROUP INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

```
In re:                          )
                                )   Case No.
Labor Smart, Inc. vs.           )   2:22-cv-00357-PHX-JJT
Jason and Melissa Tucker.       )
                                )
```

REPORTER'S TRANSCRIPT OF RECORDED EXCERPT OF CONVERSATION

THE PARTICIPANTS:    Jason Tucker
                         Toby McBride
                         Joe Pavlik

AUDIO DATE:    September 21, 2022

PREPARED BY:
Keisha Heflin,
Certified Electronic
Transcriber No. CET-545

PREPARED FOR:
Paul Levine, Esq.

(Certified Copy)



**Griffin Group International**
888.529.9990 | 602.264.2230

```
 1                  (Excerpt audio begins.)
 2              MR. TUCKER:  Yeah.  But we're -- we're
 3   dropping water.
 4              MR. McBRIDE:  Yeah.
 5              MR. TUCKER:  We're focusing on shots.  We
 6   have a crisis with our manufacturer.  We're overextended.
 7   We're not in a place to commit to anything.
 8              MR. McBRIDE:  Yeah.
 9              MR. PAVLIK:  Yeah.
10                  (Excerpt audio ends.)
```

```
1   STATE OF ARIZONA        )
                            ) ss.
2   COUNTY OF MARICOPA      )

3           BE IT KNOWN that the foregoing audio/video
    recording was transcribed by me; that the foregoing pages
4   are a full, true, and accurate record of the audio
    recording, all done to the best of my skill and ability.
5
            I CERTIFY that I am in no way related to any of
6   the parties hereto, nor am I in any way interested in the
    outcome hereof.
7

8           [ ]  Review and signature was requested.
            [ ]  Review and signature was waived.
9           [X]  Review and signature not required.

10
            I CERTIFY that I have complied with the ethical
11  obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
    J(1)(g)(1) and (2).
12          Dated at Phoenix, Arizona, this 5th day of
    January, 2026.
13

14
                        /s/ Keisha Heflin
15
                        _____
16
                        KEISHA HEFLIN, CET
17                      Certified Electronic
                        Transcriber CET-545
18
                    *   *   *   *   *
19

20          I CERTIFY that Griffin Group International has
    complied with the ethical obligations set forth in ACJA
21  7-206 (J)(1)(g)(1) through (6).

22                      /s/ Griffin & Associates
                        _____
23                      GRIFFIN & ASSOCIATES, LLC
                        Registered Reporting Firm
24                      Arizona RRF No. R1005

25
              WWW.ARIZONACOURTREPORTERS.COM
           GRIFFIN GROUP INTERNATIONAL - 602.264.2230
```

