EXHIBIT P

# CERTIFIED SHAREHOLDER LIST

## CLEARTRUST, LLC

| Issue: TAKEOVER INDUSTRIES, INC. - COMMON | | | Abbrev: | | Cusip: TAKEOVERCOM |
|---|---|---|---|---|---|
| Account/TIN | Name & Address | | | | Shares Held |
| 6 | JAMES DEPPOLETO<br>1600 PARAMOUNT DRIVE<br>WAUKESHA WI 53186 | | | | 200,000,000<br>1.312% |
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | 05/02/2022 | | 200,000,000 | RESTRICTED | |
| | | Total Active Shares<br>Total Restricted Shares | 200,000,000 *<br>200,000,000 * | | |
| 4 | LABOR SMART, INC.<br>C/O JASON TUCKER<br>4790 CAUGHLIN PARKWAY #387<br>RENO NV 89509 | | | | 14,663,918,000<br>96.220% |
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | | 03/03/2022 | -50,000 | RESTRICTED - CONTROL POSITION | |
| * RSTR * | 03/03/2022 | | 14,663,918,000 | RESTRICTED - CONTROL POSITION | |
| ==* RSTR *== | ==02/27/2021== | | ==50,000== | RESTRICTED - CONTROL POSITION | |
| | | Total Active Shares<br>Total Restricted Shares | 14,663,918,000 *<br>14,663,918,000 * | | |
| 8 | FRANCISCO JAVIER PENA MORENO<br>BERNOLDWEG N14 6300<br>ZUG<br>SWITZERLAND | | | | 76,000,000<br>0.499% |
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | 05/19/2022 | | 76,000,000 | RESTRICTED | |
| | | Total Active Shares<br>Total Restricted Shares | 76,000,000 *<br>76,000,000 * | | |
| 9 | PALOMA DE LA ASCENSION<br>C/O FRANCISCA PENA MORENO<br>RUA PROFESSOR RICARDO JORGE N7 11<br>DTO/ESQ<br>ALGES 1495-153<br>PORTUGAL | | | | 100,000,000<br>0.656% |
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
| * RSTR * | 05/19/2022 | | 100,000,000 | RESTRICTED | |
| | | Total Active Shares<br>Total Restricted Shares | 100,000,000 *<br>100,000,000 * | | |
| 5 | ANTHONY PETTIS<br>2786 HERA HEIGHTS COURT<br>HENDERSON NV 89052 | | | | 100,000,000<br>0.656% |
| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |

| Issue: TAKEOVER INDUSTRIES, INC. - COMMON | | | Abbrev: | | Cusip: TAKEOVERCOM |
|---|---|---|---|---|---:|
| Account/TIN | Name & Address | | | | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| | ANTHONY PETTIS (Continued) | | | | |
| * RSTR * | 05/02/2022 | | 100,000,000 | RESTRICTED | |
| | | Total Active Shares | 100,000,000 * | | |
| | | Total Restricted Shares | 100,000,000 * | | |

| 7 | JOSHUA RAPKIN<br>4 MOSS POINT DR<br>ORMOND BEACH FL 32174 | | | | 100,000,000<br>0.656% |
|---|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted | |
|---|---|---|---|---|---|
| * RSTR * | 05/02/2022 | | 100,000,000 | RESTRICTED | |
| | | Total Active Shares | 100,000,000 * | | |
| | | Total Restricted Shares | 100,000,000 * | | |

| | 6 | Holders Qualified | Total Outstanding Shares | 15,239,918,000 |
|---|---|---|---|---|
| | | | Total Restricted Shares | 15,239,918,000 |
| | | | Total Non-Restricted Shares | 0 |

**Restriction Breakdown**

| Restriction Name | Shares |
|---|---|
| Restricted Book | 15,239,918,000 |

TUCKER000222

# REGISTRAR CONTROL
## CLEARTRUST, LLC

**For the period from 01/01/22 to 05/25/22**
Authorized shares for TAKEOVER INDUSTRIES, INC. - SERIES A PRF: 250,000

| | | | | |
|---|---|---|---|---|
| **Transactions Effective Before** | 01/01/2022 | | | |
| Shares Cancelled: | 0 | | | |
| Shares Issued: | 0 | | | |
| **Transactions Effective After** | 05/25/2022 | **Begin Balance:** | | 0 |
| Shares Cancelled: | 0 | **Shares Cancelled:** | | 0 |
| Shares Issued: | 0 | **Shares Issued:** | | 160,825 |
| | | **Ending Balance:** | | 160,825 |

| Certificate/Book | Holder | Denomination | Batch # | Type | Effective | Posted |
|---|---|---|---|---|---|---|
| * RESTR BOOK * | TOBY MCBRIDE | 79,000 | 160928 | OIS | 05/16/2022 | 05/16/2022 |
| * RESTR BOOK * | JASON TUCKER | 79,000 | 160928 | OIS | 05/16/2022 | 05/16/2022 |
| * RESTR BOOK * | JOE PAVLIK | 2,825 | 160928 | OIS | 05/16/2022 | 05/16/2022 |
| | 3 Restr Book Issued For: | 160,825 SHS/PV | | | | |
| | 0 Cert/Book Cancelled For: | 0 SHS/PV | | | | |
| | 3 Cert/Book Issued For: | 160,825 SHS/PV | | | | |
| | | 160,825 * Net Change | | | | |

TUCKER000223