EXHIBIT T

Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984

*Attorney for Plaintiff/Counterdefendant
Labor Smart, Inc. and Third-Party Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABOR SMART, INC.<br><br>Plaintiff,<br>vs.<br><br>JASON AND MELISSA TUCKER.<br><br>Defendants.<br><br>And related Counterclaims and Third-Party Claims. | Case No: 2:22-cv-00357-PHX-DJH<br><br>**DECLARATION OF DAVID ANDERSON**<br><br>(Before the Hon. D. Humetewa) |

I, David Anderson, declare as follows:

1. I was originally contacted by Joe Pavlik to work with Takeover Industries, Inc. ("Takeover") to develop its website, beginning in approximately March 2021.

2. In order to create the Takeover website, Takeover purchased a template, which was used to create the Takeover website.

3. The Takeover website advertised the sale of its hydrogen water product ("H Water"), which was sold in cans. The website had pictures of the H Water cans, which identified the ingredients.

4. Takeover did not advertise and did not sell a nootropic beverage. Takeover sold a nootropic 2 ounce shot only.

5. I also worked with Next Gen Beverages, LLC ("NGB") to develop its website, beginning in approximately June 2023.

6. In order to create the NGB website, NGB purchased a template, which was used to create the NGB website. The template was different and, in my opinion, better than the one used by Takeover.

7. I did not use any information from the Takeover website to develop the NGB website.

8. The NGB website promotes, advertises and sells a 12-ounce nootropic beverage drink.

Dated this 8TH day of January, 2026.

**DAVID ANDERSON**

By: */s/ David Anderson*