EXHIBIT V

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 6-29-23 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $15,000.00**

   1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $15,000.00 (the "Loan Amount").

   2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*  
Next Gen Beverages LLC.

*[signature]*  
Takeover Industries Inc.

DEF01273

NXT GEN 215

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 9-18-23 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

_Tom Zarro_  
Next Gen Beverages LLC.

_(signature)_  
Takeover Industries Inc.

DEF01271

NXT GEN 216

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 2-14-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $4,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $4,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.


*Tom Zarro*
Next Gen Beverages LLC.

*[signature]*
Takeover Industries Inc.

**DEF01280**

NXT GEN 217

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 3-1-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $1,500.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $1,500.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
_____
Next Gen Beverages LLC.

*[signature]*
_____
Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 3-8-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
Next Gen Beverages LLC.

*[signature]*
Takeover Industries Inc.

DEF01278

NXT GEN 219

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 4-2-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $7,500.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $7,500.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
Next Gen Beverages LLC.

*[signature]*
Takeover Industries Inc.

DEF01277

NXT GEN 220

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 4-29-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $5,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $5,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
Next Gen Beverages LLC.

*Nikhil Alley*
Takeover Industries Inc.

DEF01276

NXT GEN 221

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 5-15-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $5,000.00**

   1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $5,000.00 (the "Loan Amount").

   2. The Borrower agrees to re-pay the lender for the loan amount.


*Tom Zarro*
Next Gen Beverages LLC.

*Nikhil Alley*
Takeover Industries Inc.

DEF01275

NXT GEN 222

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 5-20-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $6,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $6,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
Next Gen Beverages LLC.

*[signature]*
Takeover Industries Inc.

DEF01274

NXT GEN 223

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 8-7-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

    1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

    2. The Borrower agrees to re-pay the lender for the loan amount.

*Tom Zarro*
Next Gen Beverages LLC.

*[signature]*
Takeover Industries Inc.

DEF01272

NXT GEN 224