EXHIBIT W



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum Honors

for June 1, 2023 to June 30, 2023      Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $28,855.55 | # of deposits/credits: 16 |
| Deposits and other credits | 26,964.94 | # of withdrawals/debits: 64 |
| Withdrawals and other debits | -39,445.91 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -160.00 | Average ledger balance: $12,650.62 |
| **Ending balance on June 30, 2023** | **$16,214.58** | [1]Includes checks paid, deposited items and other debits |

BANK OF AMERICA
Preferred Rewards
For Business

## Your program benefits are too valuable to lose

We don't want you to lose your program benefits, but you currently don't meet the requirements for your tier. There are steps you can take to address the situation.

**Please act now to retain your benefits.** Call **866.953.2481** today to speak with a specialist about how you can keep earning rewards.

SSM-06-22-0484 B | 4804987

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 06/01/23 | Shopify        DES:TRANSFER   ID:ST-A4Y5U8F3N8V8  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 72.16 |
| 06/02/23 | Shopify        DES:TRANSFER   ID:ST-B5Y8X4X1Z4U7  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 100.69 |
| 06/05/23 | Shopify        DES:TRANSFER   ID:ST-F6U2E0R7B2V8  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 347.24 |
| 06/07/23 | Shopify        DES:TRANSFER   ID:ST-E4M7F5I8U6C3  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 2,247.00 |
| 06/07/23 | WALMART INC.     DES:TRANSFER   ID:AUTOCASHOUT  INDN:TAKEOVER INDUSTRIES IN  CO<br>ID:HYPRWLT001 CCD | | 24.29 |
| 06/08/23 | Shopify        DES:TRANSFER   ID:ST-W5H6L9I9S9U2  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 4,859.11 |
| 06/09/23 | Shopify        DES:TRANSFER   ID:ST-S6Z7O5Y0D1B7  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 2,266.65 |
| 06/13/23 | Shopify        DES:TRANSFER   ID:ST-H9O3H5J3F9N5  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 109.40 |
| 06/14/23 | Shopify        DES:TRANSFER   ID:ST-F4T3G3U1T5G2  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 190.94 |
| 06/15/23 | Shopify        DES:TRANSFER   ID:ST-R3J8F4S9B9H1  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 877.44 |
| 06/15/23 | CHECKCARD  0612 OFFICE DEPOT #519 MCALLEN      TX 7413746316410060775 | | 33.11 |
| 06/16/23 | Shopify        DES:TRANSFER   ID:ST-Q8R3V7L6U8P2  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 177.89 |
| 06/21/23 | Shopify        DES:TRANSFER   ID:ST-T6Y1M3L0X9T8  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 188.96 |
| 06/22/23 | Shopify        DES:TRANSFER   ID:ST-X9X1D3X0F7J6  INDN:T N A K ZARRO         CO<br>ID:1800948598 CCD | | 291.05 |

*continued on the next page*

**REMEMBER**

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Yunisleydys Nieves Robles
480.470.9497
yunisleydys.nieves@bofa.com

SSM-08-22-0105.B  |  4878868

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/23/23 | Shopify DES:TRANSFER ID:ST-V0K3E3I6J0W9 INDN:T N A K ZARRO CO ID:1800948598 CCD | 179.01 |
| 06/29/23 | WIRE TYPE:WIRE IN DATE: 230629 TIME:0608 ET TRN:2023062900184989 SEQ:2023062900023038/215817 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK NA ID:0407 PMT DET:OW00003 367994151 | 15,000.00 |
| **Total deposits and other credits** | | **$26,964.94** |

# Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/01/23 | Zelle Transfer Conf# lpr3kpi0m; Anderson, David | -2,000.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0271956751 | -1,395.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Boost Transport Confirmation# 1371967818 | -5,000.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 0272822467 | -3,561.25 |
| 06/08/23 | Online Banking Transfer Conf# qluu3b6nf; REITER LAW, PLC | -3,000.00 |
| 06/08/23 | Online Banking Transfer Conf# krpwjzrjw; ELEVATE NUTRACEUTICS LLC | -2,500.00 |
| 06/08/23 | Bank of America Credit Card Bill Payment | -2,500.00 |
| 06/09/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 2534259661 | -264.00 |
| 06/09/23 | eBay ComQAHSHMRT DES:PAYMENTS ID:RDV944BSVGTWB23 INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 06/12/23 | Zelle Transfer Conf# jv8ipy3b9; Anderson, David | -2,000.00 |
| 06/13/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1368921946 | -500.00 |
| 06/13/23 | Bank of America Business Card Bill Payment | -1,800.00 |
| 06/20/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 2726010887 | -1,095.00 |
| 06/20/23 | Shopify DES:TRANSFER ID:ST-R8F3Y6E3V7A5 INDN:T K ZARRO CO ID:4270465600 CCD | -100.84 |
| 06/20/23 | PAYPAL DES:TRANSFER ID:WAL-MART.COM US INDN:TAKEOVER INDUSTRIES I CO ID:PAYPALMTCU WEB | -0.74 |
| 06/23/23 | Zelle Transfer Conf# pqbka0guv; Kelli Austin | -3,000.00 |
| 06/27/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0390209851 | -1,000.00 |
| 06/28/23 | Legal Order, LTS P062823000279 | -394.38 |
| | **Card account # XXXX XXXX XXXX 0906** | |
| 06/01/23 | CHECKCARD 0531 FACEBK H523SQKUJ2 650-5434800 CA 24204293151004110221078 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -47.76 |
| 06/02/23 | CHECKCARD 0601 FREEDOM VOICE SYSTEMS 800-4771477 AZ 24906413152175190597936 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 06/02/23 | CHECKCARD 0601 GOOGLE*ADS2489113345 CC GOOGLE.COMCA 24803943153920007500709 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -145.06 |
| 06/05/23 | CHECKCARD 0604 FEDEX575954624 800-4633339 TN 24164073155741759546246 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -222.22 |
| 06/05/23 | CHECKCARD 0605 TWITTER PAID FEATURES HTTPSWWW.TWITCA 24492163156000008817960 RECURRING CKCD 5817 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -84.00 |
| 06/07/23 | CHECKCARD 0606 FEDEX576151988 800-4633339 TN 24164073157741761519882 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -182.55 |
| 06/07/23 | CHECKCARD 0606 FEDEX216566073 800-4633339 TN 24164073157741165660738 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -84.51 |
| 06/07/23 | PURCHASE 0606 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -262.86 |

*continued on the next page*


## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/07/23 | PURCHASE   0606 Klarna 184-45527621 OH | -92.14 |
| 06/08/23 | CHECKCARD  0605 OFFICE DEPOT #519 800-463-3768 TX 24137463158100428595031 CKCD 5943 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -33.11 |
| 06/12/23 | CHECKCARD  0609 DNH*GODADDY.COM https://www.gAZ 24430993161400901165376 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -415.72 |
| 06/12/23 | CHECKCARD  0609 FACEBK 75Z2YPK5C2 650-5434800  CA 24204293160002821867071 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -19.00 |
| 06/12/23 | CHECKCARD  0611 FEDEX576605213 800-4633339  TN 24164073162741766052130 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -146.93 |
| 06/13/23 | CHECKCARD  0612 TRUE COMMERCE INC 800-576-1020 CO 24493983164026405946714 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -81.00 |
| 06/14/23 | CHECKCARD  0613 FEDEX576813740 800-4633339  TN 24164073164741768137408 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -61.30 |
| 06/14/23 | CHECKCARD  0613 FEDEX216788802 800-4633339  TN 24164073164741167888023 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -227.91 |
| 06/14/23 | PURCHASE   0613 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -1,286.65 |
| 06/14/23 | PURCHASE   0613 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -675.69 |
| 06/16/23 | CHECKCARD  0615 TRUE COMMERCE INC 800-576-1020 CO 24493983167026442745886 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -7.92 |
| 06/16/23 | CHECKCARD  0615 TRUE COMMERCE INC 800-576-1020 CO 24493983167026442746702 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -162.90 |
| 06/16/23 | CHECKCARD  0615 TRUE COMMERCE INC 800-576-1020 CO 24493983167026442746504 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -77.50 |
| 06/20/23 | CHECKCARD  0616 INTUIT *QBooks Online CL.INTUIT.COMCA 24692163167100726342914 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 06/21/23 | CHECKCARD  0620 FEDEX577275702 800-4633339  TN 24164073171741772757028 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -89.38 |
| 06/21/23 | CHECKCARD  0620 FEDEX217013305 800-4633339  TN 24164073171741170133053 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -162.98 |
| 06/21/23 | PURCHASE   0620 SHOPIFY* 184457056 HTTPSSHOPIFY.IL | -39.00 |
| 06/21/23 | CHECKCARD  0620 DNH*GODADDY.COM https://www.gAZ 24430993172400902149699 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -104.01 |
| 06/21/23 | CHECKCARD  0620 DNH*GODADDY.COM 480-5058855  AZ 24906413171176583505418 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -407.10 |
| 06/23/23 | CHECKCARD  0622 FEDEX577751492 800-4633339  TN 24164073173741777514927 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -170.89 |
| 06/26/23 | CHECKCARD  0623 BOOST TRANSPORT LLC 6789972535  GA 24055233174612121262540 CKCD 5085 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,704.51 |
| 06/26/23 | PURCHASE   0623 REFERSION, INC. WWW.REFERSIONNY | -249.00 |
| 06/27/23 | CHECKCARD  0626 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163177109006350834 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 06/27/23 | CHECKCARD  0626 IN *CLEARTRUST, LLC 813-2354490  FL 24692163177109070794693 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 06/27/23 | CHECKCARD  0626 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163177109006426683 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 06/27/23 | CHECKCARD  0626 IN *CLEARTRUST, LLC 813-2354490  FL 24692163177109070794701 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |

*continued on the next page*

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 06/27/23 | CHECKCARD 0626 IN *CLEARTRUST, LLC 813-2354490 FL 24692163177109070794685 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 06/28/23 | CHECKCARD 0627 FEDEX578141317 800-4633339 TN 24164073178741781413178 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -53.03 |
| 06/29/23 | CHECKCARD 0629 SHIPSTATION 512-485-4282 TX 24692163180100948989057 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$9,306.75 |
| **Total withdrawals and other debits** | | **-$39,445.91** |

# Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 05/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 06/05/23 | External transfer fee - Next Day - 06/02/2023 | -5.00 |
| 06/05/23 | External transfer fee - Next Day - 06/02/2023 | -5.00 |
| 06/05/23 | External transfer fee - Next Day - 06/02/2023 | -5.00 |
| 06/12/23 | External transfer fee - Next Day - 06/09/2023 | -5.00 |
| 06/14/23 | External transfer fee - Next Day - 06/13/2023 | -5.00 |
| 06/21/23 | External transfer fee - Next Day - 06/20/2023 | -5.00 |
| 06/28/23 | Legal Order Fee,LTS P062823000279 | -125.00 |
| 06/28/23 | External transfer fee - Next Day - 06/27/2023 | -5.00 |
| 06/29/23 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$160.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 06/01 | 26,879.95 | 06/13 | 12,486.47 | 06/22 | 9,519.74 |
| 06/02 | 16,868.77 | 06/14 | 10,420.86 | 06/23 | 6,527.86 |
| 06/05 | 16,894.79 | 06/15 | 11,331.41 | 06/26 | 4,574.35 |
| 06/07 | 18,544.02 | 06/16 | 11,260.98 | 06/27 | 1,824.35 |
| 06/08 | 15,370.02 | 06/20 | 9,847.20 | 06/28 | 1,246.94 |
| 06/09 | 17,344.72 | 06/21 | 9,228.69 | 06/29 | 16,214.58 |
| 06/12 | 14,758.07 | | | | |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ  85331-2310

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

◰ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking

for September 1, 2023 to September 30, 2023

Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2023 | $11,285.92 |
| Deposits and other credits | 160,475.83 |
| Withdrawals and other debits | -36,041.40 |
| Checks | -0.00 |
| Service fees | -50.00 |
| **Ending balance on September 30, 2023** | **$135,670.35** |

# of deposits/credits: 5

# of withdrawals/debits: 36

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $47,189.95

[1]Includes checks paid, deposited items and other debits

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030A I 5197654





TO BN 1504

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**


TAKEOVER INDUSTRIES INC  |  Account # 4570 4432 8537  |  September 1, 2023 to September 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/13/23 | WALMART INC.  DES:TRANSFER  ID:AUTOCASHOUT  INDN:TAKEOVER INDUSTRIES IN  CO ID:HYPRWLT001 CCD | 199.95 |
| 09/13/23 | Shopify  DES:TRANSFER  ID:ST-E0M4E4U9N1W6  INDN:TAKEOVERWATER  CO ID:1800948598 CCD | 125.93 |
| 09/18/23 | WIRE TYPE:WIRE IN DATE: 230918 TIME:0612 ET TRN:2023091800262762 SEQ:2023091800026470/263311 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK NA ID:0407 PMT DET:OW00003 630976568 | 10,000.00 |
| 09/21/23 | WIRE TYPE:WIRE IN DATE: 230921 TIME:0615 ET TRN:2023092100193306 SEQ:3515603263ES/000921 ORIG:MICHAEL ARAGHI ID:186905072 SND BK:JPMORGAN C HASE BANK, NA ID:021000021 PMT DET:DCD OF 23/09/20 LABOR SMART INC C/O TAKEOVER INDUSTRIES INC | 150,000.00 |
| 09/27/23 | WALMART INC.  DES:TRANSFER  ID:AUTOCASHOUT  INDN:TAKEOVER INDUSTRIES IN  CO ID:HYPRWLT001 CCD | 149.95 |
| **Total deposits and other credits** | | **$160,475.83** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/05/23 | Online Banking Transfer Conf# qimgoqpc6; REITER LAW, PLC | -9,000.00 |
| 09/07/23 | eBay Com1UUQ6GTM DES:PAYMENTS  ID:VRRL5ORW6QO8Z20  INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 09/19/23 | Bank of America Credit Card Bill Payment | -2,500.00 |
| 09/19/23 | Bank of America Business Card Bill Payment | -1,850.00 |
| 09/21/23 | Zelle payment to Toby McBride Conf# o9gwfvouo | -5,000.00 |
| 09/21/23 | TRANSFER TAKEOVER INDUSTRIES :Next Gen Beverages L Confirmation# 1531687531 | -10,000.00 |
| 09/21/23 | Zelle payment to Theresa Mains Conf# mcpyz2h90 | -1,000.00 |
| 09/22/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1640625221 | -1,000.00 |
| | **Card account # XXXX XXXX XXXX 0906** | |
| 09/01/23 | CHECKCARD 0831 ETI FINANCIAL CORP 954-5108008 FL 24760632324230000177864 CKCD 6300 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,313.90 |
| 09/05/23 | CHECKCARD 0901 FREEDOM VOICE SYSTEMS 800-4771477 AZ 24906413244181726532751 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |

*continued on the next page*

---

BANK OF AMERICA BUSINESS ADVANTAGE

## Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at
**bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-01-23-2633.B | 5421083

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 09/05/23 | CHECKCARD  0901 GOOGLE *ADS2489113345 650-2530000  CA 24466343244323153488310 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -0.25 |
| 09/06/23 | CHECKCARD  0905 FEDEX219407190 800-4633339  TN 24164073248741194071908 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -173.14 |
| 09/07/23 | CHECKCARD  0906 FEDEX219460172 800-4633339  TN 24164073249741194601729 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -18.48 |
| 09/07/23 | CHECKCARD  0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975061519 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -170.41 |
| 09/07/23 | CHECKCARD  0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975060370 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -85.79 |
| 09/07/23 | CHECKCARD  0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975060164 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -77.50 |
| 09/07/23 | CHECKCARD  0906 BOOST TRANSPORT LLC 6789972535   GA 24055233249612235361478 CKCD 5085 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,030.34 |
| 09/07/23 | CHECKCARD  0906 Klarna 184-45527621 OH 24388863249002026028100 RECURRING CKCD 5999 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -92.14 |
| 09/08/23 | CHECKCARD  0907 FEDEX584765738 800-4633339  TN 24164073250741847657389 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -103.82 |
| 09/11/23 | CHECKCARD  0909 DNH*GODADDY.COM 480-5058855  AZ 24906413252182390975317 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -7.59 |
| 09/13/23 | CHECKCARD  0912 FEDEX585100818 800-4633339  TN 24164073255741851008185 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -17.27 |
| 09/20/23 | PURCHASE   0919 COVERWALLET INSURANCE HTTPSWWW.COVENY | -1,286.65 |
| 09/20/23 | PURCHASE   0920 SHOPIFY* 196073491 HTTPSSHOPIFY.IL | -39.00 |
| 09/21/23 | CHECKCARD  0920 INTUIT *QBooks Online CL.INTUIT.COMCA 24692163263102581068959 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 09/25/23 | CHECKCARD  0922 FEDEX586155223 800-4633339  TN 24164073265741861552238 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -118.65 |
| 09/26/23 | CHECKCARD  0925 FEDEX70739389 800-4633339  TN 24164073268741707393893 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -50.76 |
| 09/28/23 | CHECKCARD  0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559057495 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD  0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559001071 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD  0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559058915 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD  0927 IN *CLEARTRUST, LLC 813-2354490  FL 24692163270108631475814 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -400.00 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$5,663.45 |
| | **Total withdrawals and other debits** | **-$36,041.40** |

TO BN 1507



# Your checking account

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 09/07/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-07 | -10.00 |
| 09/07/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-07 | -10.00 |
| 09/11/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-11 | -10.00 |
| 09/13/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-13 | -10.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/25/23 | External transfer fee - Next Day - 09/22/2023 | -5.00 |
| **Total service fees** | | **-$50.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 9,972.02 | 09/13 | -557.34 | 09/22 | 136,544.81 |
| 09/05 | 961.21 | 09/18 | 9,442.66 | 09/25 | 136,421.16 |
| 09/06 | 788.07 | 09/19 | 5,092.66 | 09/26 | 136,370.40 |
| 09/07 | -734.54 | 09/20 | 3,767.01 | 09/27 | 136,520.35 |
| 09/08 | -838.36 | 09/21 | 137,549.81 | 09/28 | 135,670.35 |
| 09/11 | -855.95 | | | | |

TO BN 1508

This page intentionally left blank

TO BN 1509



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for February 1, 2024 to February 29, 2024          Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2024 | $16,679.88 | # of deposits/credits: 2 |
| Deposits and other credits | 54,000.00 | # of withdrawals/debits: 25 |
| Withdrawals and other debits | -18,793.75 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 29 |
| Service fees | -95.00 | Average ledger balance: $6,154.91 |
| **Ending balance on February 29, 2024** | **$51,791.13** | [1]Includes checks paid, deposited items and other debits |

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007 B | 6019109

TO BN 1528

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**BANK OF AMERICA**  <span style="color:red">Your checking account</span>

TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | February 1, 2024 to February 29, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/24 | WIRE TYPE:WIRE IN DATE: 240214 TIME:0608 ET TRN:2024021400171150 SEQ:2024021400020308/002036 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:O W00004152685175 | 4,000.00 |
| 02/29/24 | WIRE TYPE:WIRE IN DATE: 240229 TIME:1759 ET TRN:2024022900654309 SEQ:2024022900238079/026828 ORIG:THOMAS L ZARRO ID:000002835069465 SND BK:WELL S FARGO BANK, NA ID:121000248 PMT DET:OW0000420899 8149INVESTMENT | 50,000.00 |

**Total deposits and other credits** **$54,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/24 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0583176379 | -1,000.00 |
| 02/24/24 | Zelle payment to David Anderson Conf# nxmqoshqn | -2,000.00 |
| 02/06/24 | WIRE TYPE:WIRE OUT DATE:240206 TIME:1242 ET TRN:2024020600364315 SERVICE REF:008895 BNF:NEXT GEN BEVERAGES LLC. ID:2722508237 BNF BK:W ELLS FARGO BANK NA ID:122105278 PMT DET:476775402 | -4,000.00 |
| 02/06/24 | eBay ComRMJH1JPE DES:PAYMENTS   ID:ELPRBANTZOLYO20  INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 02/08/24 | WIRE TYPE:WIRE OUT DATE:240208 TIME:1213 ET TRN:2024020800342066 SERVICE REF:010255 BNF:NEXT GEN BEVERAGES LLC. ID:2722508237 BNF BK:W ELLS FARGO BANK NA ID:122105278 PMT DET:477101910 | -2,500.00 |
| 02/14/24 | WIRE TYPE:WIRE OUT DATE:240214 TIME:1125 ET TRN:2024021400282579 SERVICE REF:008144 BNF:MARTIN SCOTT CFO CONSULTIN ID:4221433438 BNF BK:JPMORGAN CHASE BANK, NA ID:267084131 PMT DET:477865432 | -4,116.25 |
| | **Card account # XXXX XXXX XXXX 0906** | |
| 02/01/24 | PURCHASE  0131 FACEBK 4SAGRYPUJ2 650-5434800  CA | -29.85 |
| 02/01/24 | CHECKCARD  0131 CORPORATE FILINGS LLC 888-7898466  WY 24755424032130326884307 CKCD 7399 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -275.00 |
| 02/02/24 | CHECKCARD  0201 FREEDOM VOICE SYSTEMS 800-4771477  AZ 24906414032192679905880 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 02/02/24 | CHECKCARD  0201 NV SOS SILVERFLUME 775-684-5780 NV 24492154033027877557565 CKCD 9399 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,900.00 |
| 02/02/24 | CHECKCARD  0201 WF4NVSOSRFLM*SERVICE FE 775-684-5780 CA 24492154033027877542427 CKCD 9399 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -47.50 |

*continued on the next page*

 # Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

*Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*   SSM-09-23-0692.A | 6039180

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/24 | PURCHASE 0206 KLARNA KLARNA.COM OH | -92.14 |
| 02/07/24 | PURCHASE 0206 ACCESSWIRE WWW.ACCESSWIRNC | -695.00 |
| 02/08/24 | CHECKCARD 0207 DOCUSIGN INC. 800-3799973 DE 24793384038001105561032 RECURRING CKCD 5817 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -327.90 |
| 02/12/24 | CHECKCARD 0209 DNH*GODADDY.COM 480-5058855 AZ 24906414040193294634095 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -9.76 |
| 02/14/24 | PURCHASE 0213 COVERWALLET INSURANCE HTTPSWWW.COVENY | -1,286.65 |
| 02/15/24 | PURCHASE 0215 SHOPIFY* 217323238 HTTPSSHOPIFY.IL | -39.00 |
| 02/20/24 | CHECKCARD 0216 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164047106063969106 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 02/20/24 | CHECKCARD 0217 FEDEX75048419 800-4633339 TN 24164074048741665590436 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -218.99 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$5,149.55 |
| | **Total withdrawals and other debits** | **-$18,793.75** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 02/02/24 | External transfer fee - Next Day - 02/01/2024 | -5.00 |
| 02/06/24 | Wire Transfer Fee | -30.00 |
| 02/08/24 | Wire Transfer Fee | -30.00 |
| 02/14/24 | Wire Transfer Fee | -30.00 |
| 02/14/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 02/29/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| | **Total service fees** | **-$95.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 15,375.03 | 02/08 | 3,708.98 | 02/15 | 2,227.32 |
| 02/02 | 11,411.97 | 02/12 | 3,699.22 | 02/20 | 1,791.13 |
| 02/06 | 7,354.02 | 02/14 | 2,266.32 | 02/29 | 51,791.13 |
| 02/07 | 6,566.88 | | | | |

TO BN 1531



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for March 1, 2024 to March 31, 2024                      Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2024 | $51,791.13 |
| Deposits and other credits | 11,500.00 |
| Withdrawals and other debits | -61,608.12 |
| Checks | -0.00 |
| Service fees | -90.00 |
| **Ending balance on March 31, 2024** | **$1,593.01** |

# of deposits/credits: 2

# of withdrawals/debits: 21

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $3,648.93

[1]Includes checks paid, deposited items and other debits

 Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.          SSM-09-23-0692.A | 6039180

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

TO BN 1533


TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | March 1, 2024 to March 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/24 | WIRE TYPE:WIRE IN DATE: 240301 TIME:1315 ET TRN:2024030100476435 SEQ:2024030100147885/018353 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:O W00004213044558 | 1,500.00 |
| 03/08/24 | WIRE TYPE:WIRE IN DATE: 240308 TIME:0608 ET TRN:2024030800218397 SEQ:2024030800024361/002351 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:O W00004235921395 | 10,000.00 |
| **Total deposits and other credits** | | **$11,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/24 | WIRE TYPE:WIRE OUT DATE:240301 TIME:1212 ET TRN:2024030100441219 SERVICE REF:012528 BNF:BF BORGERS CPA PC ID:467209362 BNF BK:JPMORGAN CHASE BANK, NA ID:102001017 PMT DET:480486824 | -33,000.00 |
| 03/01/24 | WIRE TYPE:WIRE OUT DATE:240301 TIME:1228 ET TRN:2024030100450420 SERVICE REF:012925 BNF:MARTIN SCOTT CFO CONSULTIN ID:4221433438 BNF BK:JPMORGAN CHASE BANK, NA ID:267084131 PMT DET:480491836 | -9,342.50 |
| 03/01/24 | Online Banking Transfer Conf# j6p89u0jg; REITER LAW, PLC | -3,000.00 |
| 03/01/24 | Bank of America Credit Card Bill Payment | -2,400.00 |
| 03/01/24 | Bank of America Business Card Bill Payment | -1,650.00 |
| 03/06/24 | eBay Com912BXFWU DES:PAYMENTS  ID:KCAZBSQSKXDQZ2H  INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 03/12/24 | WIRE TYPE:WIRE OUT DATE:240312 TIME:1254 ET TRN:2024031200357497 SERVICE REF:009363 BNF:HALL & EVANS, LLC LAWYERS ID:6202117849 BNF BK:WELLS FARGO NA ID:321270742 PMT DET:4820761 84 | -10,000.00 |

**Card account # XXXX XXXX XXXX 0906**

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/24 | CHECKCARD  0229 SHIPSTATION 512-485-4282 TX 24692164060106304170425 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| 03/04/24 | CHECKCARD  0301 IN *CLEARTRUST, LLC 813-2354490  FL 24692164062107936852032 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 03/04/24 | CHECKCARD  0301 IN *CLEARTRUST, LLC 813-2354490  FL 24692164062107936852024 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 03/04/24 | CHECKCARD  0303 FREEDOM VOICE SYSTEMS 800-4771477  AZ 24906414063194910493181 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |

*continued on the next page*

---

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-23-0816.B | 5836705

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/07/24 | PURCHASE  0306 Klarna*godaddy 184-45527621 OH | -92.14 |
| 03/11/24 | CHECKCARD  0309 DNH*GODADDY.COM 480-5058855  AZ 24906414069195376192823<br>RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -9.76 |
| 03/14/24 | PURCHASE  0313 COVERWALLET INSURANCE HTTPSWWW.COVENY | -1,286.65 |
| 03/18/24 | PURCHASE  0316 SHOPIFY* 221732350 HTTPSSHOPIFY.IL | -39.00 |
| 03/18/24 | CHECKCARD  0316 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164076109866077220<br>RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$2,187.67 |
| | **Total withdrawals and other debits** | **-$61,608.12** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 02/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○  $15,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/01/24 | Wire Transfer Fee | -30.00 |
| 03/01/24 | Wire Transfer Fee | -30.00 |
| 03/01/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/08/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/12/24 | Wire Transfer Fee | -30.00 |
| | **Total service fees** | **-$90.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 3,806.27 | 03/07 | 3,175.62 | 03/12 | 3,135.86 |
| 03/04 | 3,295.71 | 03/08 | 13,175.62 | 03/14 | 1,849.21 |
| 03/06 | 3,267.76 | 03/11 | 13,165.86 | 03/18 | 1,593.01 |

TO BN 1535

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

• Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

• Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.

---

This page intentionally left blank

TO BN 1537



BANK OF AMERICA

BANK OF AMERICA
Preferred Rewards
For Business

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ  85331-2310

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for April 1, 2024 to April 30, 2024                          Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2024 | $1,593.01 |
| Deposits and other credits | 12,500.00 |
| Withdrawals and other debits | -12,705.47 |
| Checks | -0.00 |
| Service fees | -40.00 |
| **Ending balance on April 30, 2024** | **$1,347.54** |

# of deposits/credits: 2

# of withdrawals/debits: 15

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $405.69

[1]Includes checks paid, deposited items and other debits

## You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ashley Figueroa
623.244.4092
ashley.n.figueroa@bofa.com

SSM-09-23-0714.B | 5972504

TO BN 1538

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

TO BN 1539



TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | April 1, 2024 to April 30, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/24 | WIRE TYPE:WIRE IN DATE: 240402 TIME:1325 ET TRN:2024040200435395 SEQ:2024040200117711/013791 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:O W00004322803336 | 7,500.00 |
| 04/29/24 | WIRE TYPE:WIRE IN DATE: 240429 TIME:1306 ET TRN:2024042900496709 SEQ:2024042900130686/015713 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:O W00004418801095 | 5,000.00 |
| **Total deposits and other credits** | | **$12,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/24 | WIRE TYPE:WIRE OUT DATE:240402 TIME:1335 ET TRN:2024040200440239 SERVICE REF:011749 BNF:MARTIN SCOTT CFO CONSULTIN ID:4221433438 BNF BK:JPMORGAN CHASE BANK, NA ID:267084131 PMT DET:485384736 | -8,417.50 |
| 04/08/24 | eBay ComVKVHTEJD DES:PAYMENTS   ID:2G4ETJGSYCQ902F  INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 04/30/24 | Online Banking Transfer Conf# pvqlcufsw; REITER LAW, PLC | -3,000.00 |
| | Card account # XXXX XXXX XXXX 0906 | |
| 04/01/24 | CHECKCARD  0329 SHIPSTATION 512-485-4282 TX 24692164089100286369508 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| 04/02/24 | CHECKCARD  0401 FREEDOM VOICE SYSTEMS 800-4771477  AZ 24906414092196940663076 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 04/08/24 | PURCHASE  0406 KLARNA* GODADDY KLARNA.COM  OH | -92.14 |
| 04/10/24 | CHECKCARD  0409 DNH*GODADDY.COM 480-5058855  AZ 24906414100197605759993 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -9.76 |
| 04/15/24 | PURCHASE  0415 SHOPIFY* 226034816 HTTPSSHOPIFY.IL | -39.00 |
| 04/17/24 | CHECKCARD  0416 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164107102373252058 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 04/22/24 | PURCHASE  0419 ACCESSWIRE WWW.ACCESSWIRNC | -775.00 |
| 04/29/24 | PURCHASE  0426 TWITTER PAID FEATURES HTTPSWWW.X.COCA | -84.00 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$1,260.02 |
| **Total withdrawals and other debits** | | **-$12,705.47** |

---

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



[1] When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                                                            SSM-11-23-0007.B | 6019109

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 03/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

  $15,000+ combined average monthly balance in linked business accounts has not been met

  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 04/02/24 | Wire Transfer Fee | -30.00 |
| 04/02/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 04/22/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-22 | -10.00 |
| 04/29/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

**Total service fees**  **-$40.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 1,560.65 | 04/10 | 472.74 | 04/22 | -568.46 |
| 04/02 | 602.59 | 04/15 | 433.74 | 04/29 | 4,347.54 |
| 04/08 | 482.50 | 04/17 | 216.54 | 04/30 | 1,347.54 |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

☐ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

# Your Business Advantage Relationship Banking
# Preferred Rewards for Bus Platinum

for May 1, 2024 to May 31, 2024                 Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2024 | $1,347.54 |
| Deposits and other credits | 61,193.90 |
| Withdrawals and other debits | -22,631.39 |
| Checks | -0.00 |
| Service fees | -40.00 |
| **Ending balance on May 31, 2024** | **$39,870.05** |

# of deposits/credits: 4

# of withdrawals/debits: 24

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $5,549.85

[1]Includes checks paid, deposited items and other debits

---

### You've got a banking partner ready to help.



As your dedicated Small Business Specialist, I'm here to help with all of your business's financial needs and priorities.

**Contact me today.**
Ashley Figueroa
623.244.4092
ashley.n.figueroa@bofa.com

SSM-09-23-0714.B | 5972504

TO BN 1542

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

TO BN 1543

 **BANK OF AMERICA**

<span style="color:#a00000">**Your checking account**</span>

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/15/24 | WIRE TYPE:WIRE IN DATE: 240515 TIME:1144 ET TRN:2024051500375527 SEQ:2024051500104253/011951 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 072353135799818 | 5,000.00 |
| 05/20/24 | WIRE TYPE:WIRE IN DATE: 240520 TIME:1808 ET TRN:2024052000535035 SEQ:2024052000182639/022314 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 001378141425748INVOICE | 6,000.00 |
| 05/24/24 | Shopify          DES:TRANSFER   ID:ST-Z1S9P0S4C6N7  INDN:TAKEOVERWATER        CO ID:1800948598 CCD | 193.90 |
| 05/29/24 | WIRE TYPE:WIRE IN DATE: 240529 TIME:1043 ET TRN:2024052900409806 SEQ:OPF580051333/000036 ORIG:DEMSON CONSULTING ID:400114387931 SND BK:AMER ICAN EXPRESS NATIONAL BAN ID:124303243 PMT DET:924 1497797110196PPM | 50,000.00 |
| **Total deposits and other credits** | | **$61,193.90** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/06/24 | eBay ComWGMDPFBX DES:PAYMENTS   ID:TZZFMWHRRQNBX22  INDN:TAKEOVER INDUSTRIES, I  CO ID:1395398000 WEB | -27.95 |
| 05/13/24 | Offset payment to acct 0248 | -1,052.60 |
| 05/15/24 | Zelle payment to Michael Holley for "reimbursement"; Conf# mpws2isf8 | -4,531.28 |
| 05/24/24 | Online Banking payment to CRD 0248 Confirmation# 0557759402 | -2,400.00 |
| 05/28/24 | WIRE TYPE:BOOK OUT DATE:240528 TIME:1412 ET TRN:2024052800816772 RELATED REF:493860302 BNF:MORRIS LEGAL CORP. ID:483085607391 | -1,000.00 |
| 05/29/24 | Online Banking payment to CRD 4234 Confirmation# 2500975998 | -6,736.65 |
| 05/29/24 | Online Banking Transfer Conf# oe6b22g7c; REITER LAW, PLC | -3,000.00 |
| 05/29/24 | Online Banking Transfer Conf# qa64mowhv; Morris Legal Corp. | -2,500.00 |
| **Card account # XXXX XXXX XXXX 0906** | | |
| 05/01/24 | CHECKCARD  0430 SHIPSTATION 512-485-4282 TX 24692164121103711674500 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| 05/03/24 | CHECKCARD  0502 FREEDOM VOICE SYSTEMS 800-4771477  AZ 24906414123199238493027 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 05/06/24 | CHECKCARD  0505 DNH*GODADDY.COM 480-5058855  AZ 24906414126199512688323 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -22.17 |

*continued on the next page*

## Check fraud is on the rise

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-05-23-0809.C  I  5695722

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 05/07/24 | PURCHASE  0506 KLARNA* GODADDY KLARNA.COM  OH | -92.14 |
| 05/10/24 | CHECKCARD  0509 DNH*GODADDY.COM 480-5058855  AZ 24906414130199779533141 RECURRING CKCD 4816 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -9.76 |
| 05/15/24 | PURCHASE  0515 SHOPIFY* 232567902 HTTPSSHOPIFY.IL | -39.00 |
| 05/17/24 | CHECKCARD  0516 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164137107463896791 RECURRING CKCD 5734 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 05/17/24 | CHECKCARD  0516 ACCESSWIRE WWW.ACCESSWIRNC 24492164138000000070163 CKCD 8999 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -775.00 |
| 05/29/24 | CHECKCARD  0528 DNH*GODADDY.COM 480-5058855  AZ 24906414149201091743058 RECURRING CKCD 4816 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -22.17 |
| 05/30/24 | CHECKCARD  0529 SHIPSTATION 512-485-4282 TX 24692164150105038038925 RECURRING CKCD 5045 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| 05/30/24 | CHECKCARD  0529 DNH*GODADDY.COM 480-5058855  AZ 24906414150201175137488 RECURRING CKCD 4816 XXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -130.19 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$1,382.91 |
| **Total withdrawals and other debits** | | **-$22,631.39** |

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $20.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 04/30/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

◯   $15,000+ combined average monthly balance in linked business accounts has not been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/15/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 05/17/24 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 05-17 | -10.00 |
| 05/20/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |

*continued on the next page*


## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/28/24 | Wire Transfer Fee | -30.00 |
| 05/29/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| **Total service fees** | | **-$40.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 1,315.18 | 05/13 | 100.00 | 05/24 | 3,321.42 |
| 05/03 | 1,304.62 | 05/15 | 529.72 | 05/28 | 2,291.42 |
| 05/06 | 1,254.50 | 05/17 | -472.48 | 05/29 | 40,032.60 |
| 05/07 | 1,162.36 | 05/20 | 5,527.52 | 05/30 | 39,870.05 |
| 05/10 | 1,152.60 | | | | |

This page intentionally left blank

TO BN 1547


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

## Business Advantage

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Relationship Banking

for December 1, 2024 to December 31, 2024

Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2024 | -$783.54 |
| Deposits and other credits | 65,000.00 |
| Withdrawals and other debits | -48,953.58 |
| Checks | -0.00 |
| Service fees | -119.95 |
| **Ending balance on December 31, 2024** | **$15,142.93** |

# of deposits/credits: 2

# of withdrawals/debits: 20

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $27,158.09

[1]Includes checks paid, deposited items and other debits

---


Security tips

Tips to help protect yourself from trending scams:

• Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
• Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.



When you use the QRC feature certain information is collected from your mobile device for business purposes. SSM-01-24-2353.B2 | 6172088

---

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

 **BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 12/04/24 | WIRE TYPE:WIRE IN DATE: 241204 TIME:1751 ET TRN:2024120400570394 SEQ:2024120400192047/021163 ORIG:DOUGLAS E PRISK ID:000009918915563 SND BK:WEL LS FARGO BANK, NA ID:121000248 PMT DET:00002233397 56038 | 50,000.00 |
| 12/20/24 | WIRE TYPE:WIRE IN DATE: 241220 TIME:1040 ET TRN:2024122000417373 SEQ: /000257 ORIG:ZACHARY FURASEK ID:232901 SND BK:JONES BANK ID:104901364 | 15,000.00 |

**Total deposits and other credits**      **$65,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 12/05/24 | Online transfer to CHK 1117 Confirmation# rjd7csowl; | -3,000.00 |
| 12/06/24 | eBay ComIGAMJKIG DES:PAYMENTS  ID:YYYXIMUSAKUH125  INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 12/12/24 | WIRE TYPE:WIRE OUT DATE:241212 TIME:1303 ET TRN:2024121200434897 SERVICE REF:013506 BNF:NEXT GEN BEVERAGES LLC. ID:2722508237 BNF BK:W ELLS FARGO BANK NA ID:122105278 PMT DET:525708600 LOAN REPAYMENT | -20,000.00 |
| 12/17/24 | WIRE TYPE:BOOK OUT DATE:241217 TIME:1638 ET TRN:2024121700558565 RELATED REF:526520544 BNF:ARIZONA BAR ASSOCIATION ID:000235377293 | -5,000.00 |
| 12/27/24 | WIRE TYPE:WIRE OUT DATE:241227 TIME:1212 ET TRN:2024122700415119 SERVICE REF:012037 BNF:BENNION LAW ID:7502589651 BNF BK:WESTERN ALLIA NCE BANK ID:122105980 PMT DET:528065182 | -15,000.00 |

**Card account # XXXX XXXX XXXX 0906**

| Date | Description | Amount |
|------|-------------|-------:|
| 12/09/24 | CHECKCARD  1206 FREEDOM VOICE SYSTEMS 800-4771477  AZ 24906414341216002288452 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 12/09/24 | PURCHASE   1206 Klarna*godaddy.com 844-5527621  OH | -92.14 |
| 12/09/24 | PURCHASE   1206 Auctane ShipStation 512-8864006  CA | -32.36 |
| 12/11/24 | PURCHASE   1211 SHOPIFY* 305234648 HTTPSSHOPIFY.IL | -39.00 |
| 12/13/24 | PURCHASE   1212 ACCESSWIRE ACCESSWIRE.CONC | -749.00 |
| 12/13/24 | CHECKCARD  1212 IN *CLEARTRUST, LLC 813-2354490  FL 24692164348105924615086 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -200.00 |
| 12/17/24 | CHECKCARD  1216 INTUIT *QBooks Online CL.INTUIT.COMCA 24692164351109453941198 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -255.21 |

*continued on the next page*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.



SSM-11-23-0458.C | 6115469

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 12/20/24 | CHECKCARD  1219 Bank of Americ Charlotte   NC 00000000000000000482523 RECURRING CKCD 6012 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,900.00 |
| 12/20/24 | CHECKCARD  1219 Bank of Americ Charlotte   NC 00000000000000000660547 RECURRING CKCD 6012 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -2,600.00 |
| 12/23/24 | CHECKCARD  1220 CORPORATE FILINGS LLC 888-7898466  WY 24755424356733562503800 CKCD 7399 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -15.00 |
| 12/30/24 | PURCHASE  1228 Auctane ShipStation 512-8864006  CA | -32.36 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$5,925.63 |
| **Total withdrawals and other debits** | | **-$48,953.58** |

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|--|:--:|:--:|
| Total Overdraft fees | $0.00 | $30.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

Based on the activity on your business accounts for the statement period ending 11/29/24, a Monthly Fee was charged for your primary Business Advantage Relationship Banking account. You can avoid the fee in the future by meeting one of the requirements below:

○  $15,000+ combined average monthly balance in linked business accounts

○  Become a member of Preferred Rewards for Business

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 12/02/24 | Monthly Fee Business Adv Relationship | -29.95 |
| 12/12/24 | Wire Transfer Fee | -30.00 |
| 12/17/24 | Wire Transfer Fee | -30.00 |
| 12/27/24 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$119.95** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 12/01 | -783.54 | 12/02 | -813.49 | 12/04 | 49,186.51 |

*continued on the next page*


## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 12/05 | 46,186.51 | 12/12 | 25,954.50 | 12/23 | 30,205.29 |
| 12/06 | 46,158.56 | 12/13 | 25,005.50 | 12/27 | 15,175.29 |
| 12/09 | 46,023.50 | 12/17 | 19,720.29 | 12/30 | 15,142.93 |
| 12/11 | 45,984.50 | 12/20 | 30,220.29 | | |

This page intentionally left blank

TO BN 1575

This page intentionally left blank

TO BN 1576

This page intentionally left blank

TO BN 1577