IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc., | No. CV-22-00357-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Jason Tucker, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 230), filed on January 8, 2026,

**IT IS ORDERED** approving the Stipulation (Doc. 230) and **dismissing with prejudice,** Plaintiff and Counter-Defendant Labor Smart, Inc.'s claims for breach of fiduciary duties and conversion against Jason Tucker and Melissa Tucker.

**IT IS FURTHER ORDERED** that the Stipulation and this Order of Dismissal shall not act as a bar to any party seeking fees, costs, or sanctions arising from the underlying dismissed claims.

Dated this 8th day of January, 2026.

Honorable Diane J. Humetewa
United States District Judge