*LABOR SMART, INC.*
*VS.*
*JASON AND MELISSA TUCKER*

Case No. 2:22-CV-00357-PHX-DJH

# TABLE OF CONTENTS FOR EXHIBITS
# TO MOTION FOR PARTIAL SUMMARY JUDGMENT

| EX NUMBER | DOCUMENT |
|---|---|
| 1 | Deposition Transcript of Michael Holley |
| 2 | Nevada Secretary of State Corporate Documentation |
| 3 | Deposition Transcript of Toby McBride (Vol. I) |
| 4 | June 10, 2021 Board Meeting Minutes |
| 5 | August 6, 2021 Board Meeting Minutes with July 2021 Agreement |
| 6 | Accounting Reconciliation/Receivable Confirmation |
| 7 | Summary of Credit Card Charges – McBride |
| 8 | September 21, 2022 Board Meeting Minutes |
| 9 | Audio (Segment) of September 2022 Board Meeting |
| 9(a) | Audio (Full) of September 2022 Board Meeting |

*LABOR SMART, INC.*
*VS.*
*JASON AND MELISSA TUCKER*

**Case No. 2:22-CV-00357-PHX-DJH**

| | |
|---|---|
| **10** | YouTube Screen Shots |
| **11(a)** | Video of Podcast (Part One – full) |
| **11(b)** | Video of Podcast (Part Two – full) |
| **11(c)** | Video Podcast (Part Three – full) |
| **11(d)** | Video Podcast (Part Four – full) |
| **11(e)** | Video Podcast (segment one) |
| **11(f)** | Video Podcast (segment two) |
| **11(g)** | Video Podcast (segment three) |
| **11(h)** | Video Podcast (segment four) |
| **11(i)** | Video Podcast (segment five) |
| **11(j)** | Video Podcast (segment six) |
| **11(k)** | Video Podcast (segment seven) |

## *LABOR SMART, INC.*
## *VS.*
## *JASON AND MELISSA TUCKER*

### Case No. 2:22-CV-00357-PHX-DJH

| | |
|---|---|
| **11(l)** | Video Podcast (segment eight) |
| **11(m)** | Video Podcast (segment nine) |
| **11(n)** | Video Podcast (segment ten) |
| **11(o)** | Video Podcast (segment one) |
| **12** | Summary of Takeover Payments to Principals |
| **13** | Summary of Credit Card Charges - Holley |
| **14** | Transcript of March 2022 TRO Hearing |
| **15** | Summary of Takeover Payments to Tucker |
| **16** | Deposition Transcript of Jason Tucker |