## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| **Entity Name:** | TAKEOVER INDUSTRIES INC | **Entity Number:** | E11605462021-2 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Default |
| **Formation Date:** | 01/12/2021 | **NV Business ID:** | NV20211989187 |
| **Termination Date:** | | **Annual Report Due Date:** | 1/31/2025 |
| **Compliance Hold:** | | | |

### Registered AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | Registered Agents Inc * (N) | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Commercial Registered Agent |
| **NV Business ID:** | NV20131735999 | **Office or Position:** | Manager |
| **Jurisdiction:** | | | |
| **Street Address:** | 732 S 6TH ST, STE R, Las Vegas, NV, 89101, USA | | |
| **Mailing Address:** | | | |

**OFFICER INFORMATION**                                          ☑ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Director | Joseph Pavlik | 401 Ryland St., Suite 200-A, Reno, NV, 89502, USA | 11/23/2021 | Active |
| President | joseph Pavlik | 401 Ryland St STE 200-A, Reno, NV, 89502, USA | 12/07/2022 | InActive |
| Treasurer | toby McBride | 401 Ryland St STE-A, Reno, NV, 89502, USA | 12/07/2022 | InActive |
| President | Michael Holley | 401 Ryland St STE 200-A, Reno, NV, 89502, USA | 01/12/2021 | InActive |
| Secretary | Toby McBride | 401 Ryland St STE 200-A, Reno, NV, 89502, USA | 01/12/2021 | InActive |

< Previous ... [1] [2] [3] [4] ... Next >  Page 2 of 4, records 6 to 10 of 18    Go to Page

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 2,000,000,000 | 0.00001 |
| | Preferred | 10,000,000 | 0.00001 |

Page 1 of 1, records 1 to 2 of 2

Number of No Par Value Shares: 0

Total Authorized Capital: 2,010,000

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results