DocuSign Envelope ID: 77E64B16-F9EF-4638-9152-705D87481F3C


EXHIBIT 8
WIT: Holley
DATE: 11/3/25
Kristy A. Ceton, RPR, CRR

## TAKEOVER INDUSTRIES, INC.
## MINUTES OF SPECIAL MEETING OF DIRECTORS
June 10, 2021

A special meeting of the directors of Takeover Industries, Inc. (the "Company") took place on June 10, 2021. The meeting took place in person in Scottsdale, Arizona.

The directors reviewed the need to expand members of the Company to guide the Company as it moves forward and the need to expand the board of directors.

The following resolutions were considered after appropriate review and motion:

>   RESOLVED, that Michael Holley, Toby McBride, Joseph Pavlik, and Jason Tucker be appointed and/or re-elected as Directors of the Company.
>
>   RESOLVED, that Michael Holley be re-elected as Treasurer of the Company.
>
>   RESOLVED, that Michael Holley be appointed the Chief Financial Officer and Chief Operating Officer of the Company.
>
>   RESOLVED, that Toby McBride be re-elected as Secretary of the Company.
>
>   RESOLVED, that Toby McBride be appointed the Chief Executive Officer of the Company.
>
>   RESOLVED, that Jason Tucker be appointed the President of the Company.
>
>   RESOLVED, that Joseph Pavlik be appointed the Chief Science Officer of the Company.
>
>   FURTHER RESOLVED, that the officers are authorized to do and will do whatever is necessary to fulfill the paperwork and requirements required to complete the appointments and elections.

By unanimous vote, the directors passed the motion and approved all appointments and elections.

There being no further business before the directors of the Company, the meeting was adjourned.

[Signature Page Follows]

TUCKER000071

DocuSign Envelope ID: 77E64B16-F9EF-4638-9152-705D87481F3C

By executing below, the undersigned directors acknowledge their review and approval of the foregoing minutes.

*Michael Holley*
Michael Holley, Director

Dated: June 10, 2021

Toby McBride, Director

Dated: June 10, 2021

*Joseph Pavlik*
Joseph Pavlik, Director

Dated: June 10, 2021

*Jason Tucker*
Jason Tucker, Director

Dated: June 10, 2021

TUCKER000072