**Takeover Industries Inc.**
**Transaction Report**
**January - September, 2022**

**Due from Toby McBride**

| Date | Transaction Type | Num | Adj | Tagging | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance Due from 2021 | | | | | | | | | | 246,432.94 |
| 01/03/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0370430 | Due from Toby McBride | Main CC 0248 | 71.76 | 246,504.70 |
| 01/03/2022 | Credit Card Credit | | No | Due from Toby McBride | Shell Oil | RBT SHELL OIL 57443015 | Due from Toby McBride | Main CC 0248 | -1.00 | 246,503.70 |
| 01/03/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 86.15 | 246,589.85 |
| 01/04/2022 | Expense | | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH - HAMMER | Due from Toby McBride | Main CC 0248 | 148.00 | 246,737.85 |
| 01/06/2022 | Expense | | No | Due from Toby McBride | Valero | W HAMMER VALERO | Due from Toby McBride | Main CC 0248 | 70.00 | 246,807.85 |
| 01/06/2022 | Expense | | No | Due from Toby McBride | CSA GGA | CSA-GGA-DAM/TRIPINSURA | Due from Toby McBride | Main CC 0248 | 59.00 | 246,866.85 |
| 01/06/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0307709 | Due from Toby McBride | Main CC 0248 | 100.00 | 246,966.85 |
| 01/07/2022 | Expense | | No | Due from Toby McBride | Expedia | EXPEDIA 72226722536601 | Due from Toby McBride | Main CC 0248 | 1,492.82 | 248,459.67 |
| 01/10/2022 | Expense | | No | Due from Toby McBride | Southwest Air | SOUTHWES 5261469107256 | Due from Toby McBride | Main CC 0248 | 486.97 | 248,946.64 |
| 01/10/2022 | Expense | | No | Due from Toby McBride | Southwest Air | SOUTHWES 5261469107255 | Due from Toby McBride | Main CC 0248 | 486.97 | 249,433.61 |
| 01/12/2022 | Expense | | No | Due from Toby McBride | Lodi Beer Company | LODI BEER COMPANY | Due from Toby McBride | Main CC 0248 | 111.21 | 249,544.82 |
| 01/13/2022 | Expense | | No | Due from Toby McBride | Market Tavern | MARKET TAVERN | Due from Toby McBride | Main CC 0248 | 210.87 | 249,755.69 |
| 01/14/2022 | Expense | | No | Due from Toby McBride | Enterprise Rent-A-Car | ENTERPRISE RENT-A-CAR | Due from Toby McBride | Main CC 0248 | 1,000.00 | 250,755.69 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Kayla's Cake | SQ *KAYLA'S CAKE #1 | Due from Toby McBride | Main CC 0248 | 7.50 | 250,763.19 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Famous Famiglia | SQ *FAMOUS FAMIGLIA SA | Due from Toby McBride | Main CC 0248 | 24.23 | 250,787.42 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Uva Bar & Cafe | UVA BAR | Due from Toby McBride | Main CC 0248 | 203.48 | 250,990.90 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Ralph Brennan's Jazz Kitchen | RALPH BRENNAN'S JAZZ K | Due from Toby McBride | Main CC 0248 | 130.98 | 251,121.88 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Naples Ristorante E Bar | NAPLES RISTORANTE | Due from Toby McBride | Main CC 0248 | 115.90 | 251,237.78 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 70.02 | 251,307.80 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Guillermo Vazquez | SQ *GUILLERMO VAZQUEZ | Due from Toby McBride | Main CC 0248 | 56.25 | 251,364.05 |
| 01/17/2022 | Expense | | No | Due from Toby McBride | Charleys Philly Steaks | CHARLEYS PHILLY STEAKS | Due from Toby McBride | Main CC 0248 | 29.92 | 251,393.97 |
| 01/18/2022 | Expense | | No | Due from Toby McBride | Starbucks | STARBUCKS STORE 19311 | Due from Toby McBride | Main CC 0248 | 13.15 | 251,407.12 |
| 01/18/2022 | Expense | | No | Due from Toby McBride | Orange County Mining Co | ORANGE COUNTY MINING C | Due from Toby McBride | Main CC 0248 | 443.12 | 251,850.24 |
| 01/18/2022 | Expense | | No | Due from Toby McBride | Pho Saigon Bay Restaurant | PHO SAIGON BAY REST | Due from Toby McBride | Main CC 0248 | 107.12 | 251,957.36 |
| 01/19/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0352510 | Due from Toby McBride | Main CC 0248 | 81.03 | 252,038.39 |
| 01/24/2022 | Expense | | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH - HAMMER | Due from Toby McBride | Main CC 0248 | 262.49 | 252,300.88 |
| 01/24/2022 | Expense | | No | Due from Toby McBride | Southwest Air | SOUTHWES 5261473749781 | Due from Toby McBride | Main CC 0248 | 470.96 | 252,771.84 |
| 01/24/2022 | Expense | | No | Due from Toby McBride | Dillard's | DILLARDS 960 WEBERSTOW | Due from Toby McBride | Main CC 0248 | 472.46 | 253,244.30 |
| 01/24/2022 | Expense | | No | Due from Toby McBride | Dick's Sporting Goods | DICKS SPORTING GOODS12 | Due from Toby McBride | Main CC 0248 | 374.44 | 253,618.74 |
| 01/26/2022 | Expense | | No | Due from Toby McBride | Pietro's Pizza | TST* Pietros | Due from Toby McBride | Main CC 0248 | 233.87 | 253,852.61 |
| 01/27/2022 | Expense | | No | Due from Toby McBride | Midgleys Public House | MIDGLEYS PUBLIC HOUSE | Due from Toby McBride | Main CC 0248 | 97.43 | 253,950.04 |
| 01/31/2022 | Expense | | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | Due from Toby McBride | Main CC 0248 | 2.00 | 253,952.04 |
| 01/31/2022 | Expense | | No | Due from Toby McBride | Arco | ARCO#82619PAUL & PAQPS | Due from Toby McBride | Main CC 0248 | 80.00 | 254,032.04 |
| 01/31/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0376506 | Due from Toby McBride | Main CC 0248 | 75.10 | 254,107.14 |
| 01/31/2022 | Expense | | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | Due from Toby McBride | Main CC 0248 | 6.00 | 254,113.14 |
| 02/02/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0352970 | Due from Toby McBride | Main CC 0248 | 99.36 | 254,212.50 |
| 02/07/2022 | Expense | | No | Due from Toby McBride | Mimosas Cafe Stockton | MIMOSAS CAFE STOCKTON | Due from Toby McBride | Main CC 0248 | 83.66 | 254,296.16 |
| 02/08/2022 | Expense | | No | Due from Toby McBride | United Air | UNITED   01623929244604 | Due from Toby McBride | Main CC 0248 | 1,568.20 | 255,864.36 |
| 02/08/2022 | Expense | | No | Due from Toby McBride | United Air | UNITED   01623929244593 | Due from Toby McBride | Main CC 0248 | 1,568.20 | 257,432.56 |
| 02/14/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 97.38 | 257,529.94 |
| 02/14/2022 | Expense | | No | Due from Toby McBride | Waterloo Restaurant | THE WATERLOO RESTAURAN | Due from Toby McBride | Main CC 0248 | 299.30 | 257,829.24 |
| 02/16/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 73.37 | 257,902.61 |
| 02/21/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 101.56 | 258,004.17 |
| 02/21/2022 | Expense | | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH AND LU | Due from Toby McBride | Main CC 0248 | 148.00 | 258,152.17 |
| 02/23/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0374536 | Due from Toby McBride | Main CC 0248 | 99.43 | 258,251.60 |
| 02/28/2022 | Expense | | No | Due from Toby McBride | Chevron | CHEVRON 0352510 | Due from Toby McBride | Main CC 0248 | 79.67 | 258,331.27 |
| 02/28/2022 | Expense | | No | Due from Toby McBride | Foster's Bighom | FOSTER BIG HORN RESTAU | Due from Toby McBride | Main CC 0248 | 129.19 | 258,460.46 |
| 03/02/2022 | Expense | | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH - HAMMER | Due from Toby McBride | Main CC 0248 | 148.00 | 258,608.46 |
| 03/03/2022 | Expense | | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 52.16 | 258,660.62 |
| 03/04/2022 | Expense | | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | Due from Toby McBride | Main CC 0248 | 1,208.82 | 259,869.44 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | Ace Parking | ACE PARKING 3110 | Due from Toby McBride | Main CC 0248 | 11.00 | 259,880.44 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | The Well | THE WELL KIOSK-679 | Due from Toby McBride | Main CC 0248 | 9.68 | 259,890.12 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | Pizza Ponte | PIZZA PONTE | Due from Toby McBride | Main CC 0248 | 27.37 | 259,917.49 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | Disney Food Trucks | WDW FOOD TRUCKS | Due from Toby McBride | Main CC 0248 | 34.00 | 259,951.49 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | RAGLAN ROAD IRISH PUB | RAGLAN ROAD IRISH PUB | Due from Toby McBride | Main CC 0248 | 41.72 | 259,993.21 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | The Well | THE WELL KIOSK-679 | Due from Toby McBride | Main CC 0248 | 52.11 | 260,045.32 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | Volcom Disney Springs | VOLCOM LAKE BUENA VIST | Due from Toby McBride | Main CC 0248 | 140.59 | 260,185.91 |
| 03/07/2022 | Expense | | No | Due from Toby McBride | United Air | UNITED   01699756771694 | Due from Toby McBride | Main CC 0248 | 150.00 | 260,335.91 |
| 03/08/2022 | Expense | | No | Due from Toby McBride | RAGLAN ROAD IRISH PUB | RAGLAN ROAD IRISH PUB | Due from Toby McBride | Main CC 0248 | 39.38 | 260,375.29 |
| 03/09/2022 | Expense | | No | Due from Toby McBride | WDW POPCORN CARTS | WDW POPCORN CARTS | Due from Toby McBride | Main CC 0248 | 14.00 | 260,389.29 |
| 03/09/2022 | Expense | | No | Due from Toby McBride | Rainforest Cafe | RFC DISNEY ANIMAL REST | Due from Toby McBride | Main CC 0248 | 119.32 | 260,508.61 |
| 03/10/2022 | Expense | | No | Due from Toby McBride | Satu'li Canteen | WDW SATU'LI CANTEEN | Due from Toby McBride | Main CC 0248 | 60.74 | 260,569.35 |
| 03/10/2022 | Expense | | No | Due from Toby McBride | Enzo's Hideaway Tunnel Bar | PATINA ENZO HIDEAWAY | Due from Toby McBride | Main CC 0248 | 185.50 | 260,754.85 |
| 03/11/2022 | Expense | | No | Due from Toby McBride | Le Cellier Steakhouse | LE CELLIER RESTAURA | Due from Toby McBride | Main CC 0248 | 135.64 | 260,890.49 |
| 03/11/2022 | Expense | | No | Due from Toby McBride | Glas Und Porzellan | WDW GLAS PORZELLAN | Due from Toby McBride | Main CC 0248 | 154.41 | 261,044.90 |
| 03/14/2022 | Expense | | No | Due from Toby McBride | RAGLAN ROAD IRISH PUB | RAGLAN ROAD IRISH PUB | Due from Toby McBride | Main CC 0248 | 222.64 | 261,267.54 |
| 03/15/2022 | Expense | | No | Due from Toby McBride | United Air | UNITED   01699775321366 | Due from Toby McBride | Main CC 0248 | 150.00 | 261,417.54 |
| 03/15/2022 | Expense | | No | Due from Toby McBride | Hilton Orlando Buena Vista Palace | HILTON BUENA VISTA PAL | Due from Toby McBride | Main CC 0248 | 6,463.95 | 267,881.49 |
| 03/28/2022 | Expense | | No | Due from Toby McBride | Safeway | SAFEWAY FUEL2707 | Due from Toby McBride | Main CC 0248 | 100.03 | 267,981.52 |
| 03/28/2022 | Expense | | No | Due from Toby McBride | BJ's Restaurant & Brewhouse | BJS RESTAURANTS 463 | Due from Toby McBride | Main CC 0248 | 161.70 | 268,143.22 |

TUCKER000469

| Date | Type | | Account | Payee | Memo | | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/30/2022 | Expense | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH - HAMMER | Due from Toby McBride | Main CC 0248 | 148.00 | 268,291.22 |
| 03/30/2022 | Expense | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | Due from Toby McBride | Main CC 0248 | 726.36 | 269,017.58 |
| 03/31/2022 | Credit Card Credit | No | Due from Toby McBride | BJ's Restaurant & Brewhouse | RBT BJS RESTAURANTS 46 | Due from Toby McBride | Main CC 0248 | -6.47 | 269,011.11 |
| 03/31/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 99.58 | 269,110.69 |
| 04/04/2022 | Expense | No | Due from Toby McBride | Chevron | CHEVRON 0096171 | Due from Toby McBride | Main CC 0248 | 110.03 | 269,220.72 |
| 04/04/2022 | Expense | No | Due from Toby McBride | Rock & Brews | ROCK & BREWS CAL EXPO | Due from Toby McBride | Main CC 0248 | 168.39 | 269,389.11 |
| 04/08/2022 | Expense | No | Due from Toby McBride | Zoom Carwash | ZOOM CAR WASH - HAMMER | Due from Toby McBride | Main CC 0248 | 148.00 | 269,537.11 |
| 04/11/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 99.00 | 269,636.11 |
| 04/18/2022 | Expense | No | Due from Toby McBride | Cigar Club | CIGAR CLUB | Due from Toby McBride | Main CC 0248 | 281.37 | 269,917.48 |
| 04/25/2022 | Expense | No | Due from Toby McBride | Kenny's Cafe | Kenny's Cafe | Due from Toby McBride | Main CC 0248 | 121.24 | 270,038.72 |
| 04/25/2022 | Expense | No | Due from Toby McBride | American | AMERICAN 00177471369541 | Due from Toby McBride | Main CC 0248 | 398.60 | 270,437.32 |
| 04/25/2022 | Expense | No | Due from Toby McBride | American Air | AMERICAN 00177471368292 | Due from Toby McBride | Main CC 0248 | 441.60 | 270,878.92 |
| 04/27/2022 | Expense | No | Due from Toby McBride | SMF Sactown | 2430 SMF SACTOWN SHOP | Due from Toby McBride | Main CC 0248 | 15.66 | 270,894.58 |
| 04/27/2022 | Expense | No | Due from Toby McBride | Market Tavern | MARKET TAVERN | Due from Toby McBride | Main CC 0248 | 161.96 | 271,056.54 |
| 04/28/2022 | Expense | No | Due from Toby McBride | Travel + Well | TRAVEL + WELL | Due from Toby McBride | Main CC 0248 | 17.65 | 271,074.19 |
| 04/28/2022 | Expense | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | Due from Toby McBride | Main CC 0248 | 1,138.36 | 272,212.55 |
| 04/29/2022 | Expense | No | Due from Toby McBride | Avoca Coffee | SQ *AVOCA COFFEE - MUL | Due from Toby McBride | Main CC 0248 | 13.32 | 272,225.87 |
| 04/29/2022 | Expense | No | Due from Toby McBride | Legends Hospitality | LEGENDS CONCESSIONS | Due from Toby McBride | Main CC 0248 | 28.13 | 272,254.00 |
| 04/29/2022 | Expense | No | Due from Toby McBride | Live | LIVE! | Due from Toby McBride | Main CC 0248 | 45.57 | 272,299.57 |
| 04/29/2022 | Expense | No | Due from Toby McBride | Dallas Cowboys | DAL COWBOYS MERCHANDIS | Due from Toby McBride | Main CC 0248 | 90.93 | 272,390.50 |
| 04/29/2022 | Expense | No | Due from Toby McBride | KO Trading | SQ *KO TRADING | Due from Toby McBride | Main CC 0248 | 166.64 | 272,557.14 |
| 04/29/2022 | Expense | No | Due from Toby McBride | PFL | SQ *PFL | Due from Toby McBride | Main CC 0248 | 361.56 | 272,918.70 |
| 05/02/2022 | Expense | No | Due from Toby McBride | Moe's Southwest Grill | MOES SW GRILL/MANCHU W | Due from Toby McBride | Main CC 0248 | 23.89 | 272,942.59 |
| 05/02/2022 | Expense | No | Due from Toby McBride | Trailboss Burgers | TRAILBOSS BURGERS | Due from Toby McBride | Main CC 0248 | 111.86 | 273,054.45 |
| 05/02/2022 | Expense | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | Due from Toby McBride | Main CC 0248 | 116.00 | 273,170.45 |
| 05/02/2022 | Expense | No | Due from Toby McBride | Southwest Air | SOUTHWES 5262113972519 | Due from Toby McBride | Main CC 0248 | 974.46 | 274,144.91 |
| 05/03/2022 | Expense | No | Due from Toby McBride | American | AMERICAN 00183024333892 | Due from Toby McBride | Main CC 0248 | 17.14 | 274,162.05 |
| 05/03/2022 | Expense | No | Due from Toby McBride | American | AMERICAN 00177474071633 | Due from Toby McBride | Main CC 0248 | 913.20 | 275,075.25 |
| 05/06/2022 | Expense | No | Due from Toby McBride | 7-Eleven | 7-ELEVEN 36312 | Due from Toby McBride | Main CC 0248 | 12.90 | 275,088.15 |
| 05/06/2022 | Expense | No | Due from Toby McBride | Pioneer Restaurant | Pioneer Restaurant | Due from Toby McBride | Main CC 0248 | 32.96 | 275,121.11 |
| 05/06/2022 | Expense | No | Due from Toby McBride | Pappadeaux Seafood Kitchen | PAPPADEAUX SEAFOOD KIT | Due from Toby McBride | Main CC 0248 | 104.00 | 275,225.11 |
| 05/06/2022 | Expense | No | Due from Toby McBride | Pappadeaux Seafood Kitchen | PAPPADEAUX SEAFOOD KIT | Due from Toby McBride | Main CC 0248 | 475.79 | 275,700.90 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Swift Food Store | SWIFT FOOD STORE | Due from Toby McBride | Main CC 0248 | 7.62 | 275,708.52 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Dunkin' Donuts | HUDSON-DUNKIN ST1134 | Due from Toby McBride | Main CC 0248 | 9.17 | 275,717.69 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Shake Shack | SHAKE SHACK - 1269 | Due from Toby McBride | Main CC 0248 | 10.45 | 275,728.14 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | Due from Toby McBride | Main CC 0248 | 116.00 | 275,844.14 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Hilton Arlington | HILTON ARLINGTON TEXAS | Due from Toby McBride | Main CC 0248 | 178.17 | 276,022.31 |
| 05/09/2022 | Expense | No | Due from Toby McBride | Live! by Loews | LIVE BY LOEWS ARLINGTO | Due from Toby McBride | Main CC 0248 | 387.38 | 276,409.69 |
| 05/09/2022 | Expense | No | Due from Toby McBride | PFL | SQ *PFL | Due from Toby McBride | Main CC 0248 | 368.05 | 276,777.74 |
| 05/19/2022 | Expense | No | Due from Toby McBride | Chevron | CHEVRON 0094275 | Due from Toby McBride | Main CC 0248 | 147.28 | 276,925.02 |
| 05/23/2022 | Expense | No | Due from Toby McBride | Raw Sushi Bistro | TST* Raw Sushi Bistro | Due from Toby McBride | Main CC 0248 | 340.01 | 277,265.03 |
| 05/30/2022 | Expense | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | Due from Toby McBride | Main CC 0248 | 273.41 | 277,538.44 |
| 06/01/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72314592175269 | Due from Toby McBride | Main CC 0248 | 71.15 | 277,609.59 |
| 06/02/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72315606110053 | Due from Toby McBride | Main CC 0248 | 191.58 | 277,801.17 |
| 06/02/2022 | Expense | No | Due from Toby McBride | Midgleys Public House | MIDGLEYS PUBLIC HOUSE | Due from Toby McBride | Main CC 0248 | 159.57 | 277,960.74 |
| 06/02/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72315647684253 | Due from Toby McBride | Main CC 0248 | 541.69 | 278,502.43 |
| 06/03/2022 | Expense | No | Due from Toby McBride | Delta King Pilothouse Restaurant | DELTA   00678186796814 | Due from Toby McBride | Main CC 0248 | 2,167.19 | 280,669.62 |
| 06/06/2022 | Expense | No | Due from Toby McBride | Land Ocean Roseville | ZSK*RZ LAND OCEAN ROSE | Due from Toby McBride | Main CC 0248 | 119.13 | 280,788.75 |
| 06/15/2022 | Expense | No | Due from Toby McBride | Landshark | LANDSHARK | Due from Toby McBride | Main CC 0248 | 85.59 | 280,874.34 |
| 06/15/2022 | Expense | No | Due from Toby McBride | Publix | PUBLIX #706 | Due from Toby McBride | Main CC 0248 | 73.51 | 280,947.85 |
| 06/15/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72324267772260 | Due from Toby McBride | Main CC 0248 | 169.48 | 281,117.33 |
| 06/15/2022 | Expense | No | Due from Toby McBride | The Well | THE WELL KIOSK-679 | Due from Toby McBride | Main CC 0248 | 29.62 | 281,146.95 |
| 06/16/2022 | Expense | No | Due from Toby McBride | Delta Air | DELTA   00678209267061 | Due from Toby McBride | Main CC 0248 | 1,917.20 | 283,064.15 |
| 06/16/2022 | Expense | No | Due from Toby McBride | Pigtales | PIGTALES | Due from Toby McBride | Main CC 0248 | 85.94 | 283,150.09 |
| 06/17/2022 | Expense | No | Due from Toby McBride | Lake Lanier Island | LAKE LANIER ISLANDS RE | Due from Toby McBride | Main CC 0248 | 124.15 | 283,274.24 |
| 06/17/2022 | Expense | No | Due from Toby McBride | Delta Air | DELTA   00678210187771 | Due from Toby McBride | Main CC 0248 | 400.20 | 283,674.44 |
| 06/20/2022 | Expense | No | Due from Toby McBride | Lake Lanier Island | LAKE LANIER ISLANDS RE | Due from Toby McBride | Main CC 0248 | 1,193.50 | 284,867.94 |
| 06/20/2022 | Expense | No | Due from Toby McBride | OMNI HOTELS | OMNI HOTELS | Due from Toby McBride | Main CC 0248 | 358.34 | 285,226.28 |
| 06/20/2022 | Expense | No | Due from Toby McBride | OMNI HOTELS | OMNI HOTELS | Due from Toby McBride | Main CC 0248 | 312.10 | 285,538.38 |
| 06/20/2022 | Expense | No | Due from Toby McBride | PFL | SQ *PFL | Due from Toby McBride | Main CC 0248 | 261.36 | 285,799.74 |
| 06/20/2022 | Expense | No | Due from Toby McBride | McCormick & Schmick's Seafood & Steaks | 1040 M&S ATLANTA CNN | Due from Toby McBride | Main CC 0248 | 114.18 | 285,913.92 |
| 06/20/2022 | Expense | No | Due from Toby McBride | GEORGIA AQUARIUM | GEORGIA AQUARIUM | Due from Toby McBride | Main CC 0248 | 97.54 | 286,011.46 |
| 06/20/2022 | Expense | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | Due from Toby McBride | Main CC 0248 | 50.00 | 286,061.46 |
| 06/20/2022 | Expense | No | Due from Toby McBride | CENTENNIAL GROUNDS | CENTENNIAL GROUNDS COF | Due from Toby McBride | Main CC 0248 | 14.00 | 286,075.46 |
| 06/20/2022 | Expense | No | Due from Toby McBride | Auntie Anne's Pretzel | AUNTIE ANNS | Due from Toby McBride | Main CC 0248 | 18.72 | 286,094.18 |
| 06/20/2022 | Expense | No | Due from Toby McBride | McCormick & Schmick's Seafood & Steaks | 1040 M&S ATLANTA CNN | Due from Toby McBride | Main CC 0248 | 32.66 | 286,126.84 |
| 06/20/2022 | Expense | No | Due from Toby McBride | CENTENNIAL GROUNDS | CENTENNIAL GROUNDS COF | Due from Toby McBride | Main CC 0248 | 11.15 | 286,137.99 |
| 06/21/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 151.78 | 286,289.77 |
| 06/22/2022 | Expense | No | Due from Toby McBride | Squeeze Inn - Sacramento Restaurants | SMF SQUEEZE INN A 6402 | Due from Toby McBride | Main CC 0248 | 18.29 | 286,308.06 |
| 06/22/2022 | Expense | No | Due from Toby McBride | Save Mart | SAVE MART #334 | Due from Toby McBride | Main CC 0248 | 77.97 | 286,386.03 |
| 06/22/2022 | Expense | No | Due from Toby McBride | The Well | THE WELL KIOSK-679 | Due from Toby McBride | Main CC 0248 | 29.40 | 286,415.43 |
| 06/22/2022 | Expense | No | Due from Toby McBride | Hudson Grille | TST* HUDSON GRILLE - D | Due from Toby McBride | Main CC 0248 | 127.42 | 286,542.85 |
| 06/24/2022 | Expense | No | Due from Toby McBride | Falcons and United | FALCONS/UNITED RETAIL | Due from Toby McBride | Main CC 0248 | 205.77 | 286,748.62 |
| 06/24/2022 | Expense | No | Due from Toby McBride | McCormick & Schmick's Seafood & Steaks | 1040 M&S ATLANTA CNN | Due from Toby McBride | Main CC 0248 | 195.12 | 286,943.74 |
| 06/24/2022 | Expense | No | Due from Toby McBride | TED'S MONTANA GRILL | TEDS MONTANA GRILL 1 | Due from Toby McBride | Main CC 0248 | 132.57 | 287,076.31 |
| 06/24/2022 | Expense | No | Due from Toby McBride | Top Draft | TOP DRAFT SPORTS BAR | Due from Toby McBride | Main CC 0248 | 106.90 | 287,183.21 |
| 06/24/2022 | Expense | No | Due from Toby McBride | CENTENNIAL GROUNDS | CENTENNIAL GROUNDS COF | Due from Toby McBride | Main CC 0248 | 11.94 | 287,195.15 |

| Date | Type | | Account | Name | Memo | | Account2 | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/2022 | Expense | No | Due from Toby McBride | Lake Lanier Island | LANIER PARKING 2113560 | | Due from Toby McBride | Main CC 0248 | 1.00 | 287,196.15 |
| 06/24/2022 | Expense | No | Due from Toby McBride | Top Draft | TOP DRAFT SPORTS BAR | | Due from Toby McBride | Main CC 0248 | 66.22 | 287,262.37 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 575298814QPS | | Due from Toby McBride | Main CC 0248 | 9.72 | 287,272.09 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Auntie Anne's Pretzel | AUNTIE ANNS | | Due from Toby McBride | Main CC 0248 | 13.00 | 287,285.09 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Target | TARGET  00003137 | | Due from Toby McBride | Main CC 0248 | 334.30 | 287,619.39 |
| 06/27/2022 | Expense | No | Due from Toby McBride | PFL | SQ *PFL | | Due from Toby McBride | Main CC 0248 | 304.92 | 287,924.31 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Spirit Airlines | SPIRIT AI 48703102808400 | | Due from Toby McBride | Main CC 0248 | 274.59 | 288,198.90 |
| 06/27/2022 | Expense | No | Due from Toby McBride | OMNI HOTELS | OMNI HOTELS | | Due from Toby McBride | Main CC 0248 | 90.00 | 288,288.90 |
| 06/27/2022 | Expense | No | Due from Toby McBride | GNC | GNC | | Due from Toby McBride | Main CC 0248 | 60.88 | 288,349.78 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 575298814QPS | | Due from Toby McBride | Main CC 0248 | 55.01 | 288,404.79 |
| 06/27/2022 | Expense | No | Due from Toby McBride | ATL Market | ATLMARKET ST2687 | | Due from Toby McBride | Main CC 0248 | 16.97 | 288,421.76 |
| 06/27/2022 | Expense | No | Due from Toby McBride | OMNI HOTELS | OMNI HOTELS | | Due from Toby McBride | Main CC 0248 | 25.69 | 288,447.45 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Sacramento Airport Parking | PMT*SAC CO AIRPORT PAR | | Due from Toby McBride | Main CC 0248 | 48.00 | 288,495.45 |
| 06/27/2022 | Expense | No | Due from Toby McBride | Spirit Airlines | SPIRIT AI 48703102808580 | | Due from Toby McBride | Main CC 0248 | 25.00 | 288,520.45 |
| 06/28/2022 | Expense | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | | Due from Toby McBride | Main CC 0248 | 1,498.55 | 290,019.00 |
| 06/29/2022 | Expense | No | Due from Toby McBride | Chevron | CHEVRON 0308228 | | Due from Toby McBride | Main CC 0248 | 98.65 | 290,117.65 |
| 07/04/2022 | Expense | No | Due from Toby McBride | Bel Air | BEL AIR #523 | | Due from Toby McBride | Main CC 0248 | 301.16 | 290,418.81 |
| 07/04/2022 | Expense | No | Due from Toby McBride | Valero | W HAMMER VALERO | | Due from Toby McBride | Main CC 0248 | 100.00 | 290,518.81 |
| 07/05/2022 | Expense | No | Due from Toby McBride | Beverages & More | BEVERAGES & MORE #60 | | Due from Toby McBride | Main CC 0248 | 78.19 | 290,597.00 |
| 07/08/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72341609457284 | | Due from Toby McBride | Main CC 0248 | 15.00 | 290,612.00 |
| 07/08/2022 | Expense | No | Due from Toby McBride | Expedia | EXPEDIA 72341609457284 | | Due from Toby McBride | Main CC 0248 | 235.44 | 290,847.44 |
| 07/11/2022 | Expense | No | Due from Toby McBride | El Rancho Steak House | EL RANCHO STEAK HOUSE | | Due from Toby McBride | Main CC 0248 | 369.14 | 291,216.58 |
| 07/11/2022 | Expense | No | Due from Toby McBride | United Air | UNITED  01678244685493 | | Due from Toby McBride | Main CC 0248 | 327.60 | 291,544.18 |
| 07/11/2022 | Expense | No | Due from Toby McBride | United Air | UNITED  01678244685482 | | Due from Toby McBride | Main CC 0248 | 327.60 | 291,871.78 |
| 07/11/2022 | Expense | No | Due from Toby McBride | Allianz SE | ALLIANZ INSURANCE | | Due from Toby McBride | Main CC 0248 | 81.90 | 291,953.68 |
| 07/11/2022 | Expense | No | Due from Toby McBride | American | AMERICAN 00178244694913 | | Due from Toby McBride | Main CC 0248 | 996.60 | 292,950.28 |
| 07/11/2022 | Expense | No | Due from Toby McBride | American | AMERICAN 00178244694924 | | Due from Toby McBride | Main CC 0248 | 996.60 | 293,946.88 |
| 07/12/2022 | Deposit | No | Due from Toby McBride | KRAZE LEPRECHAUN LLC | WIRE TYPE:BOOK OUT DATE:220712 TIME:1459 ET TRN:20220712003811141 RELATED REF:395775556 BNF:KRAZE LEPRECHAUN LLC ID:325146823392 PMT DET:I NVOICE 0011 | | Due from Toby McBride | LTNC Shopify Payouts (8537) | -11,351.56 | 282,595.32 |
| 07/14/2022 | Expense | No | Due from Toby McBride | Southwest Air | SOUTHWES  5262141012900 | | Due from Toby McBride | Main CC 0248 | 596.98 | 283,192.30 |
| 07/14/2022 | Expense | No | Due from Toby McBride | Southwest Air | SOUTHWES  5262141012901 | | Due from Toby McBride | Main CC 0248 | 596.98 | 283,789.28 |
| 07/25/2022 | Expense | No | Due from Toby McBride | AT&T | AT&T 5958 S258 | | Due from Toby McBride | Main CC 0248 | 144.85 | 283,934.13 |
| 07/25/2022 | Expense | No | Due from Toby McBride | Pietro's Pizza | TST* Pietros | | Due from Toby McBride | Main CC 0248 | 205.20 | 284,139.33 |
| 07/25/2022 | Expense | No | Due from Toby McBride | AT&T | AT&T 5958 S258 | | Due from Toby McBride | Main CC 0248 | 408.98 | 284,548.31 |
| 07/25/2022 | Expense | No | Due from Toby McBride | Dillard's | DILLARDS 960 WEBERSTOW | | Due from Toby McBride | Main CC 0248 | 234.24 | 284,782.55 |
| 07/27/2022 | Expense | No | Due from Toby McBride | Brookside Country Club | BROOKSIDE COUNTRY CLUB | | Due from Toby McBride | Main CC 0248 | 2,062.89 | 286,845.44 |
| 07/29/2022 | Expense | No | Due from Toby McBride | Chevron | CHEVRON 0308228 | | Due from Toby McBride | Main CC 0248 | 94.96 | 286,940.40 |
| 08/01/2022 | Expense | No | Due from Toby McBride | JW Marriott Indianapolis | JW MARRIOTT INDY F&B | | Due from Toby McBride | Main CC 0248 | 8.45 | 286,948.85 |
| 08/01/2022 | Expense | No | Due from Toby McBride | TL Bricks | SQ *BRICK || TL - CHIL | | Due from Toby McBride | Main CC 0248 | 18.80 | 286,967.65 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Brick Vault Brewery And BBQ | SQ *BRICK || B - CCC - | | Due from Toby McBride | Main CC 0248 | 20.06 | 286,987.71 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Khalid Hanif | SQ *KHALID HANIF | | Due from Toby McBride | Main CC 0248 | 40.19 | 287,027.90 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Pho Today | 1488-PHO TODAY S4-R32 | | Due from Toby McBride | Main CC 0248 | 41.33 | 287,069.23 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Indianapolis Motor Speedway | SQ *IMS OFFICIAL MERCH | | Due from Toby McBride | Main CC 0248 | 255.73 | 287,324.96 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Southwest Air | SOUTHWES  5269930840090 | | Due from Toby McBride | Main CC 0248 | 75.00 | 287,399.96 |
| 08/01/2022 | Expense | No | Due from Toby McBride | TL Bricks | SQ *BRICK || TL - ARDY | | Due from Toby McBride | Main CC 0248 | 53.63 | 287,453.59 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Sir Veza's | SIRVEZAS AT SKYHARBOR | | Due from Toby McBride | Main CC 0248 | 48.01 | 287,501.60 |
| 08/01/2022 | Expense | No | Due from Toby McBride | Delta Air | DELTA   00678277129806 | | Due from Toby McBride | Main CC 0248 | 467.20 | 287,968.80 |
| 08/02/2022 | Expense | No | Due from Toby McBride | New York Yankees | YANKEES CLUBHOUSE 9040 | | Due from Toby McBride | Main CC 0248 | 342.11 | 288,310.91 |
| 08/02/2022 | Expense | No | Due from Toby McBride | Carmine's | CARMINES 44TH STREET | | Due from Toby McBride | Main CC 0248 | 227.83 | 288,538.74 |
| 08/02/2022 | Expense | No | Due from Toby McBride | TopView Sightseeing | SQ *TOPVIEW SIGHTSEEIN | | Due from Toby McBride | Main CC 0248 | 226.00 | 288,764.74 |
| 08/02/2022 | Expense | No | Due from Toby McBride | Starbucks | STARBUCKS A IND | | Due from Toby McBride | Main CC 0248 | 28.45 | 288,793.19 |
| 08/02/2022 | Expense | No | Due from Toby McBride | Curb Mobility LLC | CURB SVC LONG ISALN | | Due from Toby McBride | Main CC 0248 | 12.96 | 288,806.15 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Phantom of Broadway | PHANTOM OF BROADWAY #7 | | Due from Toby McBride | Main CC 0248 | 227.33 | 289,033.48 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Phantom of Broadway | PHANTOM OF BROADWAY #7 | | Due from Toby McBride | Main CC 0248 | 225.91 | 289,259.39 |
| 08/03/2022 | Expense | No | Due from Toby McBride | JW Marriott Indianapolis | JW MARRIOTT INDY | | Due from Toby McBride | Main CC 0248 | 1,529.43 | 290,788.82 |
| 08/03/2022 | Expense | No | Due from Toby McBride | JW Marriott Indianapolis | JW MARRIOTT INDY | | Due from Toby McBride | Main CC 0248 | 1,418.19 | 292,207.01 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Curb Mobility LLC | CURB SVC LONG ISLAN | | Due from Toby McBride | Main CC 0248 | 25.09 | 292,232.10 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Amorino Gelato and Cafe | SQ *AMORINO NEW YORK | | Due from Toby McBride | Main CC 0248 | 25.37 | 292,257.47 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Curb Mobility LLC | CURB SVC QUEENS | | Due from Toby McBride | Main CC 0248 | 29.64 | 292,287.11 |
| 08/03/2022 | Expense | No | Due from Toby McBride | Junior's Cheesecake | JUNIORS - 49TH STREET | | Due from Toby McBride | Main CC 0248 | 74.84 | 292,361.95 |
| 08/03/2022 | Expense | No | Due from Toby McBride | NewTaxiPAss | NEWTAXIPASS | | Due from Toby McBride | Main CC 0248 | 128.00 | 292,489.95 |
| 08/03/2022 | Expense | No | Due from Toby McBride | United Air | UNITED  01699968509271 | | Due from Toby McBride | Main CC 0248 | 150.00 | 292,639.95 |
| 08/03/2022 | Expense | No | Due from Toby McBride | National September 11 Memorial & Museum | 9/11 MEMORIAL | | Due from Toby McBride | Main CC 0248 | 180.65 | 292,820.60 |
| 08/03/2022 | Expense | No | Due from Toby McBride | MLB | MLB STORE | | Due from Toby McBride | Main CC 0248 | 214.95 | 293,035.55 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Bliss 46 Bistro | 46 BISTRO | | Due from Toby McBride | Main CC 0248 | 128.06 | 293,163.61 |
| 08/04/2022 | Expense | No | Due from Toby McBride | One World Observatory | ONE WORLD OBSY KIOSKS | | Due from Toby McBride | Main CC 0248 | 148.08 | 293,311.69 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Del Frisco's Grille | DEL FRISCOS GRILLE NY | | Due from Toby McBride | Main CC 0248 | 191.37 | 293,503.06 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Tommy Bahama | TOMMY BAHAMA REST 864 | | Due from Toby McBride | Main CC 0248 | 240.41 | 293,743.47 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Curb Mobility LLC | CURB SVC LONG ISLAN | | Due from Toby McBride | Main CC 0248 | 15.96 | 293,759.43 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Curb Mobility LLC | CURB SVC LONG ISALN | | Due from Toby McBride | Main CC 0248 | 75.37 | 293,834.80 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Medallion Leasing Company) | TAXI SVC 41-25 36TH ST | | Due from Toby McBride | Main CC 0248 | 18.50 | 293,853.30 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Auntie Anne's Pretzel | JAMBA JUICE/AUNTIE ANN | | Due from Toby McBride | Main CC 0248 | 16.49 | 293,869.79 |
| 08/04/2022 | Expense | No | Due from Toby McBride | NBA Store NYC | NBA STORE NEW YORK CIT | | Due from Toby McBride | Main CC 0248 | 865.00 | 294,734.79 |
| 08/04/2022 | Expense | No | Due from Toby McBride | Car Service | SQ *CARS SERVICE | | Due from Toby McBride | Main CC 0248 | 110.00 | 294,844.79 |
| 08/05/2022 | Expense | No | Due from Toby McBride | New York Yankees | YANKEE STDM MERCHANDIS | | Due from Toby McBride | Main CC 0248 | 730.57 | 295,575.36 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Carmine's | CARMINES 44TH STREET | | Due from Toby McBride | Main CC 0248 | 218.57 | 295,793.93 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Rowland's Bar & Grill | ROWLANDS BAR & GRILL | | Due from Toby McBride | Main CC 0248 | 136.17 | 295,930.10 |
| 08/05/2022 | Expense | No | Due from Toby McBride | New York Yankees | YANKEE STDM LEGENDS CL | | Due from Toby McBride | Main CC 0248 | 91.17 | 296,021.27 |

TUCKER000471

| Date | Type | | Account | Vendor | Description | | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/2022 | Expense | No | Due from Toby McBride | TopView Sightseeing | SQ *TOPVIEW SIGHTSEEIN | Due from Toby McBride | Main CC 0248 | 87.00 | 296,108.27 |
| 08/05/2022 | Expense | No | Due from Toby McBride | National September 11 Memorial & Museum | 9/11 MEMORIAL | Due from Toby McBride | Main CC 0248 | 84.00 | 296,192.27 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Tick Tock Diner NY | TICK TOCK DINER NY | Due from Toby McBride | Main CC 0248 | 40.67 | 296,232.94 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Nayax | NAYAX VENDING 40 | Due from Toby McBride | Main CC 0248 | 3.15 | 296,236.09 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Nayax | NAYAX VENDING 40 | Due from Toby McBride | Main CC 0248 | 3.15 | 296,239.24 |
| 08/05/2022 | Expense | No | Due from Toby McBride | Nayax | NAYAX VENDING 40 | Due from Toby McBride | Main CC 0248 | 3.15 | 296,242.39 |
| 08/08/2022 | Expense | No | Due from Toby McBride | The New Yorker Hotel | THE NEW YORKER HOTEL | Due from Toby McBride | Main CC 0248 | 717.15 | 296,959.54 |
| 08/08/2022 | Expense | No | Due from Toby McBride | Madison Square Garden | MSG MERCH STORE | Due from Toby McBride | Main CC 0248 | 146.00 | 297,105.54 |
| 08/08/2022 | Expense | No | Due from Toby McBride | Madison Square Garden | MSG MERCH STORE | Due from Toby McBride | Main CC 0248 | 140.00 | 297,245.54 |
| 08/09/2022 | Expense | No | Due from Toby McBride | The New Yorker Hotel | THE NEW YORKER HOTEL | Due from Toby McBride | Main CC 0248 | 397.68 | 297,643.22 |
| 09/01/2022 | Expense | No | Due from Toby McBride | Toby Mcbride-v | | Due from Toby McBride | LTNC Shopify Payouts (8537) | 2,500.00 | 300,143.22 |
| 09/07/2022 | Expense | No | Due from Toby McBride | Toby Mcbride-v | Zelle Transfer Conf# muya9dojk; McBride, Toby | Due from Toby McBride | LTNC Shopify Payouts (8537) | 10,000.00 | 310,143.22 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Shell Oil | SHELL OIL 10077606019 | Due from Toby McBride | Main CC 0248 | 104.01 | 310,247.23 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Chevron | CHEVRON 0203552 | Due from Toby McBride | Main CC 0248 | 58.22 | 310,305.45 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Mcdonald's | MCDONALD'S F24092 | Due from Toby McBride | Main CC 0248 | 25.36 | 310,330.81 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Pebble Beach Golf | PEBBLE BCH GOLF LINK#3 | Due from Toby McBride | Main CC 0248 | 136.84 | 310,467.65 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Pebble Beach Golf | PEBBLE BCH GOLF LINK#3 | Due from Toby McBride | Main CC 0248 | 779.03 | 311,246.68 |
| 09/12/2022 | Expense | No | Due from Toby McBride | Fish Hopper | THE FISHHOPPER | Due from Toby McBride | Main CC 0248 | 290.29 | 311,536.97 |
| 09/13/2022 | Expense | No | Due from Toby McBride | AT&T | ATT* BILL PAYMENT | Due from Toby McBride | Main CC 0248 | 548.00 | 312,084.97 |
| 09/14/2022 | Expense | No | Due from Toby McBride | Midgleys Public House | MIDGLEYS PUBLIC HOUSE | Due from Toby McBride | Main CC 0248 | 262.21 | 312,347.18 |
| 09/16/2022 | Expense | No | Due from Toby McBride | Fairfield Inn & Suites | FAIRFIELD INN & SUITES | Due from Toby McBride | Main CC 0248 | 199.88 | 312,547.06 |

**Total for Due from Toby McBride** — UNDER REVIEW — **$ 66,114.12**