










Case 2:22-cv-00357-DJK LOCKDMXDOCUMENTRRDH EPLSODE Filed y 0 intOPReview 26 Page 6 of 9









TUCKER000477



TUCKER000478