EXHIBIT 23
WIT: Holley
DATE: 11/3/25
Kristy A. Ceton, RPR, CRR

| CardHolder Name | Account/Card Number - last 4 digits | Posting Date | Trans. Date | Reference ID | Description | Amount | Merchant Category | Expense Category |
|---|---|---|---|---|---|---|---|---|
| MICHAEL J HOLLEY | 6394 | 3/10/2021 | 3/8/2021 | Ref: 55310201080910880000253 | LONGHORN STEAK 0125054 | $182.04 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 3/11/2021 | 3/11/2021 | Ref: 55432861070200985547866 | CNP LONGHORN STEAK CA | $60.73 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 3/12/2021 | 3/12/2021 | Ref: 55432861072200161222119 | WWW.COSTCO.COM | $1,202.97 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 3/25/2021 | 3/24/2021 | Ref: 55432861083200702291884 | WWW.COSTCO.COM | $161.84 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 4/2/2021 | 3/31/2021 | Ref: 05314611091100062713807 | RIB AND CHOP HOUSE- AC | $272.50 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/7/2021 | 4/6/2021 | Ref: 55432861096200343136345 | WWW.COSTCO.COM | $431.59 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 4/13/2021 | 4/12/2021 | Ref: 05314611103000348847674 | THE BLUE COYOTE BAR AN | $160.33 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/15/2021 | 4/13/2021 | Ref: 75184121104900011500766 | SOUTHERN CHARM | $153.66 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/16/2021 | 4/14/2021 | Ref: 85504991105900012003569 | SPORTS AND SOCIAL - | $60.39 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/16/2021 | 4/14/2021 | Ref: 05410191105009910011270 | STONEY RIVE50102S0102 | $200.01 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/16/2021 | 4/15/2021 | Ref: 55310201105400596000058 | LONGHORN STEAK 0125261 | $153.63 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/28/2021 | 4/25/2021 | Ref: 85326811117900010399926 | PIZZA DAYS | $68.75 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/28/2021 | 4/27/2021 | Ref: 55500801118286288900248 | TUSCAN KITCHEN | $150.26 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/29/2021 | 4/27/2021 | Ref: 55309591118206880000116 | ATLANTIC WHARF PARKING | $32.00 | PARKING LOTS AND GARAGES | Transportation |
| MICHAEL J HOLLEY | 6394 | 4/29/2021 | 4/28/2021 | Ref: 55500801118010000163616 | CAUSEWAY RESTAURANT. | $70.64 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/29/2021 | 4/28/2021 | Ref: 55500361119400859000023 | SMITH AND WOLLENSKY AT | $147.32 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/3/2021 | 4/29/2021 | Ref: 85133311120700136443480 | FRATELLI | $425.72 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 4/29/2021 | 4/29/2021 | Ref: 02305371119500306809666 | TST* BOSTON CIGAR COMP | $164.69 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/3/2021 | 5/1/2021 | Ref: 72301021122900010224728 | CIGARKING.COM | $127.15 | CIGAR STANDS AND STANDS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 5/12/2021 | 5/10/2021 | Ref: 85454911131900019526600 | THE HORNY TOAD | $64.72 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/14/2021 | 5/11/2021 | Ref: 55547501133207388600258 | AJO AL'S #2 | $70.65 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/12/2021 | 5/11/2021 | Ref: 55500361132400523000063 | ZIPPS SPORTS GRILL | $67.25 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/13/2021 | 5/12/2021 | Ref: 55310201132200600006418 | STEAK 44 | $797.89 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 5/14/2021 | 5/13/2021 | Ref: 55500361134400525000010 | ZIPPS SPORTS GRILL | $57.83 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 6/3/2021 | 6/2/2021 | Ref: 25247801152000157185429 | LUGLESS | $86.98 | MOTOR FREIGHT CARRIERS, TRUCK-LOCAL/LONG DIST | Transportation |
| MICHAEL J HOLLEY | 6394 | 6/9/2021 | 6/7/2021 | Ref: 85454911159000012352365 | THE HORNY TOAD | $167.22 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 6/9/2021 | 6/8/2021 | Ref: 02306641159300292236222 | BREAKFAST KITCHEN BAR | $101.31 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 6/9/2021 | 6/8/2021 | Ref: 55500361160400521000110 | ZIPPS SPORTS GRILL | $107.53 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 6/11/2021 | 6/10/2021 | Ref: 85197011161980003641650 | TORCH CIGAR BAR | $122.10 | CIGAR STANDS AND STANDS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 6/14/2021 | 6/11/2021 | Ref: 85133311164700124103671 | THE BREAKFAST JOYNT #2 | $59.59 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 7/9/2021 | 7/8/2021 | Ref: 55432861189200592782631 | WWW.COSTCO.COM | $99.99 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 7/9/2021 | 7/9/2021 | Ref: 55432861190200665128941 | WWW.COSTCO.COM | $58.23 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 7/16/2021 | 7/16/2021 | Ref: 15270211197001049505857 | YETI 1-833-225-9384 | $121.38 | MISCELLANEOUS GENERAL MERCHANDISE | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 7/23/2021 | 7/21/2021 | Ref: 55500361203207888600807 | DAVIDOFF OF GENEVA | $331.78 | DRINKING PLACES (ALCOHOLIC BEV.)-BARS,TAVERNS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 7/22/2021 | 7/21/2021 | Ref: 55436871203162036111156 | PHX HUMBLE PIE S3 6301 | $49.56 | EXPRESS PAYMENT SERVICE MERCHANTS--FAST FOOD | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 7/22/2021 | 7/22/2021 | Ref: 52704871204796992095571 | COSMOPOL-BARBERSHOP | $302.51 | DRINKING PLACES (ALCOHOLIC BEV.)-BARS,TAVERNS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 7/26/2021 | 7/22/2021 | Ref: 55417341204172047048574 | PEPPERMILL RESTAURANT | $143.36 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 7/23/2021 | 7/23/2021 | Ref: 55432861204200689025S0 | WWW.COSTCO.COM | $1,564.54 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 7/26/2021 | 7/24/2021 | Ref: 15270211205001492218735 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 8/4/2021 | 8/3/2021 | Ref: 52708241215083826039045 | DXL.COM | $310.41 | CATALOG MERCHANTS | Mail Order/Telephone Order Providers |
| MICHAEL J HOLLEY | 6394 | 8/16/2021 | 8/13/2021 | Ref: 55547501222620628101795 | AJO AL'S ARROWHEAD | $284.24 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 8/17/2021 | 8/16/2021 | Ref: 55432861228200764451554 | WWW.COSTCO.COM | $302.11 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 8/25/2021 | 8/24/2021 | Ref: 15270211236001925165852 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 8/25/2021 | 8/24/2021 | Ref: 55432861236100975429573 | WWW.COSTCO.COM | $1,078.99 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 9/23/2021 | 9/22/2021 | Ref: 75418231265130706187022 | HSN*HSN1771186279 | $1,107.41 | DIRECT MARKETING/MARKETERS - NOT ELSEWHERE CL | Mail Order/Telephone Order Providers |
| MICHAEL J HOLLEY | 6394 | 9/27/2021 | 9/24/2021 | Ref: 15270211267001946978731 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | **Amusement and Entertainment** |
| MICHAEL J HOLLEY | 6394 | 9/27/2021 | 9/25/2021 | Ref: 02653901269500418837407 | LIFE STORAGE 0790 | $65.55 | PUBLIC WAREHOUSING-FARM PROD, REFRIDGERATED, | Business Services |
| MICHAEL J HOLLEY | 6394 | 10/5/2021 | 10/3/2021 | Ref: 72700691277900014900208 | KASAI JAPANESE STEAKHO | $481.29 | EATING PLACES, RESTAURANTS | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 10/14/2021 | 10/13/2021 | Ref: 55506291287091879000876 | KARSTEN'S ACE HDWR CAV | $218.00 | HARDWARE STORES | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 10/25/2021 | 10/24/2021 | Ref: 15270211297001741038727 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 10/26/2021 | 10/25/2021 | Ref: 02653901299500297777819 | LIFE STORAGE 0790 | $397.82 | PUBLIC WAREHOUSING-FARM PROD, REFRIDGERATED, | Business Services |
| MICHAEL J HOLLEY | 6394 | 11/26/2021 | 11/24/2021 | Ref: 15270211328002150075856 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 11/26/2021 | 11/25/2021 | Ref: 02653901330000207622909 | LIFE STORAGE 0790 | $397.82 | PUBLIC WAREHOUSING-FARM PROD, REFRIDGERATED, | Business Services |
| MICHAEL J HOLLEY | 6394 | 11/29/2021 | 11/26/2021 | Ref: 55432861332000380526545 | WWW.COSTCO.COM | $107.89 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 11/30/2021 | 11/29/2021 | Ref: 55432861333200031513103 | WWW.COSTCO.COM | $507.12 | WHOLESALE CLUBS | Retail Stores |
| MICHAEL J HOLLEY | 6394 | 12/27/2021 | 12/24/2021 | Ref: 15270211358002120538271 | Scribd Inc | $10.85 | DIGITAL GOODS - MEDIA, BOOKS, MOVIES, MUSIC | Amusement and Entertainment |
| MICHAEL J HOLLEY | 6394 | 12/27/2021 | 12/25/2021 | Ref: 02653901360000150204641 | LIFE STORAGE 0790 | $397.82 | PUBLIC WAREHOUSING-FARM PROD, REFRIDGERATED, | Business Services |
| | | | | | | **$14,481.00** | | |

TUCKER000034