CV22-00357-PHX-JJT, March 22, 2022

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA


Takeover Industries Incorporated, )
a Nevada corporation,             )
                                  )
                  Plaintiff,      )
                                  )
           vs.                    ) CV22-00357-PHX-JJT
                                  )
Michael Holley, husband, et al.,  )
                                  ) Phoenix, Arizona
                  Defendants.     ) March 22, 2022
_____) 9:02 a.m.


          BEFORE:  THE HONORABLE JOHN J. TUCHI, JUDGE

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

              TEMPORARY RESTRAINING ORDER HEARING

                           APPEARANCES
For the Plaintiff:
     VERONICA L. MANOLIO, ESQ.
     Manolio & Firestone, P.L.C.
     8686 E. San Alberto Dr., Ste. 200
     Scottsdale, AZ  85258
     480.222.9100

For the Defendants:
     ROBERT H. MCKIRGAN, ESQ.
     Papetti, Samuels, Weiss, L.L.P.
     15169 N. Scottsdale Rd., Ste. 205
     Scottsdale, AZ  85254
     480.800.3533


Official Court Reporter:
Elaine Cropper, RDR, CRR, CCP
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

                  United States District Court
```

MICHAEL HOLLEY - Cross

| | | |
|---|---|---|
| 1 | Industries? | 12:11:56 |
| 2 | A.  No. | |
| 3 | Q.  And were there any other corporate governance documents | |
| 4 | ever created for Takeover Industries other than the articles of | |
| 5 | incorporation that were filed in Nevada? | 12:12:06 |
| 6 | A.  Like what? | |
| 7 | Q.  Did you ever have any Board resolutions? | |
| 8 | A.  No, I don't believe so. | |
| 9 | Q.  And let me be really clear here.  We know that once | |
| 10 | Mr. Tucker came aboard, there started to be Board meeting | 12:12:20 |
| 11 | minutes and Board resolutions.  Can we agree on that? | |
| 12 | A.  M'hum. | |
| 13 | Q.  And you saw those and signed some of them; right? | |
| 14 | A.  Yes. | |
| 15 | Q.  Prior to Mr. Tucker becoming involved, did you, as the | 12:12:32 |
| 16 | Chief Operating Officer and President of the company, ever | |
| 17 | observe corporate formalities by doing Board resolutions, | |
| 18 | keeping a stock ledger, having bylaws drafted, or anything else | |
| 19 | for the corporate governance of Takeover Industries? | |
| 20 | A.  No. | 12:12:53 |
| 21 | Q.  What was your job function for the company? | |
| 22 | A.  I ran business, day-to-day business. | |
| 23 | Q.  What does that mean, sir, when you say, "I ran day-to-day | |
| 24 | business"?  What did you do? | |
| 25 | A.  I was -- I don't know, I controlled decision-making on | 12:13:24 |

United States District Court

MICHAEL HOLLEY - Cross

| | | |
|---|---|---|
| 1 | A. What information did you need? | 12:18:20 |
| 2 | Q. Your tax information. Have you not been asked for that | |
| 3 | several times, multiple times by the company? | |
| 4 | A. Just a W-9. | |
| 5 | Q. Explain to me who owns One Elite Sports. | 12:18:30 |
| 6 | A. Myself and Mr. McBride. | |
| 7 | Q. And One Elite Sports was also receiving income or payments | |
| 8 | out of Takeover Industries; is that correct? | |
| 9 | A. Yes. | |
| 10 | Q. And what were the payments being made for? | 12:18:44 |
| 11 | A. Payments were being made for a used One Elite account to | |
| 12 | before we even got the Takeover started. That's how I formed | |
| 13 | Takeover, started the bank account with Takeover, paid for | |
| 14 | multiple different things. | |
| 15 | Q. Well, let's get clear. What multiple different things are | 12:19:07 |
| 16 | you referring to? | |
| 17 | A. Like -- what are you talking about? | |
| 18 | Q. Well, sir, you said you paid for multiple different things | |
| 19 | for Takeover through your other company called One Elite | |
| 20 | Sports. Did I get that right? | 12:19:27 |
| 21 | A. Yes. | |
| 22 | Q. So what kind of things did you pay for through One Elite | |
| 23 | on behalf of Takeover? | |
| 24 | A. Things like the formation of the company, like I said, | |
| 25 | and -- I don't have the bank account in front of me so I | 12:19:41 |

United States District Court

MICHAEL HOLLEY - Cross

| | | |
|---|---|---|
| 1 | couldn't tell you. | 12:19:47 |
| 2 | Q. Well, you reimbursed -- as far as you said in your | |
| 3 | declaration, it was a reimbursement but you've paid One Elite | |
| 4 | supports over $50,000 out of Takeover Industries.  I'm just | |
| 5 | simply trying to find out what was that payment or | 12:20:01 |
| 6 | reimbursement for? | |
| 7 | A. We were also paying back a loan out of that. | |
| 8 | Q. What loan? | |
| 9 | A. It was prior to the company formation.  It was to help get | |
| 10 | the company started. | 12:20:14 |
| 11 | Q. So you're saying that One Elite Sports loaned money to | |
| 12 | Takeover Industries to get started? | |
| 13 | A. Yes. | |
| 14 | Q. Where is that on the books of Takeover Industries? | |
| 15 | A. It's not. | 12:20:32 |
| 16 | Q. So you're paying back your company, you're paying back a | |
| 17 | company that you and Mr. McBride wholly owned through a company | |
| 18 | that you don't own on a loan that's not on the books; is that | |
| 19 | right? | |
| 20 | A. Sounds about right. | 12:20:47 |
| 21 | Q. Now let's talk very specifically a couple of things here. | |
| 22 | The bank account, Bank of America. | |
| 23 | A. Yes. | |
| 24 | Q. You still physically have a credit card in your name that | |
| 25 | goes to the Bank of America account owned by Takeover | 12:20:58 |

United States District Court

TUCKER000933

```
 1                    C E R T I F I C A T E                     01:29:36
 2
 3           I, ELAINE M. CROPPER, do hereby certify that I am
 4   duly appointed and qualified to act as Official Court Reporter
 5   for the United States District Court for the District of     01:29:36
 6   Arizona.
 7
 8           I FURTHER CERTIFY that the foregoing pages constitute
 9   a full, true, and accurate transcript of all of that portion of
10   the proceedings contained herein, had in the above-entitled  01:29:36
11   cause on the date specified therein, and that said transcript
12   was prepared under my direction and control, and to the best of
13   my ability.
14
15           DATED at Phoenix, Arizona, this 26th day of March,   01:29:36
16   2022.
17
18
19
20                            s/Elaine M. Cropper                 01:29:36
21                            _____
                              Elaine M. Cropper, RDR, CRR, CCP
22
23
24
25                                                                01:29:36

                          United States District Court
```