| | **CFP Ventures/Jason Tucker payments from Takeover** | | | |
|---|---|---|---|---|
| | Invoice Amount | Payments | Should Have Been | Running Balance |
| **2021** | | | | |
| 5/28/21 | $8,000.00 | $8,000.00 | $8,000.00 | $0.00 |
| 6/22/21 | $8,000.00 | $8,000.00 | $8,000.00 | $0.00 |
| 7/15/21 | $10,000.00 | $10,000.00 | $20,000.00 | $10,000.00 |
| 8/12/21 | $8,000.00 | $8,000.00 | $20,000.00 | $22,000.00 |
| 9/7/21 | $8,000.00 | $8,000.00 | $20,000.00 | $34,000.00 |
| 9/20/21 | $8,000.00 | $8,000.00 | $20,000.00 | $46,000.00 |
| 11/29/21 | $16,000.00 | $16,000.00 | $20,000.00 | $50,000.00 |
| | | $20,000.00 | (kept/offset CFP) | $30,000.00 |
| 12/3/21 | $10,000.00 | $10,000.00 | $20,000.00 | $40,000.00 |
| 12/8/21 | $15,000.00 | $15,000.00 | $20,000.00 | $45,000.00 |
| 12/16/21 | $20,000.00 | $20,000.00 | $20,000.00 | $45,000.00 |
| | **$111,000.00** | **$131,000.00** | **$176,000.00** | **$45,000.00** |

| | | | | |
|---|---|---|---|---|
| **2022** | | | Running Balance | |
| 1/22 | $20,000.00 | $10,000.00 | $0.00 | |
| | | $10,000.00 | $0.00 | |
| 2/22 | $20,000.00 | $8,500.00 | $0.00 | |
| | | $11,500.00 | $0.00 | |
| 3/22 | $20,000.00 | $10,000.00 | $0.00 | |
| | | $10,000.00 | | |
| | | $20,000.00 | | |
| 4/22 | $20,000.00 | | $0.00 | |
| 5/22 | $20,000.00 | $20,000.00 | | |
| 6/22 | $20,000.00 | | $20,000.00 | |
| 7/22 | $20,000.00 | $20,000.00 | | |
| 8/22 | $20,000.00 | $5,000.00 | $35,000.00 | |
| 9/22 | $20,000.00 | | $55,000.00 | |
| 10/22 | $20,000.00 | | $80,000.00 | |
| 11/22 | $20,000.00 | | $95,000.00 | |
| 12/22 | $20,000.00 | | $115,000.00 | |
| | **$240,000.00** | **$125,000.00** | **$115,000.00** | |