# In the Matter of:

*Labor Smart*

*vs*

**Tucker**

*Jason Tucker*

*December 10, 2025*



GRIFFIN GROUP INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

```
              IN THE UNITED STATES DISTRICT COURT

              IN AND FOR THE DISTRICT OF ARIZONA

  LABOR SMART, INC.,                    )
                                        )
                 Plaintiff,             )
                                        )
  vs.                                   ) Case No.
                                        ) 2:22-cv-00357-PHX-
  JASON AND MELISSA TUCKER,             ) DJH
                                        )
                 Defendants.            )
  _____)
                                        )
  And related Counterclaims and         )
  Third-Party Claims.                   )
  _____)




            VIDEOCONFERENCED DEPOSITION OF JASON TUCKER

                     December 10, 2025
             Witness Location:  Santa Fe, Mexico
                         9:00 a.m. MST




REPORTED STENOGRAPHICALLY BY:
ROBIN JASPER, RPR
Certified Reporter
Certificate No. 50286

PREPARED FOR:
ASCII/CONDENSED

(Certified copy)
```



**Griffin Group International**
888.529.9990 | 602.264.2230

```
                                                                              4
 1    VIDEOCONFERENCED DEPOSITION OF JASON TUCKER, located in

 2   Santa Fe, Mexico, taken on December 10, 2025, commencing

 3   at 9:02 a.m. MST before ROBIN JASPER, a Certified

 4   Stenographer in the State of Arizona.

 5


 6   COUNSEL APPEARING VIA VIDEOCONFERENCE:

 7          PAUL M. LEVINE, P.C.
            By:  Mr. Paul M. Levine
 8          8502 East Via de Ventura, Suite 230
            Scottsdale, Arizona  85258
 9          Attorneys for the Plaintiff/ Counterclaimant Labor
            Smart, Inc., and Third-Party Defendants
10
            MANOLIO & FIRESTONE, PLC
11          By:  Ms. Veronica L. Manolio
            8674 East San Alberto Drive
12          Scottsdale, Arizona  85258
            Attorneys for the Tucker
13          Defendants/Counterclaimants/Third-Party Claimants

14          FREEMAN LAW FIRM, INC.
            By:  Mr. Spencer D. Freeman
15          1107 1/2 Tacoma Avenue S
            Tacoma, Washington  98402
16          Attorneys for Defendant Jason Tucker and Melissa
            Tucker
17

18   ALSO PRESENT VIA VIDEOCONFERENCE:

19          Mr. Michael Holley
            Mr. Joseph Pavlik
20          Ms. Melissa Tucker
            Mr. Thomas Zarro
21          Mr. Toby McBride
            Ms. Carmen Boubek
22

23


24


25
```



                                                                          39

1      Q.    When did you become a shareholder of Takeover?
2      A.    June 2021.
3      Q.    When were shares -- my understanding is there's
4  different kinds of shares in Takeover.  There was common
5  and preferred.
6            Is that your understanding as well?
7      A.    Yes.
8      Q.    In June of '21, which form of shares did you
9  become holder of?
10     A.    There was only -- I understood it at the time as
11 there was 100 percent of Takeover and I was issued 25
12 percent.
13     Q.    You actually received 25 percent of the shares of
14 Takeover.  Is that your testimony?
15     A.    I was given 25 percent of the shares, so I don't
16 understand what you mean.
17     Q.    Who gave you the shares?
18     A.    Toby and Mike and at the time I thought Joe as
19 well.
20     Q.    And who was to issue the shares in Takeover?
21 Where were they coming from?
22     A.    They were never -- I don't understand the
23 question.  Takeover was a private entity.
24     Q.    So you said that you were supposed to receive 25
25 percent of the shares in Takeover in June of '21.



Griffin Group International
888.529.9990 | 602.264.2230

40

```
 1                   Do I have that right?
 2      A.    No.
 3      Q.    So let me re-ask the question.
 4             When did you become a shareholder in
 5   Takeover?
 6      A.    June 2021.
 7      Q.    Did you actually receive shares in Takeover in
 8   June of '21?
 9      A.    Again, same thing, I don't understand the
10   question.
11      Q.    Well, did you receive a stock certificate in June
12   of --
13      A.    There weren't any stock certificates.
14      Q.    Sir, just let me finish my question before you
15   begin answering.
16             In June of 2021, what is the basis for you
17   to tell us that you became a shareholder in Takeover?
18      A.    I entered into an agreement with the principals
19   of Takeover, and we moved forward based on that agreement,
20   and it moved to written form later.  I was promised
21   shares.
22      Q.    All right.  You were promised -- your testimony
23   is you were promised shares in June of 2021, correct?
24      A.    Yes.
25      Q.    And those promises came from Toby, Mike and Joe,
```

                                                                        41

```
 1  is that correct?
 2      A.     Yes.
 3      Q.     Did you actually receive recognition in any form
 4  from Takeover, either in the form of a stock certificate
 5  or anything else, that identified shares that you then
 6  owned in Takeover?
 7      A.     Yes.
 8      Q.     What did you receive?
 9      A.     An agreement, a written agreement.
10      Q.     We are going to show you something on the screen.
11      A.     Just to be -- just so we can understand this, my
12  eyesight is not great.  I'm working off of my iPad, but I
13  do have my computer behind me.  So if at any time I can't
14  see it, is it okay if I pull it up on my screen?
15      Q.     Of course.
16      A.     Thank you.  Which is substantially larger than my
17  iPad screen.  What number is this?
18             MR. LEVINE:  We are going to mark this as
19  No. 1.
20  BY MR. LEVINE:
21      Q.     This is Agreement, dated July 2021 and --
22      A.     I'm sorry, I didn't ask the right question.  Let
23  me cut you off for a second.
24             MS. MANOLIO:  Wait a minute.  Hang on.
25             Paul, let's clear this up for the record.
```



**Griffin Group International**
**888.529.9990 | 602.264.2230**

45

1  then the next day I said, all right, I'm in.
2      Q.   So I'm continuing with the question.
3           What were the terms of the agreement that
4  you entered into with Toby, Joe and Mike to become a 25
5  percent owner in Takeover?  I want to know all the
6  details.
7      A.   My understanding was, is that 100 percent of
8  Takeover was owned by, I thought at the time Toby, Mike
9  and Joe.  I have since learned that it was Toby and Mike,
10 and that they were offering me a 25 percent share of
11 Takeover, and that I would become the president of
12 Takeover, and that I would be a director of Takeover, and
13 then a director of Labor Smart, Inc.
14     Q.   Have you now told us the entirety of the
15 agreement whereby you were supposed to become a 25 percent
16 owner in Takeover?
17     A.   I'm sure if I sat here, I could come up with more
18 details about the evening.  But that was generally what
19 the -- bullet points of the agreement.
20     Q.   At the time of this meeting, did you know how
21 many shares were issued in Takeover?
22     A.   No.
23     Q.   Did you know how many shares in Takeover were
24 owned by each of Toby, Mike and Joe?
25     A.   I was given the impression that they owned 100



1  percent.
2      Q.   That doesn't answer the question.
3           My question is:  At that meeting did you
4  understand how many shares were each owned by Toby, Mike
5  and Joe?
6      A.   No.
7      Q.   Did you understand whether there were any other
8  shareholders of Takeover, other than Toby, Mike and Joe?
9      A.   At that time?
10     Q.   Yes.
11     A.   No.
12     Q.   You did not know?
13     A.   I did not know.
14     Q.   Why did you believe that Toby, Mike and Joe owned
15  100 percent of the Takeover shares?
16     A.   That's what they told me.
17     Q.   All right.  But they didn't tell you how many
18  shares they each owned, correct?
19     A.   No.
20     Q.   Did they tell you whether they were equal
21  shareholders?
22     A.   No.  I was given the impression they were equal.
23     Q.   Was this agreement that you said existed in
24  June 2021 at this meeting at Westin, was it ever reduced
25  to writing?

```
 1    Q.   And does Exhibit 49 accurately reflect the
 2  agreement that you believe existed between you, Toby, Mike
 3  and Joe?
 4    A.   With respect to stock, yes.  And then the -- what
 5  wasn't included on here is that I was a director of Labor
 6  Smart and, I believe, president of Takeover.
 7    Q.   Other than that --
 8    A.   By the time he got around to writing it, I had
 9  been that for ages.
10    Q.   Other than that caveat, does this exhibit, 49,
11  accurately reflect the agreement between the four of you
12  that you believe was made in both June and July 2021?
13    A.   Albeit poorly written, but, yes.
14    Q.   All right.  So now I want to ask you some
15  questions, and I want to focus on item number 1, where it
16  talks about Takeover.
17         Do you see that?
18    A.   Yes.
19    Q.   It talks about items A, B and C.
20         Do you see that?
21    A.   Yes.
22    Q.   So in November of 2021, did you know who the
23  shareholder or shareholders of Takeover was?
24    A.   Would you ask that question again, please.
25    Q.   In November 2021 when this document, Exhibit 49,
```



Griffin Group International
888.529.9990 | 602.264.2230

53

1   was signed, did you know who the shareholders were of
2   Takeover?
3       A.   Well, I believed it was Toby, Mike and Joe.
4       Q.   My question is:  In November 2021, which is
5   roughly four to five months after the June meeting, who
6   did you believe the shareholder of Takeover was?
7            MS. MANOLIO:  Form.
8            THE WITNESS:  Same answer.
9            MR. LEVINE:  Let's go off the record a
10  second.
11           (An off-the-record discussion ensued.)
12           MR. LEVINE:  Back on the record.
13  BY MR. LEVINE:
14      Q.   Is it your testimony that in November 2021, when
15  Exhibit 49 was signed, you still believed that Mike, Toby
16  and Joe were the sole shareholders of Takeover?
17      A.   Yeah.
18      Q.   Okay.  So let's again --
19           Can you put that on the screen.
20           So, again, I want to focus on item number 1
21  A, B and C.
22           Do you see that, sir?
23      A.   Yes.
24      Q.   And I want to focus on item A.
25           First of all, the parties to this agreement

54

```
 1  are who?
 2      A.    I believe it's Toby, Mike and Joe.
 3      Q.    Anyone else?
 4      A.    Scroll back up.
 5            I don't think so.  Oh, myself.  My apologies.
 6  And me.  I keep leaving myself out in the descriptions.
 7  I'm sorry.
 8      Q.    Yeah, don't do that.
 9            Okay.  Item A, "The Parties shall receive
10  and be assigned 25 percent of the shares in Takeover."
11            In November 2021 did you know how many
12  shares of Takeover had already been issued?
13            MS. MANOLIO:  Form.
14            THE WITNESS:  No.
15  BY MR. LEVINE:
16      Q.    In November 2021 did you know how many shares of
17  Takeover were authorized?
18      A.    Forgive me.  I'm trying to remember, because I
19  had seen corporate records.  Not specifically.
20      Q.    Pursuant to this agreement, how many shares in
21  Takeover were you to receive pursuant to item 1 A?
22            MS. MANOLIO:  Form.
23            THE WITNESS:  25 percent of 100 percent.
24  BY MR. LEVINE:
25      Q.    Did you know the number of shares?
```

Labor Smart vs Tucker                                              Jason Tucker

55

1              MS. MANOLIO:  Form.
2              THE WITNESS:  I understood the shares to be
3    100, and I was receiving a quarter of 100 percent.
4    BY MR. LEVINE:
5        Q.   So would that mean you would receive 25 shares?
6        A.   However many were in the corporate records.  But
7    I understood that I was getting 25 percent of 100 percent
8    of the shares.
9        Q.   Okay.  So you -- strike that.
10              Who was going to issue these shares to you?
11              MS. MANOLIO:  Form.
12              MR. LEVINE:  What's wrong with the form?
13              MS. MANOLIO:  You have asked the question
14   three times.
15              MR. LEVINE:  Okay.
16              MS. MANOLIO:  It's been asked and answered.
17   That's the form.
18   BY MR. LEVINE:
19       Q.   Do you know who was going to issue you these
20   shares?
21       A.   Toby, Mike and Joe.
22       Q.   Were the shares going to come from the amount of
23   shares owned by Toby, Mike and Joe?
24       A.   My understanding was yes.
25       Q.   Did you --

Griffin Group International
888.529.9990 | 602.264.2230

206

1               CERTIFICATE OF CERTIFIED REPORTER

2          BE IT KNOWN that the foregoing proceedings were
   taken before me; that the witness before testifying was
3  duly sworn by me to testify to the whole truth; that the
   foregoing pages are a full, true, and accurate record of
4  the proceedings, all done to the best of my skill and
   ability; that the proceedings were taken down by me in
5  shorthand and thereafter reduced to print under my
   direction; that I have complied with the ethical
6  obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
   J(1)(g)(1) and (2).

7
           I CERTIFY that I am in no way related to any of
8  the parties hereto, nor am I in any way interested in the
   outcome hereof.

9

10         [X]  Review and signature was requested; any
   changes made by the witness will be attached to the
11 original transcript.
           [ ]  Review and signature was waived/not
12 requested.
           [ ]  Review and signature not required.
13

14         Dated at Phoenix, Arizona, this 19th day of
   December, 2025.
15

16

17
                       /s/ Robin Jasper
18                       ROBIN JASPER, RPR
                         Certified Reporter
19                     Arizona CR No. 50286

20            *       *       *       *       *

21         I CERTIFY that GRIFFIN GROUP INTERNATIONAL, has
   complied with the ethical obligations set forth in ACJA
22 7-206 (J)(1)(g)(1) through (6).

23                     /s/ Pamela A. Griffin
                       GRIFFIN GROUP INTERNATIONAL
24                     Registered Reporting Firm
                         Arizona RRF No. R1005
25