LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,
   And Third-Party Claimants*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc.<br><br>                    Plaintiff,<br><br>v.<br><br>Jason and Melissa Tucker,<br><br>                    Defendants.<br><br>And related Counterclaims<br> and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-DJH<br><br>**JASON AND MELISSA TUCKERS' NOTICE OF ERRATA RE: EXHIBIT 1 TO THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Before the Hon. Diane J. Humetewa) |

Jason and Melissa Tucker hereby notify the Court and the Parties in this case that, while their recent Motion for Partial Summary Judgment (Doc. 237) cited portions of the transcript of Michael Holley (Doc. 237-2), 7 pages of the transcript were inadvertently left out of the transcript provided to the Court. This Notice contains Exhibit 1, which are the supplemental pages (pp. 44, 47, 49, and 53-56) that should have been included. Undersigned counsel apologizes for this error.

DATED this 12th day of January, 2026.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
    Veronica L. Manolio
    8674 E. San Alberto Drive
    Scottsdale, Arizona 85258
    *Attorneys for the Tucker Defendants,
    Counterclaimants, and Third-Party Claimants*