**LABOR SMART, INC. V. JASON AND MELISSA TUCKER**
**CASE NO. 2:22-CV-00357-PHX-DJH**

**TABLE OF CONTENTS OF EXHIBITS**
**TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

| EXHIBIT NO. | DOCUMENT |
|---|---|
| EXHIBIT 1 | ClearTrust LTNC Account Statements |
| EXHIBIT 2 | Jason Tucker Deposition Transcript |
| EXHIBIT 3 | Melissa Tucker Deposition Transcript |
| EXHIBIT 4 | Tuckers' Third Supplemental Disclosure Statement |
| EXHIBIT 5 | Mr. Wise's Letters |
| EXHIBIT 6 | Email from Mr. Wise to ClearTrust |
| EXHIBIT 7 | Email from Mr. Wise to ClearTrust |
| EXHIBIT 8 | November 2021 Agreement |
| EXHIBIT 9 | Jason Tucker's Response to LTNC's Non-Uniform Interrogatories |
| EXHIBIT 10 | Jason' Tucker's Response to Zarro's First Set of Non-Uniform Interrogatories |
| EXHIBIT 11 | Danny Day Declaration |
| EXHIBIT 12 | Transcript from a portion of the September 21, 2022 Board meeting |
| EXHIBIT 13 | David Anderson Declaration |
| EXHIBIT 14 | Loan Agreements |
| EXHIBIT 15 | Tom Zarro Declaration |
| EXHIBIT 16 | Takeover Bank of America account ending 8537 June and September 2023 and February, March, April, May and December 2024 bank statements |
| EXHIBIT 17 | Michael Holley Declaration |
| EXHIBIT 18 | Takeover Bank of America account ending 8537 July- September 2023 bank statements |

| **EXHIBIT NO.** | **DOCUMENT** |
| --- | --- |
| EXHIBIT 19 | Certified Shareholder List |
| EXHIBIT 20 | Manny Pacquiao Text Message |