ClearTrust, LLC - Transfer Agent For
**LABOR SMART, INC.**
16540 Pointe Village Dr., Ste 205
Lutz, Florida 33558

# ACCOUNT STATEMENT

**Statement Date:**
MAY 10, 2022

**Shareholder Registration Name:**
BATTLESHIP STANCE, INC.

**BATTLESHIP STANCE, INC.**
**3104 E CAMELBACK ROAD 2917**
**PHOENIX AZ 85016**

| Shareholder Account/DRS # | Shareholder Phone: |
|---|---|
| 127 | |

**Shareholder Email:**
jason@battleshipstance.com

## SECURITY DETAILS

**Issuer:**
LABOR SMART, INC.

| Stock Class: | CUSIP Number: | Ticker Symbol: |
|---|---|---|
| COMMON STOCK | 50541A108 | LTNC |

## ACCOUNT SUMMARY

| RESTRICTED BOOK SHARES* | DRS SHARES | CERTIFICATE SHARES | TOTAL SHARES |
|---|---|---|---|
| 1,850,000,000 | 0 | 0 | 1,850,000,000 |

**Any RESTRICTED book entry shares listed on this statement are subject to the following restrictions: The shares represented by this statement have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel will be required by the issuer or the transfer agent.*

## CURRENT ACTIVITY

**Includes Transactions From 01/01/2000 To 05/10/2022**

| Transaction Date | Cert#/Book Transaction Description | Shares Deposited or Withdrawn | Running Balance |
|---|---|---|---|
| 01/01/00 | BEGINNING BALANCE | | 0 |
| 05/09/22 | RSTR TRANSFER SECURITIES | 1,850,000,000 | 1,850,000,000 |

*See reverse side for additional instructions.*

## To electronically deposit shares into your brokerage account:

There are two options for electronic deposits: DRS PROFILE and DWAC. Both options are available for unrestricted shares only. You currently have 0 ____________________________ unrestricted Book Entry shares available for an electronic deposit. If your shares are restricted, please visit www.ClearTrustOnline.com for information on how to release the restrictive legend. If you have a physical certificate, please mail it to ClearTrust with a request to transfer the shares to Book Entry. Contact your broker to determine which electronic deposit you should use. Your broker may request additional information from you prior to initiating an electronic deposit.

**To deposit book entry shares via DRS PROFILE:**

1. Provide payment for the transfer fees to ClearTrust.
2. Please provide a copy of this statement to your broker and request they deposit your shares via DRS PROFILE. Your broker will need to know:
   - ClearTrust's LPA # 7997;
   - The primary taxpayer ID on file with ClearTrust; and
   - Your account number with ClearTrust: 127 ________________________.
3. ClearTrust will complete the DRS PROFILE request within 24-48 hours if your shares are unrestricted and the taxpayer ID and account number match our records.

**To deposit book entry shares via DWAC:**

1. Complete the below section and mail the original to ClearTrust.
2. Contact your broker and request they initiate a DWAC deposit for your shares. Your broker will need to know:
   - ClearTrust's Transfer Agent# 50246; and
   - To include the registration name exactly as it appears on this statement in the comment section of the request.
3. ClearTrust will complete the request within 24-48 hours if the shares are unrestricted and we have received the original stock power form.

*IRREVOCABLE STOCK POWER FORM FOR A DWAC DEPOSIT*

For Value Received, the undersigned do hereby request that ____________________________________ shares of LTNC held in account number 127 ____________________ on the books of said Company hereby irrevocably constitute and appoint ClearTrust, LLC attorney to DWAC the shares into my brokerage account with full power of substitution in the premises.

Dated: ____________________________________________

X ____________________________________________

Name: ____________________________________________

X ____________________________________________

Joint Name: ____________________________________________

Medallion Signature Guarantee Stamp

## To transfer your shares or to request a physical certificate:

1. Please go to https://cleartrustonline.com/transfer-center
2. Click on the hyperlink for the Letter of Instructions & Stock Power.
3. Complete the form following the instructions provided therein.
4. Mail the original form to ClearTrust along with the original certificate (if applicable).
5. ClearTrust will email you a reference number and a secure link to provide payment for the transfer fees.

## To access your account online:

ClearConnect is online access to view your account details and update your contact information.

To set up a ClearConnect username and password, please contact ClearTrust.

After receiving the login instructions from ClearTrust, go to https://cleartrustonline.com/shareholder-center and click on Shareholder Portal.

ClearTrust, LLC - Transfer Agent For
**LABOR SMART, INC.**
16540 Pointe Village Dr., Ste 205
Lutz, Florida 33558

# ACCOUNT STATEMENT

**Statement Date:**
MAY 10, 2022

**Shareholder Registration Name:**
BATTLESHIP STANCE, INC.

**BATTLESHIP STANCE, INC.**
**3104 E CAMELBACK ROAD 2917**
**PHOENIX AZ 85016**

| Shareholder Account #: | Shareholder Phone: |
|---|---|
| 5 | |

**Shareholder Email:**
jason@battleshipstance.com

## SECURITY DETAILS

| Issuer: | | |
|---|---|---|
| LABOR SMART, INC. | | |
| **Stock Class:** | **CUSIP Number:** | **Ticker Symbol:** |
| SERIES A PREFERRED STOCK | Not Publicly Traded | Not Publicly Traded |

## ACCOUNT SUMMARY

| RESTRICTED BOOK SHARES* | BOOK SHARES | CERTIFICATE SHARES | TOTAL SHARES |
|---|---|---|---|
| 17 | 0 | 0 | 17 |

**Any RESTRICTED book entry shares listed on this statement are subject to the following restrictions: The shares represented by this statement have not been registered under the Securities Act of 1933, as amended. The shares have been acquired for investment and may not be offered, sold or otherwise transferred in the absence of an effective registration statement with respect to the shares or an exemption from the registration requirements of said act that is then applicable to the shares, as to which a prior opinion of counsel will be required by the issuer or the transfer agent.*

## CURRENT ACTIVITY

**Includes Transactions From 01/01/2020 To 05/10/2022**

| Transaction Date | Cert#/Book Transaction Description | Shares Deposited or Withdrawn | Running Balance |
|---|---|---|---|
| | BEGINNING BALANCE | | 0 |
| 05/09/22 | RSTR TRANSFER SECURITIES | 17 | 17 |

*See reverse side for additional instructions.*

## To transfer your shares:

1. Please go to https://cleartrustonline.com/transfer-center.
2. Click on the hyperlink for the Letter of Instructions & Stock Power.
3. Complete the form following the instructions provided therein.
4. Mail the original form to ClearTrust along with the original certificate (if applicable).
5. ClearTrust will email you a reference number and a secure link to provide payment for the transfer fees.

## To convert Preferred shares to Common shares:

1. Complete a Notice of Conversion.
2. Complete a letter of instructions detailing how to deliver the common shares to you.
3. If you would like to have the restrictive legend released from your shares at the same time as the conversion, complete a Seller's Representation Letter & obtain a Legal Opinion.
4. Mail the above documents to ClearTrust, along with your original Certificate (if you have one).
5. ClearTrust will email you a reference number and a secure link to provide payment for the transfer fees.

## To access your account online:

ClearConnect is online access to view your account details and update your contact information.

To set up a ClearConnect username and password, please contact ClearTrust.

After receiving the login instructions from ClearTrust, go to https://cleartrustonline.com/shareholder-center and click on Shareholder Portal.