IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

LABOR SMART, INC., )
)
Plaintiff, )
)
vs. )
)Case No.: 2:22-CV-00357-PHX-DJH
JASON AND MELISSA )
TUCKER, )
)
Defendants. )
)
And related )
Counterclaims and )
Third-Party Claims. )
)

REMOTE VIDEOCONFERENCE DEPOSITION OF
MELISSA FLOYD TUCKER
December 29, 2025
12:00 p.m. MST

REPORTED BY:
RACHELLE FORD, RPR
Certified Court Reporter
Certificate No. 4003

PREPARED FOR:
U.S. DISTRICT COURT
(Certified Copy)

**filed for bankruptcy. Takeover knows they owe me a lot or OCW a lot of money because they included it in their bankruptcy filing, but OCW doesn't have a claim.**

Q. Let me be clear about this. I want to know if OCW has ever made a claim in this case against Takeover or Labor Smart?

MS. MANOLIO: Object to form. And Paul, I think you and I have already clarified this multiple times through written stipulation. I'm going to let the witness answer the question, but I also want to put on the record that you and I already clarified this prior to today that Oak Creek Wellness is not making a claim for damages in this case. So the witness can answer, but I don't want it to be -- appear for the record that we haven't clarified this already.

MR. LEVINE: Well, I -- okay.

MS. MANOLIO: Go ahead, Melissa. If you can answer, go ahead and answer.

**A. I mean, I feel like our shares -- the shares for OCW were also damaged. However, like Veronica said, she would have to tell you the legal specifics of this.**

BY MR. LEVINE:

Q. Were you ever, you personally, ever a shareholder in Takeover?

**A. No.**

Q. Were you personally ever a shareholder in Labor Smart?

MS. MANOLIO: I'm so sorry, Paul. Can you just repeat it. Were you a personal shareholder in what?

MR. LEVINE: Rachelle, can you read that back, please.

THE COURT REPORTER: "Were you personally ever a shareholder in Labor Smart?"

**A. No.**

BY MR. LEVINE:

Q. There are a number of claims that are being made by you and your husband in this case against various parties, those include Labor Smart, Mr. Holley, Mr. McBride, Mr. Pavlik, Mr. Zarro, and NextGen Beverages.

First, are you aware of that?

**A. I'm aware, yes.**

Q. So I want to know if you have any personal information with respect to these claims. And I know that your husband was deposed three or four weeks ago, but I want to ask you about your personal