**From:** David Wise <WiseLaw@verizon.net>
**Sent:** Monday, May 20, 2024 4:47 AM
**To:** Inbox
**Cc:** Jason Tucker; Veronica L. Manolio
**Subject:** Jason Tucker/Labor Smart, Inc. Litigation
**Attachments:** 129_D.Ariz._2_22-cv-00357-JJT_129_0.pdf; 140_D.Ariz._2_22-cv-00357-JJT_140_0.pdf

Attention: Kyla

I am forwarding these 2 court orders in the litigation involving Labor Smart, Jason and Melissa Tucker and others. The first file is Docket No.
129, which is a court order realigning the parties to the litigation. If you choose to read the attachments, you will determine that neither Battleship Stance, Inc. nor Oak Creek Wellness is a party to the litigation. You will also notice that the stock currently owned by Battleship Stance and/or Oak Creek Wellness is not a subject of the litigation.

Further note:

In an email I received from Jason Tucker on May 17, 2024, Jason told me that he had spoken with Luis Sequeira, a Director of Labor Smart, Inc., and that Luis told him that Labor Smart was using the legend removal as leverage to force a settlement in an unrelated court case. Not big news here. LOL.

Also, Jason told me that the reason (i) that the "bonus" shares received by Joe Belbruno, Kerby Fortner, Kevin Blatt, Michael Costello, Michael Tzanetatos and Oak Creek Wellness, Inc. and (ii) the larger numbers of shares issued pursuant to subscription agreements or stock purchase agreements to Anthony Pettis, Manny Pacquiao, James Deppoleto, and Joshua Rapkin were included in the same December 10, 2021 "Board Resolution for the Issuance of Shares" of Labor Smart, Inc. was done because Shar So told Jason it would be easier to lump the bonus shares and the contractual shares into a common Board Resolution.

Jason previously provided you with an un-redacted copy of the referenced Board Resolution.

I find it interesting that Labor Smart did not object to the legend removals on the bonus shares issued to Fortner, Blatt, Costello or Tzanetatos when such shares were also issued as "Christmas bonuses" (see date of Board resolutions of December 10, 2021) just like the shares to Oak Creek Wellness.

These delays have caused Battleship Stance and Oak Creek Wellness to lose several hundreds of thousands of dollars on their Labor Smart shares, which have dropped precipitously since my firm issued legal opinions on the shares held by Battleship Stance and Oak Creek Wellness.

Hopefully, ClearTrust will see through the manure being spread by Labor Smart and its management and effect the legend removals this week.

David Wise

Law Offices of WiseLaw, P.C.
David E. Wise, Attorney
327 East Lullwood Avenue
San Antonio, Texas 78212
E-Mail: wiselaw@verizon.net
Telephone: (210) 323-6074

-----Original Message-----
From: Jason Tucker [mailto:jason@battleshipstance.com]
Sent: Friday, May 17, 2024 5:54 PM
To: David Wise
Subject: Orders for Review

--
Jason Tucker
+1.310.488.8017
SKYPE: jtucker001

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved