Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com
*Attorney for Plaintiff/Counterdefendant*
*Labor Smart, Inc. and Third-Party Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LABOR SMART, INC.<br><br>Plaintiff,<br>vs.<br><br>JASON AND MELISSA TUCKER.<br><br>Defendants. | Case No: 2:22-cv-00357-PHX-DJH<br><br>**DECLARATION OF DANNY DAY**<br><br>(Before the Hon. D. Humetewa) |
| And related Counterclaims and Third-Party Claims. | |

I, Danny Day, declare as follows:

1. I am the founder and principal owner of H2ForLife. Since 2013, H2ForLife has been producing hydrogen rich Springwater.

2. H2ForLife is a company that makes a health and wellness spring water that promotes overall wellness by rejuvenating the body's cells and enhancing their functions.

3. H2ForLife manufactured and canned a hydrogen water product for Takeover Industries, Inc. (the "Takeover H Water"). The Takeover H Water ingredients were spring water, colloidal platinum, colloidal gold, colloidal zinc and colloidal copper. There was only one Takeover H Water flavor sold.

4. The formula for the Takeover H Water is a H2ForLife trade secret. Only H2ForLife knows the formula. The formula describes the amount of each ingredient in the Takeover H Water. I never shared the H2ForLife formula with Takeover.

5. The process to make the Takeover H Water is a H2ForLife trade secret. Only

H2ForLife knows the process. The process describes the manufacturing method, including temperature, the length of the process, mixing of the ingredients and the amount of hydrogen added and in what form. I never shared the H2ForLife process with Takeover.

6. Beginning in approximately June 2023, H2ForLife began manufacturing and canning a hydrogen water product for Next Gen Beverages (the "NGB H Water"). The NGB H Water ingredients are spring water and colloidal minerals (platinum, gold, copper and zinc). These are the same colloidal minerals that were contained in the Takeover H Water.

7. The formula and process to manufacture the NGB H Water, both of which are owned by H2ForLife, is different from the formula and process to manufacture the Takeover H Water. There is more hydrogen in the NGB H Water (as opposed to the hydrogen in the Takeover H Water). The Takeover H Water and the NGB H Water are different products, with different formulas and processes.

8. H2ForLife did not manufacture a nootropic beverage drink for Takeover.

Dated this 3rd day of January, 2026.

**DANNY DAY**

By: */s/ Danny Day*