In re:

Labor Smart, Inc. vs.
Jason and Melissa Tucker.

Case No.
2:22-cv-00357-PHX-JJT

REPORTER'S TRANSCRIPT OF RECORDED EXCERPT OF CONVERSATION

THE PARTICIPANTS: Jason Tucker
Toby McBride
Joe Pavlik

AUDIO DATE: September 21, 2022

PREPARED BY:
Keisha Heflin,
Certified Electronic
Transcriber No. CET-545

PREPARED FOR:
Paul Levine, Esq.

(Certified Copy)

(Excerpt audio begins.)

MR. TUCKER: Yeah. But we're -- we're dropping water.

MR. McBRIDE: Yeah.

MR. TUCKER: We're focusing on shots. We have a crisis with our manufacturer. We're overextended. We're not in a place to commit to anything.

MR. McBRIDE: Yeah.

MR. PAVLIK: Yeah.

(Excerpt audio ends.)