# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 6-29-23 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $15,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $15,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 9-18-23 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 2-14-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $4,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $4,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 3-1-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $1,500.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $1,500.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro
Next Gen Beverages LLC.

[signature]
Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 3-8-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 4-2-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $7,500.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $7,500.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro
Next Gen Beverages LLC.

[signature]
Takeover Industries Inc.

**Loan Agreement**

**This Loan Agreement (the "Agreement") is made and entered into as of 4-29-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $5,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $5,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 5-15-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $5,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $5,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 5-20-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $6,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $6,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

[signature]

Takeover Industries Inc.

# Loan Agreement

**This Loan Agreement (the "Agreement") is made and entered into as of 8-7-24 by and between Next Gen Beverages LLC., a Wyoming LLC with a principal place of business located at 125 S King St. STE 2A , Jackson, WY 83001 (the "Lender"), and Takeover Industries Inc., a Nevada Corp. with a principal place of business located at 401 Ryland St. Reno, NV 89502 (the "Borrower").**

1. **Loan Amount $10,000.00**

1.1 Loan Amount: The Lender agrees to lend to the Borrower the sum of $10,000.00 (the "Loan Amount").

2. The Borrower agrees to re-pay the lender for the loan amount.

Tom Zarro

Next Gen Beverages LLC.

Takeover Industries Inc.