Bank of America Statement

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

# Your Business Advantage Relationship Banking

for July 1, 2023 to July 31, 2023 Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2023 | $16,214.58 |
| Deposits and other credits | 50,024.32 |
| Withdrawals and other debits | -52,786.09 |
| Checks | -0.00 |
| Service fees | -170.00 |
| **Ending balance on July 31, 2023** | **$13,282.81** |

\# of deposits/credits: 3
\# of withdrawals/debits: 47
\# of items-previous cycle[1]: 0
\# of days in cycle: 31
Average ledger balance: $19,019.75

[1] *Includes checks paid, deposited items and other debits*

REMEMBER

You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Yunisleydys Nieves Robles
480.470.9497
yunisleydys.nieves@bofa.com

SSM-08-22-0105.B | 4878868



TO BN 1490

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

BANK OF AMERICA

## Your checking account

TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/07/23 | WIRE TYPE:WIRE IN DATE: 230707 TIME:1126 ET TRN:2023070700315803 SEQ:SWF037304188/003850 ORIG:1/CALDERON DE LA BARCA DU ID:CH03087351264260 SND BK:BARCLAYS BANK PLC ID:026002574 PMT DET:4380 15349/1XXXXX | 25,000.00 |
| 07/13/23 | WIRE TYPE:WIRE IN DATE: 230713 TIME:1316 ET TRN:2023071300375845 SEQ:2023071300111474/011897 ORIG:LUIS ALBERTO AHLBORN SEQU ID:21786861 SND BK: WELLS FARGO BANK, NA ID:121000248 PMT DET:ATS00016 79553022SCH REF(N 5025706 0000330095007) | 25,000.00 |
| 07/19/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 24.32 |
| **Total deposits and other credits** | | **$50,024.32** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/03/23 | TRANSFER TAKEOVER INDUSTRIES :Whitehead and Burnet Confirmation# 4041891014 | -10,000.00 |
| 07/05/23 | PAYPAL DES:TRANSFER ID:WAL-MART.COM US INDN:TAKEOVER INDUSTRIES I CO ID:PAYPALMTCU WEB | -0.74 |
| 07/07/23 | WIRE TYPE:WIRE OUT DATE:230707 TIME:1624 ET TRN:2023070700473792 SERVICE REF:016473 BNF:NEXT GEN BEVERAGES LLC. ID:2722508237 BNF BK:W ELLS FARGO BANK, N.A. ID:121000248 PMT DET:4459509 16 | -10,000.00 |
| 07/07/23 | eBay Com229IKO3E DES:PAYMENTS ID:K6ANR8JSMIMP62K INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 07/13/23 | BANK OF AMERICA CREDIT CARD Bill Payment | -2,550.00 |
| 07/13/23 | BANK OF AMERICA BUSINESS CARD Bill Payment | -1,850.00 |
| 07/14/23 | Zelle payment to Kraze Leprechaun Conf# j2830ezio | -5,000.00 |
| 07/14/23 | TRANSFER TAKEOVER INDUSTRIES :Next Gen Beverages L Confirmation# 0536158815 | -5,000.00 |
| 07/18/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0569263105 | -1,000.00 |
| 07/21/23 | Zelle payment to Kraze Leprechaun Conf# p5ugctgzn | -5,000.00 |
| 07/25/23 | Legal Order, LTS P072523000051 | -2,639.52 |
| 07/31/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 3880201982 | -2,000.00 |

*continued on the next page*

Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A | 5197654



## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| | Card account # XXXX XXXX XXXX 0906 | |
| 07/03/23 | CHECKCARD 0630 Google Play 650-2530000 CA 24204293181001929580136 CKCD 5818 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -25.00 |
| 07/03/23 | CHECKCARD 0630 FACEBK 98XGSRPUJ2 650-5434800 CA 24204293181000098349869 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -25.00 |
| 07/03/23 | CHECKCARD 0702 FREEDOM VOICE SYSTEMS 800-4771477 AZ 24906413183177477637792 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 07/03/23 | CHECKCARD 0701 GOOGLE*ADS2489113345 CC GOOGLE.COMCA 24803943183920005734692 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1.12 |
| 07/03/23 | CHECKCARD 0701 DNH*GODADDY.COM 480-505-8855 AZ 24430993183400903176235 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -131.76 |
| 07/06/23 | CHECKCARD 0705 FACEBK 38RLBRT4C2 650-5434800 CA 24204293186000102450732 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -11.00 |
| 07/07/23 | PURCHASE 0706 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -262.86 |
| 07/07/23 | PURCHASE 0706 Klarna 184-45527621 OH | -92.14 |
| 07/10/23 | CHECKCARD 0707 BOOST TRANSPORT LLC 6789972535 GA 24055233188612142815585 CKCD 5085 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -660.11 |
| 07/10/23 | CHECKCARD 0709 FEDEX579150372 800-4633339 TN 24164073190741791503723 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -146.07 |
| 07/10/23 | CHECKCARD 0710 FACEBK L5BA2QT5C2 650-5434800 CA 24204293190000226453756 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -19.00 |
| 07/12/23 | CHECKCARD 0711 FEDEX579334074 800-4633339 TN 24164073192741793340742 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -13.31 |
| 07/12/23 | CHECKCARD 0711 TRUE COMMERCE INC 800-576-1020 CO 24493983193026493605862 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -81.00 |
| 07/12/23 | CHECKCARD 0711 TRUE COMMERCE INC 800-576-1020 CO 24493983193026404083415 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -162.90 |
| 07/12/23 | CHECKCARD 0711 TRUE COMMERCE INC 800-576-1020 CO 24493983193026404083423 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -85.79 |
| 07/14/23 | PURCHASE 0713 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -1,286.65 |
| 07/14/23 | PURCHASE 0713 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -675.69 |
| 07/17/23 | CHECKCARD 0716 INTUIT *QBooks Online CL.INTUIT.COMCA 24692163197102361840057 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 07/18/23 | CHECKCARD 0717 FEDEX579788214 800-4633339 TN 24164073198741797882149 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -590.98 |
| 07/19/23 | CHECKCARD 0718 FEDEX579989597 800-4633339 TN 24164073199741799895973 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,328.54 |
| 07/21/23 | CHECKCARD 0720 FEDEX580225365 800-4633339 TN 24164073201741802253653 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -203.52 |
| 07/21/23 | PURCHASE 0720 SHOPIFY* 188270815 HTTPSSHOPIFY.IL | -39.00 |
| 07/24/23 | CHECKCARD 0721 FEDEX217980552 800-4633339 TN 24164073202741179805522 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -193.03 |
| 07/24/23 | CHECKCARD 0722 FEDEX218017944 800-4633339 TN 24164073203741180179445 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -38.19 |
| 07/24/23 | CHECKCARD 0723 FEDEX580382591 800-4633339 TN 24164073204741803825910 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -609.99 |
| 07/26/23 | CHECKCARD 0725 FEDEX580492091 800-4633339 TN 24164073206741804920916 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -370.72 |
| 07/26/23 | CHECKCARD 0725 FEDEX580582429 800-4633339 TN 24164073206741805824299 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -312.03 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
| --- | --- | --- |
| 07/27/23 | CHECKCARD 0726 FEDEX218133224 800-4633339 TN 24164073207741181332247 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -33.03 |
| 07/31/23 | CHECKCARD 0728 FEDEX218209728 800-4633339 TN 24164073209741182097284 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -59.33 |
| 07/31/23 | CHECKCARD 0729 SHIPSTATION 512-485-4282 TX 24692163210102868299958 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$7,717.88 |
| **Total withdrawals and other debits** | | **-$52,786.09** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ○ $15,000+ combined average monthly balance in linked business accounts has not been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
| --- | --- | --- |
| 07/05/23 | External transfer fee - Next Day - 07/03/2023 | -5.00 |
| 07/07/23 | Wire Transfer Fee | -30.00 |
| 07/17/23 | External transfer fee - Next Day - 07/14/2023 | -5.00 |
| 07/19/23 | External transfer fee - Next Day - 07/18/2023 | -5.00 |
| 07/25/23 | Legal Order Fee,LTS P072523000051 | -125.00 |
| **Total service fees** | | **-$170.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
| --- | --- | --- | --- | --- | --- |
| 07/01 | 16,214.58 | 07/12 | 19,423.27 | 07/21 | 19,696.01 |
| 07/03 | 6,021.14 | 07/13 | 40,023.27 | 07/24 | 18,854.80 |
| 07/05 | 6,015.40 | 07/14 | 28,060.93 | 07/25 | 16,090.28 |
| 07/06 | 6,004.40 | 07/17 | 27,838.73 | 07/26 | 15,407.53 |
| 07/07 | 20,591.45 | 07/18 | 26,247.75 | 07/27 | 15,374.50 |
| 07/10 | 19,766.27 | 07/19 | 24,938.53 | 07/31 | 13,282.81 |



TO BN 1494

This page intentionally left blank

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Relationship Banking

for August 1, 2023 to August 31, 2023

Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2023 | $13,282.81 |
| Deposits and other credits | 31,999.88 |
| Withdrawals and other debits | -33,976.77 |
| Checks | -0.00 |
| Service fees | -20.00 |
| **Ending balance on August 31, 2023** | **$11,285.92** |

\# of deposits/credits: 6

\# of withdrawals/debits: 42

\# of items-previous cycle[1]: 0

\# of days in cycle: 31

Average ledger balance: $13,046.75

[1]*Includes checks paid, deposited items and other debits*


## Mobile and Online Banking — convenient, secure, simple[1]

Help reduce check fraud by writing fewer checks and switching to digital payments. Scammers are targeting the mail to steal checks and other information.

To learn more, scan the code or go to **bofa.com/BillPay**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-02-23-0509.C | 5471548

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

BANK OF AMERICA

## Your checking account

TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | August 1, 2023 to August 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/02/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 99.52 |
| 08/11/23 | WIRE TYPE:WIRE IN DATE: 230811 TIME:1207 ET TRN:2023081100331238 SEQ:230811120653XI00/003493 ORIG:T M FITZGERALD AND ASSOCI ID:4321128830 SND BK:TD BANK, NA ID:011103093 PMT DET:MAX-000645 50 | 25,000.00 |
| 08/11/23 | eBay ComBIXQEXNR DES:PAYMENTS ID:KYWALE9SC6GXQ67 INDN:TAKEOVER INDUSTRIES, I CO ID:1618206000 CCD PMT INFO:NTE*ZZZ*P5988788406\ | 158.58 |
| 08/16/23 | Misc. Credit Adjustment on 08/16/23 | 6,642.79 |
| 08/16/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 49.47 |
| 08/30/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 49.52 |
| **Total deposits and other credits** | | **$31,999.88** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 08/04/23 | DISCOVER DES:E-PAYMENT ID:3500 INDN:DOLGES RONALD CO ID:2510020270 WEB | -6,642.79 |
| 08/08/23 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 0653715290 | -3,468.75 |
| 08/15/23 | Online Banking payment to CRD 4234 Confirmation# 2911827467 | -1,760.00 |
| 08/15/23 | Online Banking payment to CRD 0248 Confirmation# 0611832924 | -2,450.00 |
| 08/16/23 | TRANSFER TAKEOVER INDUSTRIES :BF Borgers CPA PC Confirmation# 0622643892 | -11,000.00 |
| 08/16/23 | AL-DEPT OF REV DES:DIRECT DBT ID: 1097840192 INDN:TAKEOVER INDUSTRIES, I CO ID:ADORCCD000 CCD | -24.37 |
| 08/16/23 | AL-DEPT OF REV DES:DIRECT DBT ID: 1066133056 INDN:TAKEOVER INDUSTRIES, I CO ID:ADORCCD000 CCD | -20.54 |
| 08/16/23 | AL-DEPT OF REV DES:DIRECT DBT ID: 1401939520 INDN:TAKEOVER INDUSTRIES, I CO ID:ADORCCD000 CCD | -13.15 |
| 08/22/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 2670222257 | -2,000.00 |
| 08/29/23 | eBay ComZKD4IWNY DES:PAYMENTS ID:SOXQQPCSSCO3O2N INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -215.28 |

*continued on the next page*

BUSINESS ADVANTAGE

Go paperless. Greater convenience. Less clutter.

Store and review your statements online. You can access up to seven years of account statements — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in online to Business Advantage 360 and click on **Profiles & Settings**.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Not all account documents are available in paperless format.

SSM-01-23-2637.B | 5421106



TO BN 1498

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| | Card account # XXXX XXXX XXXX 0906 | |
| 08/02/23 | CHECKCARD 0801 FEDEX581040071 800-4633339 TN 24164073213741810400714 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -164.04 |
| 08/02/23 | CHECKCARD 0801 FREEDOM VOICE SYSTEMS 800-4771477 AZ 24906413213179522425664 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |
| 08/02/23 | CHECKCARD 0801 FEDEX581248750 800-4633339 TN 24164073213741812487503 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -152.83 |
| 08/02/23 | CHECKCARD 0801 SQ *EISENBERG BUSINESS Westfield IN 24692163213105470177956 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -750.00 |
| 08/07/23 | CHECKCARD 0805 FEDEX92732900 800-4633339 TN 24164073217741927329000 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -123.93 |
| 08/07/23 | PURCHASE 0805 FACEBK AKXRSQT5C2 650-5434800 CA | -11.00 |
| 08/07/23 | CHECKCARD 0806 FEDEX581702235 800-4633339 TN 24164073218741817022359 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -21.73 |
| 08/07/23 | PURCHASE 0806 Klarna 184-45527621 OH | -92.14 |
| 08/09/23 | CHECKCARD 0808 FEDEX581908324 800-4633339 TN 24164073220741819083249 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -131.42 |
| 08/09/23 | PURCHASE 0808 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -262.86 |
| 08/09/23 | CHECKCARD 0808 TRUE COMMERCE INC 800-576-1020 CO 24493983221026990915521 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -243.90 |
| 08/09/23 | CHECKCARD 0808 TRUE COMMERCE INC 800-576-1020 CO 24493983221026990914748 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -85.79 |
| 08/10/23 | CHECKCARD 0809 DNH*GODADDY.COM https://www.gAZ 24430993222400902129949 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -7.59 |
| 08/11/23 | CHECKCARD 0810 BOOST TRANSPORT LLC 6789972535 GA 24055233222612196058684 CKCD 5085 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,115.22 |
| 08/14/23 | CHECKCARD 0813 FEDEX582370068 800-4633339 TN 24164073225741823700684 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -167.33 |
| 08/17/23 | CHECKCARD 0816 INTUIT *QBooks Online CL.INTUIT.COMCA 24692163228107715554984 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 08/18/23 | CHECKCARD 0818 DNH*GODADDY.CO TEMPE AZ CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -299.88 |
| 08/21/23 | PURCHASE 0819 SHOPIFY* 192139438 HTTPSSHOPIFY.IL | -39.00 |
| 08/23/23 | CHECKCARD 0822 FEDEX583235657 800-4633339 TN 24164073234741832356576 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -17.19 |
| 08/23/23 | CHECKCARD 0822 FEDEX583319351 800-4633339 TN 24164073234741833193515 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -59.58 |
| 08/23/23 | CHECKCARD 0823 DNH*GODADDY.CO TEMPE AZ CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -78.06 |
| 08/25/23 | CHECKCARD 0824 FEDEX583508484 800-4633339 TN 24164073236741835084843 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -809.83 |
| 08/25/23 | CHECKCARD 0824 IN *CLEARTRUST, LLC 813-2354490 FL 24692163236104435199364 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 08/25/23 | CHECKCARD 0824 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163236104375410383 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 08/25/23 | CHECKCARD 0824 IN *CLEARTRUST, LLC 813-2354490 FL 24692163236104435199349 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -350.00 |
| 08/25/23 | CHECKCARD 0824 IN *CLEARTRUST, LLC 813-2354490 FL 24692163236104435199356 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -400.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/29/23 | CHECKCARD 0829 SHIPSTATION 512-485-4282 TX 24692163241107952720945 RECURRING CKCD 5045 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -32.36 |
| 08/31/23 | CHECKCARD 0831 EVO EZPAY LLC 516-9627537 NY 24760623243300000692384 CKCD 7399 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -38.45 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$6,381.89 |
| **Total withdrawals and other debits** | | **-$33,976.77** |

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 07/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $15,000+ combined average monthly balance in linked business accounts has been met

○ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/01/23 | External transfer fee - Next Day - 07/31/2023 | -5.00 |
| 08/09/23 | External transfer fee - Next Day - 08/08/2023 | -5.00 |
| 08/17/23 | External transfer fee - Next Day - 08/16/2023 | -5.00 |
| 08/23/23 | External transfer fee - Next Day - 08/22/2023 | -5.00 |
| **Total service fees** | | **-$20.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | 13,277.81 | 08/11 | 25,246.36 | 08/22 | 13,942.15 |
| 08/02 | 12,299.90 | 08/14 | 25,079.03 | 08/23 | 13,782.32 |
| 08/04 | 5,657.11 | 08/15 | 20,869.03 | 08/25 | 11,522.49 |
| 08/07 | 5,408.31 | 08/16 | 16,503.23 | 08/29 | 11,274.85 |
| 08/08 | 1,939.56 | 08/17 | 16,281.03 | 08/30 | 11,324.37 |
| 08/09 | 1,210.59 | 08/18 | 15,981.15 | 08/31 | 11,285.92 |
| 08/10 | 1,203.00 | 08/21 | 15,942.15 | | |

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Now funds deposited by check may be available to you earlier.**

We are changing when funds are available to you when your check deposit is not made in person to one of our employees at a financial center. Beginning August 11, 2023, the funds from your check deposit will be available the first business day after the day of your deposit.

Please keep in mind, all deposits are subject to a hold review at any time – and we may place longer holds on certain items in some cases, which could impact your ability to withdraw or use the deposited funds or result in a reduction of your available balance. For more information, please refer to your Deposit Agreement & Disclosures at bankofamerica.com/deposits/resources/deposit-agreements.go.deposit.

This page intentionally left blank

Bank of America Statement

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

TAKEOVER INDUSTRIES INC
5137 E ARMOR ST
CAVE CREEK, AZ 85331-2310

# Your Business Advantage Relationship Banking

for September 1, 2023 to September 30, 2023

Account number: 4570 4432 8537

**TAKEOVER INDUSTRIES INC**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2023 | $11,285.92 |
| Deposits and other credits | 160,475.83 |
| Withdrawals and other debits | -36,041.40 |
| Checks | -0.00 |
| Service fees | -50.00 |
| **Ending balance on September 30, 2023** | **$135,670.35** |

# of deposits/credits: 5

# of withdrawals/debits: 36

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $47,189.95

[1]*Includes checks paid, deposited items and other debits*


Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.




When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030.A I 5197654

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/13/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 199.95 |
| 09/13/23 | Shopify DES:TRANSFER ID:ST-E0M4E4U9N1W6 INDN:TAKEOVERWATER CO ID:1800948598 CCD | 125.93 |
| 09/18/23 | WIRE TYPE:WIRE IN DATE: 230918 TIME:0612 ET TRN:2023091800262762 SEQ:2023091800026470/263311 ORIG:NEXT GEN BEVERAGES LLC ID:000002722508237 SND BK:WELLS FARGO BANK NA ID:0407 PMT DET:OW00003 630976568 | 10,000.00 |
| 09/21/23 | WIRE TYPE:WIRE IN DATE: 230921 TIME:0615 ET TRN:2023092100193306 SEQ:3515603263ES/000921 ORIG:MICHAEL ARAGHI ID:186905072 SND BK:JPMORGAN C HASE BANK, NA ID:021000021 PMT DET:DCD OF 23/09/20 LABOR SMART INC C/O TAKEOVER INDUSTRIES INC | 150,000.00 |
| 09/27/23 | WALMART INC. DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID:HYPRWLT001 CCD | 149.95 |
| **Total deposits and other credits** | | **$160,475.83** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/05/23 | Online Banking Transfer Conf# qimgoqpc6; REITER LAW, PLC | -9,000.00 |
| 09/07/23 | eBay Com1UUQ6GTM DES:PAYMENTS ID:VRRL5ORW6QO8Z20 INDN:TAKEOVER INDUSTRIES, I CO ID:1395398000 WEB | -27.95 |
| 09/19/23 | Bank of America Credit Card Bill Payment | -2,500.00 |
| 09/19/23 | Bank of America Business Card Bill Payment | -1,850.00 |
| 09/21/23 | Zelle payment to Toby McBride Conf# o9gwfvouo | -5,000.00 |
| 09/21/23 | TRANSFER TAKEOVER INDUSTRIES :Next Gen Beverages L Confirmation# 1531687531 | -10,000.00 |
| 09/21/23 | Zelle payment to Theresa Mains Conf# mcpyz2h90 | -1,000.00 |
| 09/22/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1640625221 | -1,000.00 |
| | Card account # XXXX XXXX XXXX 0906 | |
| 09/01/23 | CHECKCARD 0831 ETI FINANCIAL CORP 954-5108008 FL 24760623243230000177864 CKCD 6300 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,313.90 |
| 09/05/23 | CHECKCARD 0901 FREEDOM VOICE SYSTEMS 800-4771477 AZ 24906413244181726532751 RECURRING CKCD 4814 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -10.56 |

*continued on the next page*

BANK OF AMERICA BUSINESS ADVANTAGE

Start receiving online alerts today

Get alerts about your account activity online, by phone or by email. Turn on alerts at **bankofamerica.com/SmallBusiness** by clicking on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. SSM-01-23-2633.B | 5421083

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/05/23 | CHECKCARD 0901 GOOGLE *ADS2489113345 650-2530000 CA 24466343244323153488310 CKCD 7311 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -0.25 |
| 09/06/23 | CHECKCARD 0905 FEDEX219407190 800-4633339 TN 24164073248741194071908 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -173.14 |
| 09/07/23 | CHECKCARD 0906 FEDEX219460172 800-4633339 TN 24164073249741194601729 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -18.48 |
| 09/07/23 | CHECKCARD 0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975061519 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -170.41 |
| 09/07/23 | CHECKCARD 0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975060370 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -85.79 |
| 09/07/23 | CHECKCARD 0906 TRUE COMMERCE INC 800-576-1020 CO 24493983250026975060164 CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -77.50 |
| 09/07/23 | CHECKCARD 0906 BOOST TRANSPORT LLC 6789972535 GA 24055233249612235361478 CKCD 5085 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -1,030.34 |
| 09/07/23 | CHECKCARD 0906 Klarna 184-45527621 OH 24388863249002026028100 RECURRING CKCD 5999 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -92.14 |
| 09/08/23 | CHECKCARD 0907 FEDEX584765738 800-4633339 TN 24164073250741847657389 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -103.82 |
| 09/11/23 | CHECKCARD 0909 DNH*GODADDY.COM 480-5058855 AZ 24906413252182390975317 RECURRING CKCD 4816 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -7.59 |
| 09/13/23 | CHECKCARD 0912 FEDEX585100818 800-4633339 TN 24164073255741851008185 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -17.27 |
| 09/20/23 | PURCHASE 0919 COVERWALLET INSURANCE HTTPSWWW.COVENY | -1,286.65 |
| 09/20/23 | PURCHASE 0920 SHOPIFY* 196073491 HTTPSSHOPIFY.IL | -39.00 |
| 09/21/23 | CHECKCARD 0920 INTUIT *QBooks Online CL.INTUIT.COMCA 24692163263102581068959 RECURRING CKCD 5734 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -217.20 |
| 09/25/23 | CHECKCARD 0922 FEDEX586155223 800-4633339 TN 24164073265741861552238 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -118.65 |
| 09/26/23 | CHECKCARD 0925 FEDEX70739389 800-4633339 TN 24164073268741707393893 CKCD 4215 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -50.76 |
| 09/28/23 | CHECKCARD 0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559057495 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD 0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559001071 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD 0927 IN *CLEARTRUST, LLC 800-262-3246 CA 24692163270108559058915 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -150.00 |
| 09/28/23 | CHECKCARD 0927 IN *CLEARTRUST, LLC 813-2354490 FL 24692163270108631475814 CKCD 8931 XXXXXXXXXXXX0906 XXXX XXXX XXXX 0906 | -400.00 |
| | Subtotal for card account # XXXX XXXX XXXX 0906 | -$5,663.45 |
| **Total withdrawals and other debits** | | **-$36,041.40** |



TO BN 1507

BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account # 4570 4432 8537 | September 1, 2023 to September 30, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 09/07/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-07 | -10.00 |
| 09/07/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-07 | -10.00 |
| 09/11/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-11 | -10.00 |
| 09/13/23 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 09-13 | -10.00 |
| 09/22/23 | External transfer fee - Next Day - 09/21/2023 | -5.00 |
| 09/25/23 | External transfer fee - Next Day - 09/22/2023 | -5.00 |

**Total service fees** **-$50.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 9,972.02 | 09/13 | -557.34 | 09/22 | 136,544.81 |
| 09/05 | 961.21 | 09/18 | 9,442.66 | 09/25 | 136,421.16 |
| 09/06 | 788.07 | 09/19 | 5,092.66 | 09/26 | 136,370.40 |
| 09/07 | -734.54 | 09/20 | 3,767.01 | 09/27 | 136,520.35 |
| 09/08 | -838.36 | 09/21 | 137,549.81 | 09/28 | 135,670.35 |
| 09/11 | -855.95 | | | | |



TO BN 1508

This page intentionally left blank