# CERTIFIED SHAREHOLDER LIST

## CLEARTRUST, LLC

| Issue: TAKEOVER INDUSTRIES, INC. - COMMON | | Abbrev: | Cusip:TAKEOVERCOM |
|---|---|---|---|
| Account/TIN | Name & Address | | Shares Held |
| 6 | JAMES DEPPOLETO<br>1600 PARAMOUNT DRIVE<br>WAUKESHA WI 53186 | | 200,000,000<br>1.312% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 05/02/2022 | | 200,000,000 | RESTRICTED |
| | | Total Active Shares | 200,000,000 * | |
| | | Total Restricted Shares | 200,000,000 * | |

| Account/TIN | Name & Address | Shares Held |
|---|---|---|
| 4 | LABOR SMART, INC.<br>C/O JASON TUCKER<br>4790 CAUGHLIN PARKWAY #387<br>RENO NV 89509 | 14,663,918,000<br>96.220% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 03/03/2022 | -50,000 | RESTRICTED - CONTROL POSITION |
| * RSTR * | 03/03/2022 | | 14,663,918,000 | RESTRICTED - CONTROL POSITION |
| * RSTR * | 02/27/2021 | | 50,000 | RESTRICTED - CONTROL POSITION |
| | | Total Active Shares | 14,663,918,000 * | |
| | | Total Restricted Shares | 14,663,918,000 * | |

| Account/TIN | Name & Address | Shares Held |
|---|---|---|
| 8 | FRANCISCO JAVIER PENA MORENO<br>BERNOLDWEG N14 6300<br>ZUG<br>SWITZERLAND | 76,000,000<br>0.499% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 05/19/2022 | | 76,000,000 | RESTRICTED |
| | | Total Active Shares | 76,000,000 * | |
| | | Total Restricted Shares | 76,000,000 * | |

| Account/TIN | Name & Address | Shares Held |
|---|---|---|
| 9 | PALOMA DE LA ASCENSION<br>C/O FRANCISCA PENA MORENO<br>RUA PROFESSOR RICARDO JORGE N7 11<br>DTO/ESQ<br>ALGES 1495-153<br>PORTUGAL | 100,000,000<br>0.656% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | 05/19/2022 | | 100,000,000 | RESTRICTED |
| | | Total Active Shares | 100,000,000 * | |
| | | Total Restricted Shares | 100,000,000 * | |

| Account/TIN | Name & Address | Shares Held |
|---|---|---|
| 5 | ANTHONY PETTIS<br>2786 HERA HEIGHTS COURT<br>HENDERSON NV 89052 | 100,000,000<br>0.656% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|

# CERTIFIED SHAREHOLDER LIST

## CLEARTRUST, LLC

| Issue: TAKEOVER INDUSTRIES, INC. - COMMON | | | Abbrev: | | Cusip:TAKEOVERCOM |
|---|---|---|---|---|---|
| **Account/TIN** | **Name & Address** | | | | **Shares Held** |
| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** | |
| | ANTHONY PETTIS (Continued) | | | | |
| * RSTR * | 05/02/2022 | | 100,000,000 | RESTRICTED | |
| | **Total Active Shares** | | 100,000,000 * | | |
| | **Total Restricted Shares** | | 100,000,000 * | | |
| 7 | JOSHUA RAPKIN<br>4 MOSS POINT DR<br>ORMOND BEACH FL 32174 | | | | 100,000,000<br>0.656% |
| **Certificate # / Book** | **Issue Date** | **Cancel Date** | **Denomination** | **Restricted** | |
| * RSTR * | 05/02/2022 | | 100,000,000 | RESTRICTED | |
| | **Total Active Shares** | | 100,000,000 * | | |
| | **Total Restricted Shares** | | 100,000,000 * | | |

| | | | |
|---|---|---|---|
| 6 | **Holders Qualified** | **Total Outstanding Shares** | 15,239,918,000 |
| | | **Total Restricted Shares** | 15,239,918,000 |
| | | **Total Non-Restricted Shares** | 0 |

# CERTIFIED SHAREHOLDER LIST

## CLEARTRUST, LLC

**Restriction Breakdown**

| Restriction Name | Shares |
|---|---|
| Restricted Book | 15,239,918,000 |

# REGISTRAR CONTROL

## CLEARTRUST, LLC

For the period from 01/01/22 to 05/25/22
Authorized shares for TAKEOVER INDUSTRIES, INC. - SERIES A PRF: 250,000

**Transactions Effective Before** 01/01/2022
**Shares Cancelled:** 0
**Shares Issued:** 0
**Transactions Effective After** 05/25/2022
**Shares Cancelled:** 0
**Shares Issued:** 0

| | |
|---|---|
| **Begin Balance:** | 0 |
| **Shares Cancelled:** | 0 |
| **Shares Issued:** | 160,825 |
| **Ending Balance:** | 160,825 |

| Certificate/Book | Holder | Denomination | Batch # | Type | Effective | Posted |
|---|---|---|---|---|---|---|
| * RESTR BOOK * | TOBY MCBRIDE | 79,000 | 160928 | OIS | 05/16/2022 | 05/16/2022 |
| * RESTR BOOK * | JASON TUCKER | 79,000 | 160928 | OIS | 05/16/2022 | 05/16/2022 |
| * RESTR BOOK * | JOE PAVLIK | 2,825 | 160928 | OIS | 05/16/2022 | 05/16/2022 |

**3 Restr Book Issued For: 160,825 SHS/PV**

**0 Cert/Book Cancelled For: 0 SHS/PV**
**3 Cert/Book Issued For: 160,825 SHS/PV**

**160,825 * Net Change**