on with the finances when we initially entered into a deal, it would have looked differently and I would have been clear. I did not learn this information until much later. I am not known for not delivering and I was brought in to get items clear. What I didn't expect was that the person that was supposed to be making the payments to be benefitting himself at the expense of us all.

Now, again, we are in a different place. I treat the company like it is a start-up because, for all intent and purpose, it is. You of all people can understand and potentially appreciate the struggle that is been and is being overcome.

I can see that there has been a lack of communication and that can breed a lack of trust, belief, and, understanding. David and Jon are special individuals whom I have grown to trust and speak openly with. I talk to Jon more than David due to time zones. They are both genuine souls.

On a financial front, we are not as liquid as we need to be as stores pay on terms. On a positive front, we are on track to go into over 50K US stores with our gamer shots and are growing that out. This will start to bring in substantial revenue. We are in over 1000 stores now with an aggressive schedule over the next few months. We are expanding into Canada with the Gamer Shots. We have commitments from stores that include 7-Eleven, Circle-K, AM/PM, Jacksons, Miers, Hudson News, Wal-Mart, and more. These two products are six months old.

Due to a lack of quality by our manufacturer and their ability to scale and other issues, we need to cut the water. I would like to explain this and more and again feel this would again best be done on a zoom