Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com
*Attorney for Plaintiff/Counterdefendant*
*Labor Smart, Inc. and Third-Party Defendants*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABOR SMART, INC.<br><br>Plaintiff,<br>vs.<br><br>JASON AND MELISSA TUCKER.<br><br>Defendants.<br><br><br>And related Counterclaims and Third-Party Claims. | Case No: 2:22-cv-00357-PHX-DJH<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSES TO PENDING MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>(Before the Hon. D. Humetewa) |

Counterdefendant Labor Smart, Inc., Third-Party Defendants Holley, McBride, Pavlik, Zarro, and Next Gen Beverages, LLC (collectively the "Labor Smart Parties"), and Counterclaimants and Third-Party Plaintiffs Jason Tucker and Melissa Tucker, through their counsel, hereby stipulate that the Responses to the Motions for Partial Summary Judgment (Doc. 237 and Doc. 239) shall be due February 23, 2026 and ask the Court to allow this extension based on the good faith basis stated hereunder.

The Tuckers' Motion was filed on January 9, 2026. The Labor Smart Parties' Motion was filed on January 12, 2026. Counsel for the Labor Smart Parties has a jury trial scheduled in Maricopa County Superior Court, beginning February 9, 2026, which is scheduled for 5 trial days, through February 13, 2026. Because of that trial, counsel

requested a 2 week extension to file a Response to the Tuckers' Motion. The Tuckers' counsel graciously agreed.

Accordingly, all parties stipulate that the Responses to the Motions will be due February 23, 2026. This Stipulation is made in good faith and not for purposes of delay or prejudice.

Respectfully submitted this 15th day of January, 2026.

**PAUL M. LEVINE, P.C.**

By: */s/ Paul M. Levine*
    Paul M. Levine, Esq.
    8502 E. Via de Ventura, Suite 230
    Scottsdale, Arizona 85258
    *Attorney for Plaintiff/Counterdefendant*
    *Labor Smart, Inc. and Third-Party Defendants*

**MANOLIO & FIRESTONE, PLC**

By: */s/Veronica L. Manolio  (w/permission)*
    8674 E. San Alberto Drive
    Scottsdale, Arizona 85258
    *Attorney for Tucker Defendants/*
    *Counterclaimants/Third-Party Claimants*

# CERTIFICATE OF MAILING

I hereby certify that the foregoing was served by and through the CM/ECF filing system of the United States District Court, District of Arizona, on January 15, 2026, to the following parties:

>Veronica L. Manolio, Esq.
>**MANOLIO & FIRESTONE, PLC**
>8674 E. San Alberto Drive
>Scottsdale, Arizona 85258
>VManolio@MF-Firm.com
>*Attorney for Tucker Defendants/*
>*Counterclaimants/Third-Party Claimants*
>
>Spencer D. Freeman, Esq.
>**FREEMAN LAW FIRM, INC**
>1107 1/2 Tacoma Ave S
>Tacoma, Washington 98402
>SFreeman@FreemanLawFirm.org
>Reception@FreemanLawFirm.org
>Sierra@FreemanLawFirm.org
>*Attorney for Jason Tucker and*
>*Melissa Tucker*

By: */s/ Kathleen Mohr*

3