**LABOR SMART, INC. V. JASON AND MELISSA TUCKER**
**CASE NO. 2:22-CV-00357-PHX-DJH**

**TABLE OF CONTENTS OF EXHIBITS**
**TO RESPONSE TO TUCKERS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| **EXHIBIT NO.** | **DOCUMENT** |
| --- | --- |
| EXHIBIT A | Jason Tucker Deposition Transcript |
| EXHIBIT B | Melissa Tucker Deposition Transcript |
| EXHIBIT C | Michael Holley Deposition Transcript |