IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABOR SMART, INC., Plaintiff, vs. JASON AND MELISSA TUCKER, Defendants. | Case No. 2:22-cv-00357-PHX-DJH |
| And related Counterclaims and Third-Party Claims. | |

VIDEOCONFERENCED DEPOSITION OF JASON TUCKER

December 10, 2025
Witness Location: Santa Fe, Mexico
9:00 a.m. MST

REPORTED STENOGRAPHICALLY BY:
ROBIN JASPER, RPR
Certified Reporter
Certificate No. 50286

PREPARED FOR:
ASCII/CONDENSED

(Certified copy)

**percent.**

Q. That doesn't answer the question.

My question is: At that meeting did you understand how many shares were each owned by Toby, Mike and Joe?

**A. No.**

Q. Did you understand whether there were any other shareholders of Takeover, other than Toby, Mike and Joe?

**A. At that time?**

Q. Yes.

**A. No.**

Q. You did not know?

**A. I did not know.**

Q. Why did you believe that Toby, Mike and Joe owned 100 percent of the Takeover shares?

**A. That's what they told me.**

Q. All right. But they didn't tell you how many shares they each owned, correct?

**A. No.**

Q. Did they tell you whether they were equal shareholders?

**A. No. I was given the impression they were equal.**

Q. Was this agreement that you said existed in June 2021 at this meeting at Westin, was it ever reduced to writing?

A. Yes.
Q. When?
A. It was a draft that was done, I believe, like the next month, but nothing -- it took Eric -- Eric is a busy litigator and he had a crazy trial calendar and some things going on, so it took him on long time to actually get it onto paper for us. So that was eventually done, I believe, in November.
Q. And was it Eric that -- did Eric deliver this written agreement to the four of you?
A. I think Eric delivered it to me and then I put it onto DocuSign and circulated it between us.
Q. Was the agreement ever signed?
A. Yes.
Q. Was it signed in November?
A. Yes.
Q. Just to be clear, we are talking about November of '21?
A. Yes.
MR. LEVINE: Let's go off the record a moment.
(An off-the-record discussion ensued.)
MR. LEVINE: The parties have agreed to mark the July 2021 two-page Agreement as Exhibit 49.
Agreed, Veronica?