IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LABOR SMART, INC., Plaintiff, vs. JASON AND MELISSA TUCKER, Defendants. And related Counterclaims and Third-Party Claims. | Case No.: 2:22-CV-00357-PHX-DJH |

REMOTE VIDEOCONFERENCE DEPOSITION OF
MELISSA FLOYD TUCKER
December 29, 2025
12:00 p.m. MST

REPORTED BY:
RACHELLE FORD, RPR
Certified Court Reporter
Certificate No. 4003

PREPARED FOR:
U.S. DISTRICT COURT
(Certified Copy)

Q. Were you ever, you personally, ever a shareholder in Takeover?

**A. No.**

Q. Were you personally ever a shareholder in Labor Smart?

MS. MANOLIO: I'm so sorry, Paul. Can you just repeat it. Were you a personal shareholder in what?

MR. LEVINE: Rachelle, can you read that back, please.

THE COURT REPORTER: "Were you personally ever a shareholder in Labor Smart?"

**A. No.**

BY MR. LEVINE:

Q. There are a number of claims that are being made by you and your husband in this case against various parties, those include Labor Smart, Mr. Holley, Mr. McBride, Mr. Pavlik, Mr. Zarro, and NextGen Beverages.

First, are you aware of that?

**A. I'm aware, yes.**

Q. So I want to know if you have any personal information with respect to these claims. And I know that your husband was deposed three or four weeks ago, but I want to ask you about your personal