IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labor Smart, Inc., Plaintiff, vs. Jason and Melissa Tucker, Defendant. And related Counterclaims and Third-Party Claims. | Case No. 2:22-cv-00357-PHX-DJH |

VIDEO-RECORDED DEPOSITION OF MICHAEL HOLLEY
(and Videoconference via Zoom)

Scottsdale, Arizona
November 3, 2025
9:15 a.m.

REPORTED BY:
Kristy A. Ceton, RPR, CRR
AZ CR No. 50200

CERTIFIED COPY

CARRIE REPORTING, LLC
Certified Reporters
12725 W. Indian School Rd.
Suite F-100
Avondale, AZ 85392
(480) 429-7573

Q. The Horny Toad, that's a restaurant in Cave Creek, Arizona, right?
A. It is, yes.
Q. Who was with you or why would that be an expense of the company?
A. I wouldn't charge anything unless it was an expense for the company with either probably the director or another person in town.
Q. So let's be clear. When you say "the director," you're talking about Toby McBride, right?
A. Correct.
Q. Who else came to visit you in Scottsdale or Cave Creek other than Mr. McBride?
A. Joseph Pavlik, Jason Tucker.
Q. Okay. Who do you remember coming to visit you that you took to The Horny Toad right down the street from your house in Cave Creek?
A. No idea.
Q. Same thing with Ajo Al's. Who was with you when you charged Ajo Al's?
A. I don't recall.
Q. Who was with you when you went to Zipps?
A. I don't know.
Q. Steak 44?
A. I'm not sure.