***LABOR SMART, INC.***
***VS.***
***JASON AND MELISSA TUCKER***

**Case No. 2:22-CV-00357-PHX-DJH**

## TABLE OF CONTENTS FOR EXHIBITS TO RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

| EX NUMBER | DOCUMENT |
|---|---|
| **A** | Summary of Payments to Takeover Principals |
| **B** | Summary of Credit Card Charges by Michael Holley |
| **C** | Deposition Transcript of Michael Holley |
| **D** | TRO Transcript from March 2022 |
| **E** | Accounting Reconciliation of Toby McBride |
| **F** | Deposition Transcript of Toby McBride Volume I |
| **G** | Deposition Transcript of Toby McBride Volume II |
| **H** | Meeting Minutes and July 2021 Agreement |
| **I** | Summary of Additional Credit Card Charges by McBride |
| **J** | Deposition Transcript of Thomas Zarro |

*LABOR SMART, INC.*
*VS.*
*JASON AND MELISSA TUCKER*

**Case No. 2:22-CV-00357-PHX-DJH**

**TABLE OF CONTENTS FOR EXHIBITS**
**TO RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**


| | |
|---|---|
| **K** | Resolutions for “Takeover” of Takeover |
| **L** | Florida Lawsuit |
| **M** | Florida Lawsuit Settlement |
| **N** | Jason Tucker Declaration |
| **O** | Evidence of Stock Restrictions |
| **P** | July 2021 Agreement |
| **Q** | Deposition Transcript of Jason Tucker |
| **R** | Takeover’s Bankruptcy Petition |
| **S** | Tuckers’ Third Supplemental Disclosure Statement |
| **T** | Tuckers’ Response to LTNC First Set of Non-Uniform Interrogatories |
| **U** | Takeover v. NextGen Can Art |

***LABOR SMART, INC.***
***VS.***
***JASON AND MELISSA TUCKER***

**Case No. 2:22-CV-00357-PHX-DJH**

## TABLE OF CONTENTS FOR EXHIBITS TO RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT


| | |
|---|---|
| **V** | Deposition Transcript of Melissa Tucker |
| **W** | NextGen Source Code and Historical Marketing Data |