# EXHIBIT A

## Takeover Payments to Principals

| 2021 | Holley | | McBride | Pavlik (Elevate) |
|---|---|---|---|---|
| 3/4 | | | $50,000.00 | $5,000.00 |
| 3/9 | | | | $15,000.00 |
| 4/6 | $10,000.00 | | $10,000.00 | $9,000.00 |
| 4/20 | | | $24,000.00 | |
| 4/23 | $3,000.00 | | $3,000.00 | $3,000.00 |
| 5/6 | $10,000.00 | | $10,000.00 | |
| 5/12 | $10,000.00 | | $10,000.00 | $5,000.00 |
| 5/19 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 5/26 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 5/27 | $20,000.00 | | $20,000.00 | |
| 5/28 | | | | $5,000.00 |
| 6/1 | $7,000.00 | | $7,000.00 | $5,000.00 |
| 6/9 | $25,000.00 | | $25,000.00 | |
| 6/14 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 6/21 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 6/22 | $15,000.00 | | $15,000.00 | |
| 6/29 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 7/6 | $7,000.00 | | $7,000.00 | |
| 7/7 | | | | $5,000.00 |
| 7/8 | $10,000.00 | | $10,000.00 | |
| 7/15 | $20,000.00 | | $35,000.00 | $5,000.00 |
| 7/23 | $8,000.00 | | $8,000.00 | $5,000.00 |
| 7/28 | $5,000.00 | | $5,000.00 | |
| 7/30 | | | | $5,000.00 |
| 8/4 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 8/11 | $5,000.00 | | $5,000.00 | $5,000.00 |
| 8/16 | $25,000.00 | | $25,000.00 | |
| 8/23 | $10,000.00 | | $10,000.00 | $5,000.00 |
| 8/25 | | | | $5,000.00 |
| 9/1 | $6,000.00 | | $6,000.00 | |
| 9/7 | $6,000.00 | | $6,000.00 | |
| 9/15 | $6,000.00 | | $6,000.00 | |

| 2021 | One Elite |
|---|---|
| 5/4 | $10,000.00 |
| 5/12 | $5,000.00 |
| 6/2 | $5,000.00 |
| 6/7 | $5,000.00 |
| 6/22 | $1,000.00 |
| 7/7 | $5,000.00 |
| 7/23 | $5,000.00 |
| 7/30 | $3,000.00 |
| 8/25 | $5,000.00 |
| 10/13 | $2,500.00 |
| 11/15 | $2,500.00 |
| 11/26 | $2,500.00 |
| | **$51,500.00** |

EXHIBIT 19
WIT: Holley
DATE: 11/3/25
Kristy A. Ceton, RPR, CRR

| | | | | | |
|---|---|---|---|---|---|
| 9/17 | $15,000.00 | | $10,000.00 | | |
| 9/22 | $5,000.00 | | $10,000.00 | | |
| 9/29 | $5,000.00 | | $5,000.00 | $3,750.00 | |
| 10/1 | $1,500.00 | | $1,500.00 | | |
| 10/7 | $6,000.00 | | $6,000.00 | | |
| 10/13 | $6,270.00 | | $5,000.00 | $3,750.00 | |
| 10/18 | $2,000.00 | | $2,000.00 | | |
| 10/20 | $5,000.00 | | $5,000.00 | | |
| 10/27 | | | $5,000.00 | | |
| 10/29 | $5,000.00 | | | $3,750.00 | |
| 11/3 | $5,000.00 | | $5,000.00 | | |
| 11/5 | $10,000.00 | | $10,000.00 | | |
| 11/10 | $5,000.00 | | $10,000.00 | $3,750.00 | |
| 11/17 | $5,000.00 | | | | |
| 11/24 | $5,000.00 | | $5,000.00 | | |
| 11/29 | | | | $3,750.00 | |
| 12/1 | $5,000.00 | | $5,000.00 | | |
| 12/3 | $10,000.00 | | $10,000.00 | | |
| 12/8 | $15,000.00 | | $5,000.00 | $3,750.00 | |
| | | | $15,000.00 | $2,500.00 | |
| 12/15 | | | $5,000.00 | | |
| 12/17 | | | | $1,500.00 | |
| 12/20 | | | $5,000.00 | | |
| 12/22 | | | | $1,500.00 | |
| 12/23 | | | | $3,750.00 | |
| 12/27 | | | $5,000.00 | | |
| 12/30 | | | | $1,500.00 | |
| | **348,770.00** | | **456,500.00** | **145,250.00** | ***$1,002,020.00*** |
| CC Debt (personal) | **14,481.00** | | **243,254.00** | | ***$257,735.00*** |
| | | | | | ***$1,259,755.00*** |

| 2022 | Holley | | McBride | Pavlik (Elevate) |
|---|---|---|---|---|
| 1/3 | | | $10,000.00 | |
| 1/6 | | | | $3,750.00 |
| | | | | $1,500.00 |
| | | | | $1,500.00 |
| 1/10 | | | $10,000.00 | |
| 1/14 | | | | $1,500.00 |
| 1/20 | | | | $3,750.00 |
| | | | | $1,500.00 |
| 1/27 | | | $7,500.00 | |
| 2/2 | | | $1,000.00 | |
| 2/8 | | | | $5,000.00 |
| 2/14 | | | $5,000.00 | |
| 2/24 | | | $6,500.00 | |
| 2/25 | | | | $5,000.00 |
| 3/1 | | | $10,000.00 | |
| 3/9 | | | | $5,000.00 |
| 3/14 | | | $10,000.00 | |
| 3/25 | | | | $5,000.00 |
| 3/29 | | | $5,000.00 | |
| 4/5 | | | $5,000.00 | |
| 4/15 | | | $5,000.00 | |
| 4/20 | | | $5,000.00 | $5,000.00 |
| 4/29 | | | $5,000.00 | |
| 5/6 | | | $2,000.00 | |
| 5/13 | | | $2,500.00 | |
| 5/26 | | | $5,000.00 | |
| | | | $3,000.00 | |
| 5/31 | | | | $7,500.00 |
| 6/2 | | (KL) | $10,000.00 | $300.00 |
| 6/21 | | | $1,500.00 | |
| 6/27 | | | $1,500.00 | |
| 7/1 | | | $3,000.00 | |
| 7/8 | | | $5,000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 7/12 | | (KL) | $8,648.00 | $5,000.00 | |
| 7/20 | | | $3,500.00 | $1,500.00 | |
| 7/28 | | | $4,500.00 | | |
| 8/22 | | | $8,500.00 | | |
| 8/25 | | | | $5,000.00 | |
| 9/1 | | | $5,000.00 | | |
| 9/7 | | | $10,000.00 | | |
| 12/12 | | | $450.00 | | |
| 12/16 | | | $1,000.00 | $1,000.00 | |
| 12/19 | $5,000.00 | | $3,200.00 | $4,000.00 | |
| | **5,000.00** | | **163,298.00** | **62,800.00** | ***$231,098.00*** |
| CC Debt | | | **66,114.12** | | ***$66,114.12*** |
| (personal) | | | | | ***$297,212.12*** |

| 2023 | Holley | | McBride | Pavlik (Elevate) | |
|---|---|---|---|---|---|
| 1/6 | | | $2,000.00 | | |
| 1/10 | $5,000.00 | | $3,000.00 | $5,000.00 | |
| 2/1 | $5,000.00 | | $5,000.00 | $5,000.00 | |
| 2/16 | | | $1,200.00 | | |
| 3/2 | $5,000.00 | | $4,000.00 | $5,000.00 | |
| 3/27 | | | $5,000.00 | $5,000.00 | |
| 4/19 | | (KL) | $5,000.00 | | |
| 4/21 | | (KL) | $7,500.00 | | |
| 5/15 | | (KL) | $1,500.00 | | |
| 5/17 | | | | $2,500.00 | |
| 5/23 | | (KL) | $3,500.00 | | |
| 6/8 | | | | $2,500.00 | |
| 7/14 | | (KL) | $5,000.00 | | |
| 7/21 | | (KL) | $5,000.00 | | |
| 9/21 | | | $5,000.00 | | |
| 12/23 | | | $10,000.00 | | |
| | **15,000.00** | | **62,700.00** | **25,000.00** | ***$102,700.00*** |

| 2024 | Holley | | McBride | Pavlik (Elevate) | |
|---|---|---|---|---|---|
| 5/15 | $4,531.00 | | | | |
| 6/10 | $5,000.00 | | | | |
| | **9,531.00** | | **0.00** | **0.00** | ***$9,531.00*** |