# EXHIBIT E

DocuSign Envelope ID: 6B2A339E-9171-43B5-9C44-5A4C79012CAE

**RELATED PARTY RECEIVABLE CONFIRMATION**

March 25, 2022

**BF Borgers CPA PC**
**Attn: Nikita Sikarwar**

The following information relating to amount owed by me to **Takeover Industries Inc.**'s as of December 31, 2021 agrees to my records:

Due from related party as on December 31, 2021: **$ 243,253.84**

After reviewing (and revising, as necessary) the above information, and signing and dating your reply, please mail it directly to BF Borgers CPA PC, 5400 W. Cedar Avenue, Lakewood, CO 80226 or email to Nikita Sikarwar at nikita.sikarwar@bfbcpa.us (preferred).

Sincerely,

DocuSigned by:
C16132C28CFC4C4...
Signature
**Toby McBride (CEO)**
**Takeover Industries Inc.**

EXHIBIT 26
WIT: Holley
DATE: 11/3/25
Kristy A. Ceton, RPR, CRR