**From:** Jason Tucker <jason@battleshipstance.com>
**Sent:** Tuesday, May 7, 2024 12:47 PM
**To:** Veronica L. Manolio
**Subject:** Fwd: PERFORMANCE OF AGREEMENT - LABOR SMART, INC. (LTNC) SHARES DUE TUCKER FROM TAKEOVER INDUSTRIES, INC. (TAKEOVER) AND PARTIES:
**Attachments:** BOD_Takeover_LTNC_Agreement.pdf

I copied your email wrong on the last. I did the same with Patrick then resent. Apologies.

Jason

-------- Original Message --------
Subject: PERFORMANCE OF AGREEMENT - LABOR SMART, INC. (LTNC) SHARES DUE TUCKER FROM TAKEOVER INDUSTRIES, INC. (TAKEOVER) AND PARTIES:
Date: 2024-05-07 12:45 PM
From: Jason Tucker <jason@battleshipstance.com>
To: mike@lockdin.com, tom@lockdin.com, jpavlik@flexusinc.com, joe@lockdin.com, 1elitebev@gmail.com, alhborn.las@gmail.com, pres@tmfitzgerald.com, davidsisson35@yahoo.com
Cc: prm@patrickmorrislaw.com, manolio@mf-firm.com

RE: PERFORMANCE OF AGREEMENT - LABOR SMART, INC. (LTNC) SHARES DUE TUCKER FROM TAKEOVER INDUSTRIES, INC. (TAKEOVER) AND PARTIES:

To Michael Holley, Joseph Pavlik, Toby McBride, Thomas Zarro, Luis A.
Sequeira, Emmanuel
Pacquiao, Tom Fitzgerald Sr., Labor Smart Inc., and Takeover Industries Inc.,

I hope this letter finds you all well.

Firstly, I would like to extend my congratulations on Labor Smart Inc.'s achievement of "current" status with OTC Markets on April 1, 2024. It's certainly an exciting milestone for the company.

I am writing to address an important matter regarding the Agreement attached hereto.

As per the terms outlined in the Agreement, I was offered and accepted a 25% share of Takeover Industries, Inc. It appears that in the same month when I was offered and accepted 25% of Takeover - Toby, Michael, and Joe sold 100% of Takeover to Labor Smart, Inc. While it may not be functioning as an ongoing concern, Takeover owns 800,000,000 Common shares of LTNC. I am writing to ask that 25% of those common shares (200,000,000) be transferred to my Clear Trust Account.

Furthermore, in light of the recent achievement of "current" status by Labor Smart, Inc. on April 1, 2024, a triggering event has occurred. As per our Agreement, I am to receive 12 Series A Preferred Shares of LTNC and 750,000,000 Common Shares of LTNC from Toby, Michael, and Joe.
Despite this triggering event occurring over a month ago, I have not received any communication or documentation regarding the initiation or completion of the share transfer process. This lack of correspondence is concerning.

I am formally requesting that all involved parties execute the necessary documents to effectuate the transfer of all shares owed to me under the Agreement. Additionally, I would like to put all on notice that none of the individual parties or any

affiliated companies may transfer any shares that may impact or interfere with the LTNC shares owed to me per the Agreement.

If any assistance is required regarding transfer documents or payments to Clear Trust to facilitate the transfers promptly, please do not hesitate to reach out. Within three days, I request confirmation of the date of transfer.

Thank you for your attention to this matter. I look forward to resolving this issue amicably and swiftly. This correspondence and all of its contents are without prejudice to Jason Tucker or any affiliated person or company's rights and remedies, all of which are expressly reserved.

Warm regards,

/s/ Jason Tucker

Jason Tucker

--
Jason Tucker
+1.310.488.8017
SKYPE: jtucker001

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved

Veronica L. Manolio

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Wednesday, May 15, 2024 2:31 PM
**To:** Melissa Tucker
**Cc:** Jason Tucker; David Wise; Veronica L. Manolio
**Subject:** RE: Labor Smart (LTNC) Legend Removal Requests - Ref # 170067 & 170069

Hi Melissa,

Thank you for your email. I spoke about this with David Wise as well earlier today.

ClearTrust standard process is to notify the company of the legend removal request and ask that they respond usually within 3 business days. If no response is given by the date requested, then we assume the company approves and process the request.

In this case, the company responded prior to the date given (May 13th)stating that the legend should not be removed because there is open litigation between you and the company. We replied to that notice and requested issuer's counsel to provide either an opinion letter detailing the reason the shares do not meet the exemption requirements or a TRO.

Yesterday, we were advised that company was working on this with their counsel, Paul Levin.

Today, we followed up and asked for Paul Levin to provide a status update.

While writing this email, the company responded again and stated that they also reached out to David Wise yesterday and requested proof of payment for the shares and have not received it yet. Therefore, could you please send us proof of payment for Battleships & Oak Creek's shares?

Thank you,

Kyla D. K. Neumann
Compliance Officer
ClearTrust, LLC

+1 813 235 4490
cleartrustonline.com

The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.

-----Original Message-----
From: Melissa Tucker <melissa@bluebutterflydigital.com>
Sent: Wednesday, May 15, 2024 1:59 PM
To: CT Shareholder Services <inbox@cleartrusttransfer.com>

Cc: Jason Tucker <jason@battleshipstance.com>; David Wise <WiseLaw@verizon.net>; Veronica L. Manolio <vmanolio@mf-firm.com>
Subject: Re: Labor Smart (LTNC) Legend Removal Requests - Ref # 170067 & 170069

Good Morning Kyla,

It's my understanding that Clear Trust gave Labor Smart until May 13, 2024. Please advise if you're able to release the shares that belong to Oak Creek Wellness, Inc or if they are having their counsel review those as well.

Thank you,

Melissa

> On May 14, 2024, at 3:39 PM, CT Shareholder Services <inbox@cleartrusttransfer.com> wrote:
>
> The requests have been submitted to the issuer for review and approval. The issuer responded and confirmed that their counsel is reviewing. We are waiting for the issuer counsel to respond. As soon as we hear back, we will let you know.
>
> Sincerely,
> Kyla D. K. Neumann
> Compliance Officer
> ClearTrust, LLC
>
> +1 813 235 4490
> cleartrustonline.com
>
>
>
>
>
>
> The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.
>
>
> -----Original Message-----
> From: Jason Tucker <jason@battleshipstance.com>
> Sent: Tuesday, May 14, 2024 11:45 AM
> To: CT Shareholder Services <inbox@cleartrusttransfer.com>
> Cc: melissa@bluebutterflydigital.com; David Wise <WiseLaw@verizon.net>
> Subject: Re: Labor Smart (LTNC) Legend Removal Requests - Ref # 170067
> & 170069
>
> Good Morning Matthew,
>
> What is the status of this transaction?
>
> Thank you,
>
> Jason
>

> On 2024-05-01 03:18 PM, CT Shareholder Services wrote:
>> Dear Jason and Melissa,
>>
>> We received both of your legend removal requests for the
>> shareholder/shares:
>>
>> * Ref # 170067 (350,000,000 LTNC shares registered in the name of
>> Battleship Stance, Inc.)
>> * Ref # 170069 (10,000,000 LTNC shares registered in the name of Oak
>> Creek Wellness, Inc.)
>>
>> Notice of your legend removal requests was sent to the issuing
>> company, and we have requested Labor Smart to respond before May 13th.
>> In addition, we will review your legend removal requests and notify
>> you if any additional documentation is needed.
>>
>> In the meantime, please provide payment of the transfer fees. The
>> amount needed per transaction is $310 (legend removal and DRS).
>> Please note that rush processing is not available at this time and
>> will not be charged. Payment can be made securely online by
>> credit/debit card by visiting: http://cleartrustonline.com/payments
>> [1]. Please enter reference number 170067 & 170069 in the notes field
>> to match the payment with your request.__
>>
>> If you have any questions, please let me know. I will be happy to
>> assist you.
>>
>> Thank you,
>>
>> MATTHEW LUGINBUEHL
>>
>> Lead Operations Specialist
>>
>> ClearTrust, LLC
>>
>> +1 813 235 4490
>>
>> CLEARTRUSTONLINE.COM
>>
>> [2]
>>
>> [3]
>>
>> [4]
>>
>> _ _
>>
>> _The information contained in this e-mail is privileged,
>> confidential, and protected from disclosure. If the reader of this
>> message is not the intended recipient, delete it. Thank you. Be kind
>> and be well._
>>

>> -----Original Message-----
>> From: Jason Tucker <jason@battleshipstance.com>
>> Sent: Tuesday, April 30, 2024 5:24 PM
>> To: CT Shareholder Services <inbox@cleartrusttransfer.com>
>> Cc: CT Support <support@cleartrusttransfer.com>;
>> melissa@bluebutterflydigital.com
>> Subject: Re: Battleship Stance - Resending Documents
>>
>> Hi Matthew,
>>
>> I hope this finds you well. The legend removal documents have been
>> uploaded for both Battleship Stance Inc and Oak Creek Wellness Inc.
>>
>> Please let me know what else is required and amounts for payment.
>> Thank you!
>>
>> Best,
>>
>> Jason
>>
>> On 2024-04-30 02:07 PM, CT Shareholder Services wrote:
>>
>>> Jason,
>>
>>>
>>
>>> Thank you for your email. We will review the uploaded documents as
>>
>>> soon as possible.
>>
>>>
>>
>>> Thank you,
>>
>>>
>>
>>>
>>
>>> Matthew Luginbuehl
>>
>>> Lead Operations Specialist
>>
>>> ClearTrust, LLC
>>
>>>
>>
>>> +1 813 235 4490
>>
>>> cleartrustonline.com
>>
>>>
>>

**From:** Jason Tucker <jason@battleshipstance.com>
**Sent:** Friday, May 17, 2024 1:28 PM
**To:** Veronica L. Manolio
**Subject:** Fwd: RE: Jason Tucker/Labor Smart, inc. Ref 170067/170069

-------- Original Message --------
Subject: RE: Jason Tucker/Labor Smart, inc. Ref 170067/170069
Date: 2024-05-17 12:08 PM
From: CT Shareholder Services <inbox@cleartrusttransfer.com>
To: David Wise <WiseLaw@verizon.net>
Cc: Jason Tucker <jason@battleshipstance.com>

Thank you for this information. We will review and reply as soon as possible.

Sincerely,

KARA KENNEDY

President

ClearTrust, LLC

+1 813 235 4490

CLEARTRUSTONLINE.COM

[1]

[2]

[3]

_ _

_ _

_The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well._

FROM: David Wise <WiseLaw@verizon.net>
SENT: Friday, May 17, 2024 9:59 AM
TO: CT Shareholder Services <inbox@cleartrusttransfer.com>
CC: Jason Tucker <jason@battleshipstance.com>
SUBJECT: Jason Tucker/Labor Smart, inc.

Attention: Kyla:

Hi Kyla:

Attached to this email is a copy of Preferred Stock Purchase Agreement ("SPA") between Joseph Pavlik, as seller, and Jason Tucker, as Purchaser. The SPA was made on September 20, 2021.

Also attached to this email is a copy of Labor Smart, Inc. Minutes of Special Meeting of Directors, dated October 13, 2021, approving the SPA.
The Minutes were signed by Michael Holley Toby McBride and Jason Tucker, as Directors.

The SPA calls for purchase consideration of $5,000.

Also, attached hereto is an email dated October 29, 2021, from Jason Tucker to Joseph Pavlik, which states:

"On 10/13/2021, a certain PREFERRED STOCK PURCHASE AGREEMENT was entered into by and between Joseph Pavlik and Jason Tucker (the "Parties"). It is agreed between the parties that all requirements by each Party have been fully satisfied."

"This shall serve as a receipt of confirmation that all requirements, representations, warranties, covenants, and agreements of the Parties contained in the Agreement, have been satisfied. The Parties agree that the transaction has satisfied requirements for Closing."

"If agreed and accepted, kindly reply back with Yes."

On April 5, 2022, Mr. Pavlik sent an email to Mr. Tucker replying "Yes" to Mr. Tucker's above email, a copy of which is attached to this email.

As ClearTrust is aware Mr. Pavlik transferred the shares covered by the SPA to Mr. Tucker's company, Battleship Stance, Inc. without objection from ClearTrust.

It is quite obvious from the documents attached to this email that Mr. Tucker fully performed his obligations under the SPA, and that Mr. Pavlik received consideration for the shares sold under the SPA or else he would not have transferred the shares at all. The inescapable conclusion is that Mr. Pavlik had received consideration for the shares covered by the SPA no later than April 5, 2022, the date of Mr. Pavlik's confirmation email response to Mr. Tucker. April 5, 2022 is over two years ago; hence, the holding period for this firm's Section 4.(a)(1) opinion has been satisfied.

For your information, the Federal Court litigation between Labor Smart, Inc. and Jason Tucker does not involve Battleship Stance, Inc. or Oak Creek Wellness, Inc. as parties thereto.

We believe that it is well past time for Labor Smart to put up or shut up and cease and desist from allowing legend removals. We urge you to demand proof of a TRO or allow the legend removal to go through.

David E. Wise

Law Offices of WiseLaw, P.C.

David E. Wise, Attorney

327 East Lullwood Avenue

San Antonio, Texas 78212

**From:** David Wise <WiseLaw@verizon.net>
**Sent:** Monday, May 20, 2024 4:47 AM
**To:** Inbox
**Cc:** Jason Tucker; Veronica L. Manolio
**Subject:** Jason Tucker/Labor Smart, Inc. Litigation
**Attachments:** 129_D.Ariz._2_22-cv-00357-JJT_129_0.pdf; 140_D.Ariz._2_22-cv-00357-JJT_140_0.pdf

Attention: Kyla

I am forwarding these 2 court orders in the litigation involving Labor Smart, Jason and Melissa Tucker and others. The first file is Docket No.
129, which is a court order realigning the parties to the litigation. If you choose to read the attachments, you will determine that neither Battleship Stance, Inc. nor Oak Creek Wellness is a party to the litigation. You will also notice that the stock currently owned by Battleship Stance and/or Oak Creek Wellness is not a subject of the litigation.

Further note:

In an email I received from Jason Tucker on May 17, 2024, Jason told me that he had spoken with Luis Sequeira, a Director of Labor Smart, Inc., and that Luis told him that Labor Smart was using the legend removal as leverage to force a settlement in an unrelated court case. Not big news here. LOL.

Also, Jason told me that the reason (i) that the "bonus" shares received by Joe Belbruno, Kerby Fortner, Kevin Blatt, Michael Costello, Michael Tzanetatos and Oak Creek Wellness, Inc. and (ii) the larger numbers of shares issued pursuant to subscription agreements or stock purchase agreements to Anthony Pettis, Manny Pacquiao, James Deppoleto, and Joshua Rapkin were included in the same December 10, 2021 "Board Resolution for the Issuance of Shares" of Labor Smart, Inc. was done because Shar So told Jason it would be easier to lump the bonus shares and the contractual shares into a common Board Resolution.

Jason previously provided you with an un-redacted copy of the referenced Board Resolution.

I find it interesting that Labor Smart did not object to the legend removals on the bonus shares issued to Fortner, Blatt, Costello or Tzanetatos when such shares were also issued as "Christmas bonuses" (see date of Board resolutions of December 10, 2021) just like the shares to Oak Creek Wellness.

These delays have caused Battleship Stance and Oak Creek Wellness to lose several hundreds of thousands of dollars on their Labor Smart shares, which have dropped precipitously since my firm issued legal opinions on the shares held by Battleship Stance and Oak Creek Wellness.

Hopefully, ClearTrust will see through the manure being spread by Labor Smart and its management and effect the legend removals this week.

David Wise

Law Offices of WiseLaw, P.C.
David E. Wise, Attorney
327 East Lullwood Avenue
San Antonio, Texas 78212
E-Mail: wiselaw@verizon.net
Telephone: (210) 323-6074

Veronica L. Manolio

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Monday, July 1, 2024 10:46 AM
**To:** jason@battleshipstance.com; melissatuckeraz@gmail.com
**Cc:** Mike Holley; prm@patrickmorrislaw.com; David Wise
**Subject:** Labor Smart (LTNC) Legend Removal - Ref # 170067

Dear Battleship Stance,

Your legend removal request is complete. Please login to ClearConnect to download your updated book statement reflecting the 350,000,000 LTNC shares now available for DRS deposit. If you are not already registered for ClearConnect, please contact our office and one of our associates will gladly assist you in setting up ClearConnect online access.

Please contact your broker and request they initiate the deposit. All the information your broker should need from ClearTrust to initiate the DRS deposit is included on your statement. Upon receipt of the broker's request, we will electronically deliver the shares to your brokerage account.

If you have any questions, please contact us at (813) 235-4490 or inbox@cleartrusttransfer.com.

Thank you,



**Matthew Luginbuehl**
Lead Operations Specialist
ClearTrust, LLC
**+1 813 235 4490**
**cleartrustonline.com**

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.*

Veronica L. Manolio

**From:** CT Shareholder Services <inbox@cleartrusttransfer.com>
**Sent:** Monday, July 1, 2024 10:46 AM
**To:** melissatuckeraz@gmail.com; Jason Tucker
**Cc:** Mike Holley; prm@patrickmorrislaw.com; David Wise
**Subject:** Labor Smart (LTNC) Legend Removal - Ref # 170069

Dear Oak Creek Wellness,

Your legend removal request is complete. Please login to ClearConnect to download your updated book statement reflecting the 10,000,000 LTNC shares now available for DRS deposit. If you are not already registered for ClearConnect, please contact our office and one of our associates will gladly assist you in setting up ClearConnect online access.

Please contact your broker and request they initiate the deposit. All the information your broker should need from ClearTrust to initiate the DRS deposit is included on your statement. Upon receipt of the broker's request, we will electronically deliver the shares to your brokerage account.

If you have any questions, please contact us at (813) 235-4490 or inbox@cleartrusttransfer.com.

Thank you,



**Matthew Luginbuehl**
Lead Operations Specialist
ClearTrust, LLC
**+1 813 235 4490**
**cleartrustonline.com**

*The information contained in this e-mail is privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, delete it. Thank you. Be kind and be well.*