# EXHIBIT U

<table>
<tr><th>TAKEOVER INDUSTRIES INC</th><th>NEXT GEN BEVERAGES LLC</th></tr>
<tr><td>


</td><td>


</td></tr>
<tr><td>


</td><td>


</td></tr>
</table>