# EXHIBIT W

cmg-nxt-lvl-water.myshopify.com

All Shopping **Images** Forums Videos Short videos More Tools Saves




cmg-nxt-lvl-water.myshopify.com
LOCK'DIN | Clean Energy. Pure…




Amazon.com
Amazon.com: NXT LVL



cmg-nxt-lvl-water.myshopify.com
LOCK'DIN | Clean Energy. Pure…



cmg-nxt-lvl-water.myshopify.com
LOCK'DIN | Clean Energy. Pure…




cmg-nxt-lvl-water.myshopify.com
LOCK'DIN | Clean Energy. Pure Hydration ...



cmg-nxt-lvl-water.myshopify.com
LOCK'DIN | Clean Energy. Pure H…

NXTLVL Water

www.nxtlvlwater.xyz
NXTLVL Water



Amazon.com
Amazon.com: NXT LVL

NXT LVL

Amazon.com
Amazon.com: NXT LVL



Amazon.com
Amazon.com: NXT LVL



BevNET.com
Boxing Legend Manny Pacquiao…




Amazon.com
Amazon.com: NXT LVL




Amazon.com
Amazon.com: NXT LVL




Cris Cyborg
Product Review NXT LVL Hydrogen Wat…



www.nxtlvlwater.xyz
NXTLVL



CSP Daily News
Hydrogen Water



Amazon.com
Amazon.com: NXT LVL


The list price, also known as the manufacturer's suggested retail price (MSRP), or the recommended retail price (RRP), or the suggested retail price (SRP) of a product is **the price at which its manufacturer notionally recommends that a**

Twitter
Takeover Industries: Home of the"NXT ...




wpnqau-0v.myshopi…
Productos – Mi tien…




wpnqau-0v.myshopi…
Productos – Mi tien…



www.nxtlvlwater.xyz
NXTLVL

The rest of the results might not be what you're looking for. See more anyway

Line wrap

```
<!doctype html>
<html class="no-js " lang="en">
  <head>
    <meta charset="utf-8">
    <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
    <meta name="viewport" content="width=device-width,initial-scale=1, maximum-scale=1">
    <meta name="theme-color" content="#282828">
    <meta name="format-detection" content="telephone=no">
    <link rel="canonical" href="https://lockdin.com/products/lockdin-original-hydrogen-rich-water-w-quad-c-case-of-12">
    <link rel="dns-prefetch" href="https://lockdin.com" crossorigin>
    <link rel="dns-prefetch" href="https://cmg-nxt-lvl-water.myshopify.com" crossorigin>
    <link rel="dns-prefetch" href="https://cdn.shopify.com" crossorigin>
    <link rel="dns-prefetch" href="https://fonts.shopifycdn.com" crossorigin>
    <link rel="preconnect" href="https://fonts.shopifycdn.com/" crossorigin>
    <link rel="preconnect" href="https//cdn.shopify.com" crossorigin>

<!-- Google Tag Manager -->
<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
})(window,document,'script','dataLayer','GTM-WN8G4J2S');</script>
<!-- End Google Tag Manager -->

 <!-- Google tag (gtag.js) -->
<script async src="https://www.googletagmanager.com/gtag/js?id=G-2R8YNYGGTY"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
  gtag('js', new Date());
  gtag('config', 'G-2R8YNYGGTY');
</script>
    <meta name="google-site-verification" content="V1vkI8Zis_sbXVDdLrHEZZqz8dDFMbGbmYRcK5u4haQ" />

    <link rel="preconnect" href="https://fonts.shopifycdn.com" crossorigin><link rel="preload" as="font" href="//lockdin.com/cdn/fonts/oswald/oswald_n6.26b6bffb711f770c
    <link rel="preload" as="font" href="//lockdin.com/cdn/fonts/oswald/oswald_n6.2feb7f52d7eb157822c86dfd93893da013b08d5d.woff" type="font/woff" crossorigin><link rel="
    <link rel="preload" as="font" href="//lockdin.com/cdn/fonts/bricolage_grotesque/bricolagegrotesque_n4.58698d726495f44d45631b33dcda62f474c467fc.woff" type="font/woff
      Sip Clean With Lock Din Original Hydrogen Water



        &ndash;
        LOCK&#39;D IN

    </title><meta name="description" content="LockdIn original hydrogen water gives hydration a high-performance twist—powered by Quad-C and packed with smart refreshme
      <!-- /snippets/social-meta-tags.liquid --><meta property="og:site_name" content="LOCK&#39;D IN">
<meta property="og:url" content="https://lockdin.com/products/lockdin-original-hydrogen-rich-water-w-quad-c-case-of-12">
<meta property="og:title" content="Original Hydrogen Water">
<meta property="og:type" content="product">
<meta property="og:description" content="LockdIn original hydrogen water gives hydration a high-performance twist—powered by Quad-C and packed with smart refreshment.">
  <meta property="og:price:currency" content="USD"><meta property="og:image" content="http://lockdin.com/cdn/shop/files/original-hydrogen-water-2353135.png?crop=center&
<meta property="og:image:secure_url" content="https://lockdin.com/cdn/shop/files/original-hydrogen-water-2353135.png?v=1751994188&width=1200"><meta property="og:image:s
<meta name="twitter:site" content="@https://x.com/livelockdin"><meta name="twitter:card" content="summary_large_image">
<meta name="twitter:title" content="Original Hydrogen Water">
<meta name="twitter:description" content="LockdIn original hydrogen water gives hydration a high-performance twist—powered by Quad-C and packed with smart refreshment."
<script>
  document.documentElement.className = document.documentElement.className.replace('no-js', 'js');
</script><style>
article,aside,figcaption,figure,footer,header,hgroup,main,nav,section{display:block}body{margin:0;font-family:-apple-system,BlinkMacSystemFont,"Segoe UI",Roboto,"Helvet

.grecaptcha-badge,#admin-bar-iframe{
  display: none;
  visibility: hidden;
}

.anim-rotate{
    -webkit-animation:spin 4s linear infinite;
    -moz-animation:spin 4s linear infinite;
    animation:spin 4s linear infinite;
    display: inline-block;
  }
@-moz-keyframes spin { 100% { -moz-transform: rotate(360deg); } }
@-webkit-keyframes spin { 100% { -webkit-transform: rotate(360deg); } }
@keyframes spin { 0% { -webkit-transform: rotate(0deg); transform:rotate(0deg); } 100% { -webkit-transform: rotate(360deg); transform:rotate(360deg); } }

/**
 * Swiper 6.7.0
 * Most modern mobile touch slider and framework with hardware accelerated transitions
 * https://swiperjs.com
 *
 * Copyright 2014-2021 Vladimir Kharlampidi
 *
 * Released under the MIT License
 *
 * Released on: May 31, 2021
 */

 @font-face{font-family:swiper-icons;src:url('data:application/font-woff;charset=utf-8;base64, d09GRgABAAAAAAZgABAAAAAADAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABGRlRNAAAGRAAAA
 .letter-spacing-0{
  letter-spacing: 0 !important;
}
 /* .swiper-container-vertical.swiper-container-autoheight .swiper-wrapper{
  height: auto !important;
 } */

</style><style>
  @font-face {font-family: 'icomoon';src:  url('//lockdin.com/cdn/shop/t/32/assets/icomoon.eot?v=40073263178600934091744174555');src:  url('//lockdin.com/cdn/shop/t/32/
  [class*=" icon-"],[class^=icon-]{font-family:icomoon!important;speak:none;font-style:normal;font-weight:400;font-variant:normal;text-transform:none;line-height:1;-web
</style><style>@font-face {
  font-family: Oswald;
  font-weight: 600;
  font-style: normal;
  font-display: swap;
  src: url("//lockdin.com/cdn/fonts/oswald/oswald_n6.26b6bffb711f770c328e7af9685d4798dcb4f0b3.woff2") format("woff2"),
       url("//lockdin.com/cdn/fonts/oswald/oswald_n6.2feb7f52d7eb157822c86dfd93893da013b08d5d.woff") format("woff");
}
```

SIGN UP | LOG IN UPLOAD Search

ABOUT BLOG EVENTS PROJECTS HELP DONATE ♥ CONTACT JOBS VOLUNTEER

Loading...

https://cmg-nxt-lvl-water.myshopify.com/ |
00:55:30 June 01, 2023

Got an HTTP 301 response at crawl time

Redirecting to...

https://lockdin.com/

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

The Wayback Machine - https://web.archive.org/web/20230601020431/https://lockdin.com/pages/contact

LOCK'DIN™ LOCK'DIN™



# Contact Us

Questions? Comments? Fill out the form below or email us.

## Get in touch

Name

Email

Phone number

Comment

OLLOW
S

SEND MESSAGE

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

NEWSLETTER

## Email Us

operations@takeoverind.com

## Follow us

LOCK'DIN™

OUR GOAL

We'd love to connect with those who support us. Follow us and stay tuned for the latest in Takeover's journey towards revolutionizing the beverage industry.

SEARCH SHOP CART ACCOUNT CONTACT

Shop

Contact

Sitemap

Don't Sell My Info

E-Mail Us

SIGN UP TO OUR FREE NEWSLETTER

Enter email here

Receive exclusive deals, news, and events.

FOLLOW US

© 2023, LOCK'D IN. All rights reserved.

Powered by Shopify

OLLOW
S

NEWSLETTER