LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Tucker Defendants, Counterclaimants,*
*And Third-Party Claimants*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Labor Smart, Inc.<br>Plaintiff,<br>v.<br>Jason and Melissa Tucker,<br>Defendants. | Case No. 2:22-cv-00357-PHX-DJH<br>**STAUTS REPORT**<br>(Before the Hon. Diane J. Humetewa) |
| And related Counterclaims and Third-Party Claims. | |

Pursuant this Court's order dated August 11, 2026 (Doc. 251), Jason and Melissa Tucker provide the following status report:

1. There are no claims remaining against Takeover Industries, Inc. that are at issue in the pending summary judgment motions. The Tuckers have not dismissed their claims against Takeover but have not pursued them during the stay, and no motion has been made to lift the stay. Although the summary judgment proceedings certainly discuss Takeover, factually, there is no relief sought as to this Defendant at this time. The Tuckers have proceeded against the remaining parties while awaiting a decision from the Bankruptcy Court regarding Takeover.

In short, the Tuckers believe the stay is irrelevant to the pending motions.

2. This Court should be aware of pleadings pending in the Related Case, *Deppoleto* v. *Takeover Industries Inc. et al.,* Case No. 2:22-cv-02013-GMN-DJA, pending in the United States District Court for the District of Nevada. There, Plaintiff Deppoleto filed a Motion to Enforce a binding term sheet of settlement involving Thomas Zarro, Michael Holley, Joseph Pavlik, Toby McBride, and NextGen Beverages LLC d/b/a Lock'd In. The motion requests specific performance within 21 days and attorneys' fees and costs. The Motion further states that NextGen Beverages executed the Binding Term Sheet through an authorized representative. (Doc. 190).

The Tuckers submit this Notice because the Nevada filing may bear on issues in this action, including corporate authority, preferred share transfers, control rights, releases, successor entity issues, and the scope of any settlement involving the same parties and related entities. The Tuckers are not seeking to supplement the Summary Judgment record nor asking the Court to rule on the Nevada settlement. The Notice is simply to advise the Court of a related development that may affect management of this action.

DATED this 18th day of August, 2026.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
*Attorneys for the Tucker Defendants, Counterclaimants, and Third-Party Claimants*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spencer D. Freeman
Spencer D. Freeman
1107 ½ Tacoma Ave S.
Tacoma, WA 98402
*Attorneys for the Tuckers as Third-Party Claimants Against Takeover Industries, Inc. and Joseph Pavlik*