LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Drive
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason and Melissa Tucker; Battleship Stance Inc.; Oak Creek Wellness Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Labor Smart, Inc.; Next Gen Beverages LLC; Micheal and Chirine Holley; Toby McBride; Joseph Pavlik; and Thomas and Kimberly Zarro,<br><br>Defendants. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**NOTICE OF APPEARANCE**<br><br>(Before the Hon. D. Humetewa) |

Undersigned counsel hereby notices her appearance as counsel of record for Plaintiffs Battleship Stance Inc., and Oak Creek Wellness Inc. and respectfully requests that copies of all notices, pleadings, correspondence, etc. be provided to :

Veronica L. Manolio
MANOLIO & FIRESTONE, PLC
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
vmanolio@mf-firm.com
lcook@mf-firm.com

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 24th day of September, 2026.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
*Attorneys for the Plaintiffs,*