Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302.4102
Facsimile: (480) 300.4984
plevine@pmlevinepc.com
*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa and Jason Tucker; Battleship Stance, Inc.; Oak Creek Wellness, Inc.,<br>Plaintiffs,<br>v.<br>Labor Smart, Inc, et al.,<br>Defendants. | Case No: 2:22-cv-00357-PHX-DJH<br>**STIPULATED MOTION TO EXTEND DATE TO FILE MOTIONS FOR RECONSIDERATION**<br>(Assigned to the Honorable Diane J. Humetewa) |
| And related Counterclaims and Third-Party Claims. | |

Plaintiffs and Defendants, through their counsel, jointly move that the court extend the date for the filing of Motions for Reconsideration in connection with this Court's September 21, 2026 Order on Motions for Partial Summary Judgment.

Pursuant to Rule 7.2 (g)(2), Rules of Practice and Procedure of the United States District Court for the District of Arizona, Motions for Reconsideration shall be filed no later than 14 days after the date of the filing of the Order that is the subject of the Motion absent good cause. Here, Motions for Reconsideration of this Court's September 21, 2026 Order are due on October 5, 2026, but good cause to extend exists because Defendants' counsel will be out of town beginning October 4 through October 9, 2026 on a trip that was planned well in advance of the parties' receipt of the ruling.

Undersigned counsel have conferred and are both considering filing Motions for Reconsideration, although a final decision has not yet been made. Given the number,

complexity and nuances of the issues addressed in the Order, and how they relate to each other, it has taken some time to analyze potential issues for a Motion for Reconsideration. Counsel have also agreed to participate in a settlement conference and will be timely filing their positions on trial readiness by tomorrow, as ordered.

Based on the timing of the Order and Defendants' counsel's travel plans, as well as the parties' agreement to proceed in settlement, Counsel respectfully request that the Court postpone the date for filing of any Motions for Reconsideration until October 19, 2026.

Respectfully submitted this 30th day of September, 2026.

**PAUL M. LEVINE, P.C.**

By: */s/ Paul M. Levine*
Paul M. Levine, Esq.
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
*Attorney for Defendants*

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio w/permission)
Veronica L. Manolio, Esq.
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
*Attorney for Plaintiffs*

**CERTIFICATE OF MAILING**

I hereby certify that the foregoing was served by and through the CM/ECF filing system of the United States District Court, District of Arizona, on September 30, 2026, to the following parties:

Veronica L. Manolio, Esq.
**MANOLIO & FIRESTONE, PLC**
8674 E. San Alberto Drive
Scottsdale, Arizona 85258
VManolio@MF-Firm.com
*Attorney for Plaintiffs*

Spencer D. Freeman, Esq.
**FREEMAN LAW FIRM, INC**
1107 1/2 Tacoma Ave S
Tacoma, Washington 98402
SFreeman@FreemanLawFirm.org
Reception@FreemanLawFirm.org
Sierra@FreemanLawFirm.org
*Attorney for Jason Tucker and Melissa Tucker*

By: */s/ Kathleen Mohr*