**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Labor Smart, Inc.,<br>Plaintiff,<br>v.<br>Jason and Melissa Tucker,<br>Defendants. | Case No. 2:22-cv-00357-PHX-JJT<br><br>**[PROPOSED] ORDER EXTENDING DATE TO FILE MOTIONS FOR RECONSIDERATION** |

Based on the Stipulated Motion to Extend Date to File Motions for Reconsideration, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties shall have until ________________ to file a Motion for Reconsideration of this Court's September 21, 2026 Order.

Done in open Court this ____ day of ________, 2026.

______________________________
Honorable Diane J. Humetewa
United States District Court Judge